AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Matthew Albright, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br> Terraform Labs, Pte, Ltd., Jump Crypto, Jump Trading LLC, Republic Capital, Republic Maximal LLC, Tribe Capital, DeFinance Capital/DeFinance Technologies OY, GSR/GSR Markets Limited, Three Arrows Capital Pte, Ltd., Panera Capital, Nicholas Platias, and Do Kwon, <br> *Defendant(s)* | Civil Action No. 1:22-cv-7281-JSR-BCM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    See attached Schedule A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel L. Berger
485 Lexington Avenue, Floor 29
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/1/2022    /s/ P. Canales
    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

*Albright v. Terraform Labs Pte. Ltd.*

## SCHEDULE A TO SUMMONS

**Terraform Labs Pte. Ltd.**
80 Raffles Place, #32-01
UOB Plaza
Singapore 048624

**Jump Crypto**
600 West Chicago Avenue, Suite 600
Chicago, Illinois 60654

**Jump Trading LLC**
600 West Chicago Avenue, Suite 600
Chicago, Illinois 60654

**Republic Capital**
335 Madison Avenue, Suite 7E
New York, New York 10017

**Republic Maximal LLC**
335 Madison Avenue, Suite 7E
New York, New York 10017

**Tribe Capital**
2700 19th Street
San Francisco, California 94110

**DeFinance Capital/DeFinance Technologies Oy**
Lönnrotinkatu 36 K 22
00180 Helsinki Finland

**GSR/GSR Markets Limited**
Central Plaza
18 Harbour Road, Suite 5508, 55th Floor
Wanchai, Hong Kong

**Three Arrows Capital Pte. Ltd.**
7 Suntec Tower One 038987
21-04 Temasek Blvd.
Singapore 038987

**Pantera Capital**
3000 Sand Hill Rd, Suite 1-235
Menlo Park, California  94025

**Nicholas Platias**
Terraform Labs Pte. Ltd.
80 Raffles Place, #32-01
UOB Plaza
Singapore 048624

**Do Kwon**
Terraform Labs Pte. Ltd.
80 Raffles Place, #32-01
UOB Plaza
Singapore 048624