UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> -against- <br><br> TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON, <br><br> Defendant. | Case No. 1:22-cv-07281 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned has been retained as counsel for Defendants REPUBLIC CAPITAL and REPUBLIC MAXIMAL LLC in the above-captioned action, and hereby appears in this action and requests that all notices and other papers in this action be served upon the undersigned at the address stated below.

Dated:   September 23, 2022
            New York, New York

                                                            POLSINELLI PC

                                                            By: _____
                                                              Aaron E. Zerykier, Esq.
                                                              600 Third Avenue, 42nd Floor
                                                              New York, NY 10016
                                                              azerykier@polsinelli.com
                                                              (646) 289-6512

TO:   All Parties Via ECF

85214201.1