UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>-against-<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>                Defendant. | Case No. 1:22-cv-07281 |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Bryan M. Westhoff hereby moves this Court for an order for admission to practice *pro hac vice* and to appear as counsel for Defendants Republic Capital and Republic Maximal LLC in the above-captioned action.

I am in good standing with the Bar of the State of Illinois, U.S. District Court of the Northern District of Illinois, and U.S. District Court of the Central District of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached an affidavit pursuant to Local Rule 1.3, attached hereto as **Exhibit A**.

Dated:  Chicago, Illinois
       September 26, 2022

85215894.1

POLSINELLI PC

By: _/s/ Bryan M. Westhoff_
Bryan M. Westhoff, Esq.
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
bwesthoff@polsinelli.com
(312) 873-2973

Aaron E. Zerykier, Esq. (#4095832)
600 Third Avenue, 42nd Floor
New York, NY 10016
azerykier@polsinelli.com
(646) 289-6512

*Attorneys for Republic Capital and Republic Maximal LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of September 2022, I caused a true and correct copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** with supporting papers to be served on all counsel of record via electronic filing in CM/ECF, with notice of case activity to be generated and sent electronically by the Clerk of said court.

Dated:  Chicago, Illinois
       September 30, 2022

_____
BRYAN M. WESTHOFF

85215894.1