# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   -against-<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>      Defendant. | Case No. 1:22-cv-07281 |

### AFFIDAVIT OF BRYAN M. WESTHOFF IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Bryan M. Westhoff, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information and belief:

1. I am a shareholder with the law firm of Polsinelli PC.

2. I submit this declaration in support of my motion for admission *pro hac vice* in the above-captioned action to appear on behalf of Defendants Republic Capital and Republic Maximal LLC.

3. As shown in the certificates of good standing attached hereto, I am a member in good standing in the State of Illinois.

4. There are no pending disciplinary proceedings against me in any state or federal court.

85217745.1

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. For the foregoing reasons, I respectfully request that I be permitted to appear as counsel in this case for Defendants Republic Capital and Republic Maximal LLC.

Dated: Chicago, Illinois
September 26, 2022

POLSINELLI PC

By: _____
Bryan M. Westhoff, Esq.
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
bwesthoff@polsinelli.com
(312) 873-2973

Sworn to and subscribed before me
this 26 day of September, 2022

_____
Notary Public

ELIZABETH W. MORIN
Notary Public, State of New York
Reg. No. 01MO6416916
Qualified in Queens County
Commission Expires 05/03/2025

2

85217745.1

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Bryan Michael Westhoff

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/07/2002 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 16th day of September, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

85217745.1