UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:22-cv-07281<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Bryan M. Westhoff to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois, and that his contact information is as follows:

  Name:   Bryan M. Westhoff
  Firm:    Polsinelli PC
  Address:  150 N. Riverside Plaza, Suite 3000, Chicago, IL 60606
  Telephone: (312) 873-2973
  Email:   bwesthoff@polsinelli.com

Applicant having requested admission to appear for all purposes as counsel for Defendants Republic Capital and Republic Maximal LLC in the above-captioned action,

IT IS HEREBY ORDERED that Bryan M. Westhoff is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New

2

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____ _____
United States District Judge

85217994.1