UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY; GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Civil Action No. 1:22-cv-07281 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for TERRAFORM LABS, PTE. LTD.

Date:  October 4, 2022                    */s/ Douglas W. Henkin*

                                                Douglas W. Henkin 2531648
                                                DENTONS US LLP
                                                1221 Avenue of the Americas
                                                New York, New York
                                                Tel:  (212) 768 6700
                                                Fax: (212) 768 6800
                                                douglas.henkin@dentons.com