UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY; GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Civil Action No. 1:22-cv-07281 |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Stephen J. Senderowitz hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendant Terraform Labs PTE Ltd. in the above-captioned action.

I am a member in good standing of the Bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 4, 2022                     Respectfully submitted,

                                           /s/ Stephen J. Senderowitz
                                           Stephen J. Senderowitz
                                           DENTONS US LLP
                                           233 S. Wacker Drive
                                           Chicago, Illinois 60606
                                           Tel: (312) 876-8141
                                           Fax: (312) 876-7934
                                           stephen.senderowitz@dentons.com