UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY; GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Civil Action No. 1:22-cv-07281 |

**AFFIDAVIT OF STEPHEN J. SENDEROWITZ
IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*** 

Stephen J. Senderowitz, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Dentons US LLP.

2. I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *Pro Hac Vice* in this case for defendant Terraform Labs PTE Ltd.

*I verify that the statements made in this affidavit are true and correct.*

Dated: October 4, 2022

_____
Affiant - Stephen J. Senderowitz

Subscribed and sworn to before me on this 4th day of October, 2022.

_____
Notary Public, State of Illinois

OFFICIAL SEAL
TRINETTE A GIOVANAZZI
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 10/19/2024

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Stephen Jay Senderowitz

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 04/23/1974 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 3rd day of October, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois