IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MATTHEW ALBRIGHT, Individually and on
Behalf of All Others Similarly Situated,                    Case No. 1:22-cv-07281
                    Plaintiff(s),

   -against-
TERRAFORM LABS, PTE. LTD., JUMP
CRYPTO, JUMP TRADING LLC,
REPUBLIC CAPITAL, REPUBLIC
MAXIMAL LLC, TRIBE CAPITAL,
DEFINANCE CAPITAL/DEFINANCE
TECHNOLOGIES OY, GSR/GSR
MARKETS LIMITED, THREE ARROWS
CAPITAL PTE. LTD., PANTERA CAPITAL,
NICHOLAS PLATIAS, and DO KWON,                            **PROOF OF SERVICE**
                    Defendant(s).
-----------------------------------------------------------------X

STATE OF CALIFORNIA    )
                                     :
COUNTY OF SAN MATEO   )

      SCOTT M. FEELY, being duly sworn, deposes and says that he is an agent of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

      That on the 21st day of September, 2022, at approximately 2:00 p.m., deponent served a true copy of the **Summons in a Civil Action; Class Action Complaint; Rules of Practice for Hon. Jed S. Rakoff and ECF Rules of Court** upon Pantera Capital at 3000 Sand Hill Road, Suite 1-235, Menlo Park, CA 94025 by personally delivering and leaving the same with Bhagyashree Raorane, Office Manager, who stated that she is authorized to accept service.

      Bhagyashree Raorane is a brown-skinned female, approximately 40 years of age, stands approximately 5 feet, 7 inches tall, weighs approximately 130 pounds, with brown hair and brown eyes.

I declare under the penalty of perjury
under the laws of the State of California
that the foregoing is true and correct.

                                                                                                                                                                             */s/ Scott M. Feely*

                                                                    SCOTT M. FEELY          Date: 10/ 11 /22