UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 1:22-cv-07281-JSR |

## NOTICE OF APPEARANCE AS COUNSEL

**PLEASE TAKE NOTICE** that Steven W. Perlstein, an attorney at Kobre & Kim LLP and duly admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for Defendant Jump Trading LLC.

Dated: October 12, 2022
    New York, New York

**KOBRE & KIM LLP**

s/ Steven W. Perlstein
Steven W. Perlstein (Attorney No. SP2609)
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1207
Steven.Perlstein@kobrekim.com

*Attorney for Jump Trading LLC*