UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 1:22-cv-07281-JSR |

## NOTICE OF APPEARANCE AS COUNSEL

**PLEASE TAKE NOTICE** that Amanda N. Tuminelli, an attorney at Kobre & Kim LLP and duly admitted to practice in this Court, hereby enters her appearance in the above-captioned action as counsel for Defendant Jump Trading LLC.

Dated: October 12, 2022
      New York, New York

**KOBRE & KIM LLP**

s/ Amanda N. Tuminelli
Amanda N. Tuminelli (Attorney No. AT2588)
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1284
Amanda.Tuminelli@kobrekim.com

*Attorney for Jump Trading LLC*