## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY; GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,

Defendants.

Civil Action No. 1:22-cv-07281

### ORDER FOR ADMISSION *PRO HAC VICE* OF STEPHEN J. SENDEROWITZ

The motion of Stephen J. Senderowitz, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Illinois; and that his contact information is as follows:

> Stephen J. Senderowitz
> DENTONS US LLP
> 233 S. Wacker Drive
> Chicago, Illinois 60606
> Tel: (312) 876-8141
> Fax: (312) 876-7934
> stephen.senderowitz@dentons.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant Terraform Labs PTE Ltd. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/13/2022

*Jed S. Rakoff*
United States District Judge