AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Matthew Albright, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-07281 |
| Terraform Labs, Pte. Ltd., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew Albright, individually and on Behalf of All Others Similarly Situated.

Date:   10/17/2022

/s/ Caitlin M. Moyna
*Attorney's signature*

Caitlin M. Moyna  Bar No. 4176897
*Printed name and bar number*
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017

*Address*

cmoyna@gelaw.com
*E-mail address*

(646) 722-8500
*Telephone number*

(646) 722-8501
*FAX number*