UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>     Defendants. | Case No.: 1:22-cv-07281-JSR<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Michael E. Swartz, an attorney in good standing of the bar of this Court and a partner with the law firm of Schulte Roth & Zabel LLP, hereby appears as counsel for Defendant Pantera Capital Management LP (incompletely named as "Pantera Capital") in the above captioned action, and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: New York, New York
    October 19, 2022

                SCHULTE ROTH & ZABEL LLP

                By: */s/ Michael E. Swartz*
                   Michael E. Swartz

                 919 Third Avenue
                 New York, New York 10022
                 212-756-2000
                 michael.swartz@srz.com

                *Counsel for Pantera Capital Management LP*
                (incompletely named as "Pantera Capital")