UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>                Defendants. | Case No.: 1:22-cv-07281-JSR |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel hereby certifies that: Pantera Capital Management LP (incompletely named as "Pantera Capital") is a privately held non-governmental party, and no publicly held corporation owns 10% or more of its stock.

Dated: October 19, 2022

SCHULTE ROTH & ZABEL LLP

*/s/ Michael E. Swartz*
Michael E. Swartz
Gary Stein
919 Third Avenue
New York, New York 10022
Tel: 212-756-2000
michael.swartz@srz.com
gary.stein@srz.com

*Counsel for Pantera Capital Management LP*
(incompletely named as "Pantera Capital")