UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>     Defendants. | Case No.: 1:22-cv-07281-JSR<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Gary Stein, an attorney in good standing of the bar of this Court and a partner with the law firm of Schulte Roth & Zabel LLP, hereby appears as counsel for Defendant Pantera Capital Management LP (incompletely named as "Pantera Capital") in the above captioned action, and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: New York, New York
   October 19, 2022

SCHULTE ROTH & ZABEL LLP

By: */s/ Gary Stein*
  Gary Stein

919 Third Avenue
New York, New York 10022
212-756-2000
gary.stein@srz.com

*Counsel for Pantera Capital Management LP (incompletely named as "Pantera Capital")*