UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:22-cv-07281<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Bryan M. Westhoff to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois, and that his contact information is as follows:

| | |
|---|---|
| Name: | Bryan M. Westhoff |
| Firm: | Polsinelli PC |
| Address: | 150 N. Riverside Plaza, Suite 3000, Chicago, IL 60606 |
| Telephone: | (312) 873-2973 |
| Email: | bwesthoff@polsinelli.com |

Applicant having requested admission to appear for all purposes as counsel for Defendants Republic Capital and Republic Maximal LLC in the above-captioned action,

IT IS HEREBY ORDERED that Bryan M. Westhoff is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New

85217994.1

2

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/19/2022

                                                                            *Jed S. Rakoff*
                                                                            United States District Judge