UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No: 1:22-cv-07281-JSR |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Memorandum filed herewith Jump Trading, LLC, Terraform Labs, Pte. Ltd., Republic Maximal LLC d/b/a Republic Capital (together, "Republic"), and Pantera Capital Management LP hereby move this Court to transfer venue to the United States District Court for the Northern District of California.

The grounds for the motion are set forth in the accompanying Memorandum. Pursuant to the Court's direction, opposition briefs, if any, are due on October 25, 2022, and reply briefs, if any, are due on October 26, 2022.

Dated:  New York, New York
       October 21, 2022

Respectfully submitted,

| | |
|---|---|
| KOBRE & KIM LLP | DENTONS US LLP |
| /s/ Amanda Tuminelli | /s/ Douglas W. Henkin |
| Steven W. Perlstein | Douglas W. Henkin |
| Jonathan Cogan | 1221 Avenue of the Americas |
| Amanda Tuminelli | New York, NY 10020 |
| 800 Third Avenue | Telephone: (212) 768-6832 |
| New York, NY 10022 | Email: douglas.henkin@dentons.com |
| Telephone: (212) 488-1200 | |
| Email: amanda.tuminelli@kobrekim.com | Stephen J. Senderowitz |
| Email: steven.perlstein@kobrekim.com | 233 South Wacker Drive, Ste 5900 |
| Email: Jonathan.cogan@kobrekim.com | Chicago, IL 60606 |
| | Telephone: (312) 876-8141 |
| *Attorneys for Defendant Jump Trading LLC* | |
| | *Attorneys for Terraform Labs, Pte. Ltd.* |
| POLSINELLI PC | SCHULTE ROTH & ZABEL LLP |
| /s/ Bryan Westhoff | /s/ Michael E. Swartz |
| Bryan Westhoff | Michael E. Swartz |
| 150 N. Riverside Plaza, Suite 3000 | Gary Stein |
| Chicago, IL 60606 | 919 Third Avenue |
| Telephone: (312) 873-2973 | New York, NY 10022 |
| Email: bwesthoff@polsinelli.com | Telephone: (212) 756-2441 |
| | Email: gary.stein@srz.com |
| *Attorneys for Republic* | Email: michael.swartz@srz.com |
| | |
| | *Attorneys for Pantera Capital Management LP* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October 2022, the foregoing document was electronically filed with the Clerk of the Court, to be served by the Court's electronic notification system upon all attorneys of record.

/s/Amanda Tuminelli
Amanda Tuminelli