# EXHIBIT B

ADRMOP

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:22−cv−03600−TLT

| | |
|---|---|
| Patterson v. TerraForm Labs Pte Ltd. et al<br>Assigned to: Judge Trina L. Thompson<br>Cause: 15:78m(a) Securities Exchange Act | Date Filed: 06/17/2022<br>Jury Demand: Plaintiff<br>Nature of Suit: 850 Securities/Commodities<br>Jurisdiction: Federal Question |

**Plaintiff**

**Nick Patterson**
*Individually and on Behalf of All Others Similarly Situated*

represented by **John T. Jasnoch**
Scott+Scott Attorneys at Law LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
(619) 233−4565
Fax: (619) 233−0508
Email: jjasnoch@scott−scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean T. Masson**
Scott+Scott Attorneys at Law LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
212−223−6444
Email: smasson@scott−scott.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TerraForm Labs Pte Ltd.**

**Defendant**

**Jump Crypto**

**Defendant**

**Jump Trading LLC**

represented by **Daniel Amon Zaheer**
Kobre & Kim LLP
150 California Street, 19th Floor
San Francisco, CA 94111
415−582−4800
Fax: 415−582−4811
Email: daniel.zaheer@kobrekim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Republic Capital**

represented by **Colby Brian Springer**
Polsinelli LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
(415) 248−2118
Fax: (415) 248−2101
Email: cspringer@polsinelli.com
*LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Bryan Westhoff**<br>Polsinelli PC<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, IL 60606<br>312−819−1900<br>Fax: 312−819−1910<br>Email: bwesthoff@polsinelli.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Republic Maximal LLC** | represented by | **Colby Brian Springer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Bryan Westhoff**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Tribe Capital** |  |  |
| **Defendant** |  |  |
| **Definance Capital/ Definance Technologies Oy** |  |  |
| **Defendant** |  |  |
| **GSR/GSR Markets Limited** |  |  |
| **Defendant** |  |  |
| **Three Arrows Capital, Pte. Ltd.** |  |  |
| **Defendant** |  |  |
| **Nicholas Platias** |  |  |
| **Defendant** |  |  |
| **Do Kwon** |  |  |

V.

**Movant**

| | | |
|---|---|---|
| **Jose Luis Villasenin** | represented by | **Ramzi Abadou**<br>Kahn Swick Foti LLP<br>580 California Street, Suite 1200<br>San Francisco, CA 94104<br>4152314313<br>Fax: 5044551498<br>Email: ramzi.abadou@ksfcounsel.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Movant** | | |
| **Michael Tobias** | represented by | **Laurence Matthew Rosen**<br>The Rosen Law Firm, P.A.<br>355 South Grand Avenue, Suite 2450 |

        Los Angeles, CA 90071
        (213) 785−2610
        Fax: (213) 226−4684
        Email: lrosen@rosenlegal.com
        *ATTORNEY TO BE NOTICED*

        **Phillip C Kim**
        The Rosen Law Firm, P.A.
        275 Madison Avenue, 40th Floor
        New York, NY 10116
        212−686−1060
        Fax: 212−202−3827
        Email: pkim@rosenlegal.com
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

**Movant**

**Shing Yiu Ng**     represented by    **Melissa Ann Fortunato**
        Bragar Eagel & Squire, P.C.
        580 California Street, Suite 1200
        San Francisco, CA 94104
        415−568−2124
        Fax: 212−214−0506
        Email: fortunato@bespc.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Marion Curry Passmore**
        Bragar Eagel and Squire, P.C.
        580 California Street, Suite 1200
        San Francisco, CA 94104
        (415) 568−2124
        Fax: (212) 214−0506
        Email: passmore@bespc.com
        *ATTORNEY TO BE NOTICED*

**Movant**

**Josh Golder**     represented by    **Alex Potter**
        Roche Freedman LLP
        99 Park Avenue
        Suite 1910
        New York, NY 10016
        United Sta
        646−970−7543
        Email: apotter@rochefreedman.com
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Edward J. Normand**
        Roche Freedman LLP
        99 Park Avenue, Suite 1910
        New York, NY 10016
        (646) 970−7513
        Email: tnormand@rochefreedman.com
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Ivy T. Ngo**
        Roche Freedman, LLP
        1 SE 3rd Ave.
        Suite 1240
        Miami, FL 33131

786−924−2900  
Fax: 646−392−8842  
Email: ingo@rochefreedman.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph Delich**  
Roche Freedman LLP  
99 Park Avenue, Suite 1910  
New York, NY 10016  
646−970−7541  
Email: jdelich@rochefreedman.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2022 | 1 | CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS; DEMAND FOR JURY TRIAL against Definance Capital/ Definance Technologies Oy, GSR/GSR Markets Limited, Jump Crypto, Jump Trading LLC, Do Kwon, Nicholas Platias, Republic Capital, Republic Maximal LLC, TerraForm Labs Pte Ltd., Three Arrows Capital, Pte. Ltd., Tribe Capital, (Filing Fee: $402.00, receipt number ACANDC−17277362). Filed by Nick Patterson. (Attachments: # 1 Civil Cover Sheet)(Jasnoch, John) (Filed on 6/17/2022) (Entered: 06/17/2022) |
| 06/17/2022 | 2 | Proposed Summons. (Jasnoch, John) (Filed on 6/17/2022) (Entered: 06/17/2022) |
| 06/17/2022 | 3 | MOTION for leave to appear in Pro Hac Vice, (Filing Fee: $317.00, receipt number ACANDC−17277393) filed by Nick Patterson. (Masson, Sean) (Filed on 6/17/2022) (Entered: 06/17/2022) |
| 06/17/2022 | 6 | Summons Issued as to Definance Capital/ Definance Technologies Oy, GSR/GSR Markets Limited, Jump Crypto, Jump Trading LLC, Do Kwon, Nicholas Platias, Republic Capital, Republic Maximal LLC, TerraForm Labs Pte Ltd., Three Arrows Capital, Pte. Ltd., Tribe Capital. (kmg, COURT STAFF) (Filed on 6/17/2022) (Entered: 06/21/2022) |
| 06/21/2022 | 4 | Case assigned to Judge James Donato. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (jlg, COURT STAFF) (Filed on 6/21/2022) (Entered: 06/21/2022) |
| 06/21/2022 | 5 | **Erroneous Entry−−Please Ignore−−** Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 9/8/2022. Initial Case Management Conference set for 9/15/2022 10:00 AM in San Francisco, Courtroom 11, 19th Floor. (kmg, COURT STAFF) (Filed on 6/21/2022) Modified on 6/21/2022 (msr, COURT STAFF). (Entered: 06/21/2022) |
| 06/21/2022 | 7 | **INITIAL CASE MANAGEMENT SCHEDULING ORDER SEC CLASS ACTION Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. SEC Class Action Notice due by 7/8/2022. Case Management Statement due by 9/8/2022. Initial Case Management Conference set for 9/15/2022 10:00 AM in San Francisco, Courtroom 11, 19th Floor. (Attachments: # 1 Supplement Video)(msr, COURT STAFF) (Filed on 6/21/2022) (Entered: 06/21/2022)** |

| | | |
|---|---|---|
| 06/23/2022 | 8 | **ORDER OF RECUSAL. Signed by Judge James Donato on 6/23/2022. (jdlc3, COURT STAFF) (Filed on 6/23/2022) (Entered: 06/23/2022)** |
| 06/23/2022 | 9 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Beth Labson Freeman for all further proceedings. Judge James Donato no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Signed by Clerk on 06/23/2022. (Attachments: # 1 Notice of Eligibility for Video Recording)(mbc, COURT STAFF) (Filed on 6/23/2022) (Entered: 06/23/2022)** |
| 06/27/2022 | 10 | **CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE AFTER REASSIGNMENT.** **Case Management Statement due by 9/22/2022. Initial Case Management Conference set for 9/29/2022 11:00 AM in San Jose, Courtroom 3, 5th Floor.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(tsh, COURT STAFF) (Filed on 6/27/2022) (Entered: 06/27/2022)** |
| 06/29/2022 | 11 | **ORDER GRANTING 3 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (re attorney Sean T. Masson). Signed by Judge Beth Labson Freeman on 6/29/2022. (blflc1, COURT STAFF) (Filed on 6/29/2022) (Entered: 06/29/2022)** |
| 07/12/2022 | 12 | NOTICE of Appearance by Daniel Amon Zaheer *on behalf of Jump Trading LLC* (Zaheer, Daniel) (Filed on 7/12/2022) (Entered: 07/12/2022) |
| 07/12/2022 | 13 | JOINT STIPULATION AND [PROPOSED] ORDER *Regarding Time to Respond to Complaint* filed by Jump Trading LLC. (Zaheer, Daniel) (Filed on 7/12/2022) (Entered: 07/12/2022) |
| 07/12/2022 | 14 | Certificate of Interested Entities by Jump Trading LLC identifying Corporate Parent Jump Trading Holdings LLC, Corporate Parent Jump Financial, LLC for Jump Trading LLC. (Zaheer, Daniel) (Filed on 7/12/2022) (Entered: 07/12/2022) |
| 07/14/2022 | 15 | STIPULATION WITH PROPOSED ORDER *REGARDING TIME TO RESPOND TO INITIAL COMPLAINT* filed by Republic Capital, Republic Maximal LLC. (Springer, Colby) (Filed on 7/14/2022) (Entered: 07/14/2022) |
| 07/18/2022 | 16 | **JOINT STIPULATION AND ORDER REGARDING TIME TO RESPOND TO INITIAL COMPLAINT (granting 13 ). Signed by Judge Beth Labson Freeman on 7/18/2022. (blflc1, COURT STAFF) (Filed on 7/18/2022) (Entered: 07/18/2022)** |
| 07/18/2022 | 17 | **JOINT STIPULATION AND ORDER REGARDING TIME TO RESPOND TO INITIAL COMPLAINT (granting 15 ). Signed by Judge Beth Labson Freeman on 7/18/2022. (blflc1, COURT STAFF) (Filed on 7/18/2022) (Entered: 07/18/2022)** |
| 08/19/2022 | 18 | NOTICE of Appearance by Ramzi Abadou (Abadou, Ramzi) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 19 | MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Michael Tobias. Motion Hearing set for 12/15/2022 09:00 AM in San Jose, Courtroom 3, 5th Floor before Judge Beth Labson Freeman. Responses due by 9/2/2022. Replies due by 9/9/2022. (Attachments: # 1 Declaration of Laurence M. Rosen, # 2 Exhibit 1 − PSLRA Early Notice, # 3 Exhibit 2 − PSLRA Certification, # 4 Exhibit 3 − Loss Chart, # 5 Exhibit 4 − Firm Resume, # 6 Proposed Order)(Rosen, Laurence) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 20 | Certificate of Interested Entities by Michael Tobias re 19 MOTION to Appoint Lead Plaintiff and Lead Counsel (Rosen, Laurence) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 21 | CERTIFICATE of Counsel by Laurence Matthew Rosen on behalf of Michael Tobias (Rosen, Laurence) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 22 | CERTIFICATE of Counsel *Pursuant to Local Rule 3−7(d)* by Ramzi Abadou on behalf of Jose Luis Villasenin (Abadou, Ramzi) (Filed on 8/19/2022) (Entered: 08/19/2022) |

| | | |
|---|---|---|
| 08/19/2022 | 23 | Certificate of Interested Entities by Jose Luis Villasenin (Abadou, Ramzi) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 24 | MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Jose Luis Villasenin. Motion Hearing set for 11/17/2022 09:00 AM in San Jose, Courtroom 3, 5th Floor before Judge Beth Labson Freeman. Responses due by 9/2/2022. Replies due by 9/9/2022. (Attachments: # 1 Declaration of Ramzi Abadou, # 2 Exhibit A − Certification, # 3 Exhibit B − Loss Chart, # 4 Exhibit C − Declaration of Jose Luis Villasenin, # 5 Exhibit D − Notice, # 6 Exhibit E − KSF Firm Resume, # 7 Proposed Order)(Abadou, Ramzi) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 25 | MOTION to Appoint Lead Plaintiff and Lead Counsel *and Memorandum of Law in Support Thereof* filed by Nick Patterson. Motion Hearing set for 12/15/2022 09:00 AM in San Jose, Courtroom 3, 5th Floor before Judge Beth Labson Freeman. Responses due by 9/2/2022. Replies due by 9/9/2022. (Attachments: # 1 Declaration of John T. Jasnoch In Support of LP Motion, # 2 Exhibit A − PSLRA Notice, # 3 Exhibit B − PSLRA Certification, # 4 Exhibit C − Scott+Scott Firm Resume, # 5 Proposed Order Text of Proposed Order)(Jasnoch, John) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 26 | CERTIFICATE of Counsel *Pursuant to Local Rule 3−7(d)* by John T. Jasnoch on behalf of Nick Patterson (Jasnoch, John) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 27 | Certificate of Interested Entities by Nick Patterson (Jasnoch, John) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 28 | MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Shing Yiu Ng. Motion Hearing set for 12/15/2022 09:00 AM in San Jose, Courtroom 3, 5th Floor before Judge Beth Labson Freeman. Responses due by 9/2/2022. Replies due by 9/9/2022. (Attachments: # 1 Declaration Melissa A. Fortunato, # 2 Exhibit 1 − Certification, # 3 Exhibit 2 − PSLRA Notice, # 4 Exhibit 3 − BES Firm Resume, # 5 Proposed Order)(Fortunato, Melissa) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 29 | Certificate of Interested Entities by Shing Yiu Ng (Fortunato, Melissa) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 30 | CERTIFICATE of Counsel *Pursuant to Local Rule 3−7(d)* by Melissa Ann Fortunato on behalf of Shing Yiu Ng (Fortunato, Melissa) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 31 | CERTIFICATE of Counsel *PURSUANT TO LOCAL RULE 3−7(d)* by Marion Curry Passmore on behalf of Shing Yiu Ng (Passmore, Marion) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 32 | MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Josh Golder. Motion Hearing set for 12/15/2022 09:00 AM in San Jose, Courtroom 3, 5th Floor before Judge Beth Labson Freeman. Responses due by 9/2/2022. Replies due by 9/9/2022. (Attachments: # 1 Proposed Order, # 2 Declaration of Kyle W. Roche, # 3 Exhibit A − Certification, # 4 Exhibit B − Loss Chart, # 5 Exhibit C − Declaration of J. Golder, # 6 Exhibit D − Firm resume of Roche Freedman LLP, # 7 Exhibit E − Firm resume of Dontzin Nagy & Fleissig LLP, # 8 Certification − I. Ngo, # 9 Certification − K. Roche, # 10 Certification − E. Normand, # 11 Certification − J. Delich, # 12 Certification − A. Potter, # 13 Certification − T. Nagy, # 14 Certification − G. Wolfe, # 15 Certification − W. LaGrange, # 16 Certification − D. Martinez−Krippner)(Ngo, Ivy) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/29/2022 | 33 | **ORDER REASSIGNING CASE.**<br><br>IT IS ORDERED that this case is reassigned to the Honorable Trina L. Thompson in the San Francisco division for all further proceedings.<br><br>1. All future filings shall bear the initials TLT immediately after the case number.<br>2. All case management conference dates are vacated and will be reset by the Court.<br>3. All hearing dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before Judge Thompson by the moving party for a date consistent with the Courts law and motion calendar, but the renoticing of the hearing does not affect the prior briefing schedule.<br>4. Deadlines for ADR compliance and discovery cutoff remain unchanged. |

|  |  |  |
|---|---|---|
|  |  | 5. All pretrial conference and trial dates currently set for or after November 15, 2022, and all other deadlines associated with the case, will remain in place unless otherwise ordered.<br>6. All pretrial conference and trial dates scheduled on or before November 15, 2022, are vacated. Other pretrial deadlines (e.g., motions in limine, pretrial statements, proposed joint trial exhibits, etc.) will remain in place. The Court will notify the parties when a status conference will be held to schedule a new pretrial conference and trial dates for affected cases.<br>7. Matters currently referred to a Magistrate Judge will remain before that Magistrate Judge absent further notice.<br>8. On or before October 14, 2022, the parties shall file a Joint Case Management Conference Statement (separate statements are appropriate if either party is proceeding without counsel). The statement should not exceed ten pages in length and should address all issues outlined in the Standing Order for All Judges of the Northern District. The approved form for such statements can be accessed here.<br><br>IT IS SO ORDERED.<br><br>Dated: 8/29/2022<br>FOR THE EXECUTIVE COMMITTEE<br>Mark B. Busby, Clerk of Court<br><br>(ecg−adi, COURT STAFF) (Filed on 8/29/2022) (Entered: 08/29/2022) |
| 09/02/2022 |  | Case reassigned to Judge Trina L Thompson. Judge Beth Labson Freeman no longer assigned to the case. (bw, COURT STAFF) (Filed on 9/2/2022) (Entered: 09/02/2022) |
| 09/02/2022 | 34 | Re−Notice of Motion re 24 MOTION to Appoint Lead Plaintiff and Lead Counsel − *(Re−Notice of Motion Pursuant to ECF No. 33)* by Jose Luis Villasenin (Abadou, Ramzi) (Filed on 9/2/2022) (Entered: 09/02/2022) |
| 09/02/2022 | 35 | OPPOSITION/RESPONSE (re 19 MOTION to Appoint Lead Plaintiff and Lead Counsel , 32 MOTION to Appoint Lead Plaintiff and Lead Counsel , 28 MOTION to Appoint Lead Plaintiff and Lead Counsel , 25 MOTION to Appoint Lead Plaintiff and Lead Counsel *and Memorandum of Law in Support Thereof* ) filed byJose Luis Villasenin. (Abadou, Ramzi) (Filed on 9/2/2022) (Entered: 09/02/2022) |
| 09/02/2022 | 36 | Renotice motion hearing re 19 MOTION to Appoint Lead Plaintiff and Lead Counsel filed byMichael Tobias. (Related document(s) 19 ) (Rosen, Laurence) (Filed on 9/2/2022) (Entered: 09/02/2022) |
| 09/02/2022 | 37 | OPPOSITION/RESPONSE (re 24 MOTION to Appoint Lead Plaintiff and Lead Counsel , 32 MOTION to Appoint Lead Plaintiff and Lead Counsel , 28 MOTION to Appoint Lead Plaintiff and Lead Counsel , 25 MOTION to Appoint Lead Plaintiff and Lead Counsel *and Memorandum of Law in Support Thereof* ) filed by Michael Tobias. (Attachments: # 1 Declaration of Laurence M. Rosen, # 2 Exhibit A − Crypto Leaks Report, # 3 Exhibit B − First Letter Response of Defendants in In re Tether and Bitfinex Crypto Asset Litigation, # 4 Exhibit C − Second Letter Response of Defendants in In re Tether and Bitfinex Crypto Asset Litigation)(Rosen, Laurence) (Filed on 9/2/2022) Modified on 9/6/2022 (kmg, COURT STAFF). (Entered: 09/02/2022) |
| 09/02/2022 | 38 | Notice of Non−Opposition *to Competing Motions for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel* filed by Shing Yiu Ng. (Fortunato, Melissa) (Filed on 9/2/2022) Modified on 9/6/2022 (kmg, COURT STAFF). Modified on 9/6/2022 (slh, COURT STAFF). (Entered: 09/02/2022) |
| 09/02/2022 | 39 | Re−notice motion hearing re 32 MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Josh Golder. (Related document(s) 32 ) (Ngo, Ivy) (Filed on 9/2/2022) Modified on 9/6/2022 (kmg, COURT STAFF). (Entered: 09/02/2022) |
| 09/02/2022 | 40 | NOTICE OF RESCHEDULED MOTION re 25 MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Nick Patterson. (Related document(s) 25 ) (Jasnoch, John) (Filed on 9/2/2022) Modified on 9/6/2022 (kmg, COURT STAFF). (Entered: 09/02/2022) |

| Date | # | Description |
|---|---|---|
| 09/02/2022 | 41 | OPPOSITION/RESPONSE (re 19 MOTION to Appoint Lead Plaintiff and Lead Counsel, 24 MOTION to Appoint Lead Plaintiff and Lead Counsel, 32 MOTION to Appoint Lead Plaintiff and Lead Counsel , 28 MOTION to Appoint Lead Plaintiff and Lead Counsel , 25 MOTION to Appoint Lead Plaintiff and Lead Counsel) filed by Josh Golder. (Attachments: # 1 Exhibit 1 − Williams v. Block One et al.)(Ngo, Ivy) (Filed on 9/2/2022) (Entered: 09/02/2022) |
| 09/02/2022 | 42 | OPPOSITION/RESPONSE (re 25 MOTION to Appoint Lead Plaintiff and Lead Counsel) filed by Nick Patterson. (Attachments: # 1 Declaration of John Jasnoch In Further Support of Motion of Nick Patterson for Appointment as Lead Plaintiff and Approval of Lead Counsel, # 2 Exhibit A)(Jasnoch, John) (Filed on 9/2/2022) (Entered: 09/02/2022) |
| 09/04/2022 | 43 | NOTICE *of Withdrawal of Kyle W. Roche as Counsel* by Josh Golder (Ngo, Ivy) (Filed on 9/4/2022) Modified on 9/6/2022 (slh, COURT STAFF). (Entered: 09/04/2022) |
| 09/07/2022 | 44 | CLERK'S NOTICE RESCHEDULING THE MOTION HEARING TO A DATE THAT COURT IS AVAILABLE FOR HEARING RE 19 MOTION to Appoint Lead Plaintiff and Lead Counsel, 24 MOTION to Appoint Lead Plaintiff and Lead Counsel, 25 MOTION to Appoint Lead Plaintiff and Lead Counsel, 28 MOTION to Appoint Lead Plaintiff and Lead Counsel, 32 MOTION to Appoint Lead Plaintiff and Lead Counsel.<br><br>The change in hearing date does not impact the briefing schedule set at the filing of the motion.<br><br>Motion Hearing reset to 12/13/2022 at 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Trina L. Thompson.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 9/7/2022) (Entered: 09/07/2022) |
| 09/07/2022 | 45 | OPPOSITION/RESPONSE (re 19 MOTION to Appoint Lead Plaintiff and Lead Counsel, 24 MOTION to Appoint Lead Plaintiff and Lead Counsel, 32 MOTION to Appoint Lead Plaintiff and Lead Counsel, 28 MOTION to Appoint Lead Plaintiff and Lead Counsel, 25 MOTION to Appoint Lead Plaintiff and Lead Counsel) filed by Republic Capital, Republic Maximal LLC. (Springer, Colby) (Filed on 9/7/2022) (Entered: 09/07/2022) |
| 09/09/2022 | 46 | REPLY (re 25 MOTION to Appoint Lead Plaintiff and Lead Counsel ) *In Further Support of Motion of Nick Patterson for Appointment as Lead Plaintiff and Approval of Lead Counsel* filed byNick Patterson. (Jasnoch, John) (Filed on 9/9/2022) (Entered: 09/09/2022) |
| 09/09/2022 | 47 | REPLY (re 19 MOTION to Appoint Lead Plaintiff and Lead Counsel , 24 MOTION to Appoint Lead Plaintiff and Lead Counsel , 32 MOTION to Appoint Lead Plaintiff and Lead Counsel , 28 MOTION to Appoint Lead Plaintiff and Lead Counsel , 25 MOTION to Appoint Lead Plaintiff and Lead Counsel ) filed byJose Luis Villasenin. (Abadou, Ramzi) (Filed on 9/9/2022) (Entered: 09/09/2022) |
| 09/09/2022 | 48 | REPLY (re 19 MOTION to Appoint Lead Plaintiff and Lead Counsel ) filed byMichael Tobias. (Attachments: # 1 Declaration of Laurence M. Rosen, # 2 Exhibit A − Letter Response of Co−Counsel in In re Tether and Bitfinex Crypto Asset Litigation, # 3 Exhibit B − Letter Response of Putative Class Members in In re Tether and Bitfinex Crypto Asset Litigation, # 4 Exhibit C − Motion to Disqualify Roche Freedman LLP, # 5 Exhibit D − Complaint in Cyrulnik v. Roche, et al.)(Rosen, Laurence) (Filed on 9/9/2022) (Entered: 09/09/2022) |
| 09/09/2022 | 49 | REPLY (re 32 MOTION to Appoint Lead Plaintiff and Lead Counsel ) filed byJosh Golder. (Attachments: # 1 Declaration of Edward Normand, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Ngo, Ivy) (Filed on 9/9/2022) (Entered: 09/09/2022) |
| 09/20/2022 | | CASE MANAGEMENT CONFERENCE set before Judge Beth Labson Freeman for 9/29/2022 11:00 AM is VACATED per Case Reassignment re 33 ORDER REASSIGNING CASE.<br>(tsh, COURT STAFF) (Filed on 9/20/2022) (Entered: 09/20/2022) |

| | | |
|---|---|---|
| 09/20/2022 | 50 | MOTION for leave to appear in Pro Hac Vice, (Filing Fee: $317.00, receipt number ACANDC−17552581) filed by Republic Capital, Republic Maximal LLC. (Westhoff, Bryan) (Filed on 9/20/2022) (Entered: 09/20/2022) |
| 09/21/2022 | 51 | **Order by Judge Trina L. Thompson granting 50 Motion for Pro Hac Vice as to Bryan Westhoff. (bxs, COURT STAFF) (Filed on 9/21/2022) (Entered: 09/21/2022)** |
| 09/21/2022 | 52 | MOTION for leave to appear in Pro Hac Vice (Filing fee $ 317, receipt number ACANDC−17554825) filed by Michael Tobias. (Kim, Phillip) (Filed on 9/21/2022) (Entered: 09/21/2022) |
| 09/21/2022 | 53 | **Order by Judge Trina L. Thompson granting 52 Motion for Pro Hac Vice as to Phillip Kim. (bxs, COURT STAFF) (Filed on 9/21/2022) (Entered: 09/21/2022)** |
| 09/29/2022 | 54 | MOTION for leave to appear in Pro Hac Vice (Filing Fee: $317.00, receipt number ACANDC−17578537) filed by Josh Golder. (Attachments: # 1 Certificate of Good Standing)(Normand, Edward) (Filed on 9/29/2022) (Entered: 09/29/2022) |
| 09/29/2022 | 55 | **Order by Judge Trina L. Thompson granting 54 Motion for Pro Hac Vice as to Edward Normand. (bxs, COURT STAFF) (Filed on 9/29/2022) (Entered: 09/29/2022)** |
| 09/29/2022 | 56 | MOTION for leave to appear in Pro Hac Vice (Filing Fee: $317.00, receipt number ACANDC−17579539) filed by Josh Golder. (Attachments: # 1 Certificate of Good Standing)(Delich, Joseph) (Filed on 9/29/2022) (Entered: 09/29/2022) |
| 09/29/2022 | 57 | MOTION to Strike 46 Reply to Opposition/Response filed by Michael Tobias. Motion Hearing set for 12/13/2022 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L. Thompson. Responses due by 10/13/2022. Replies due by 10/20/2022. (Attachments: # 1 Declaration of Laurence M. Rosen, # 2 Exhibit A − Lead Plaintiff Order in In re Silver Lake, L.L.C., Sec. Litig., case no. 4:20−cv−03766−JSW (N.D. Cal. Dec. 1, 2020), Dkt. No. 36, # 3 Proposed Order)(Rosen, Laurence) (Filed on 9/29/2022) (Entered: 09/29/2022) |
| 09/29/2022 | 58 | **Order by Judge Trina L. Thompson granting 56 Motion for Pro Hac Vice as to Joseph Delich. (bxs, COURT STAFF) (Filed on 9/29/2022) (Entered: 09/29/2022)** |
| 09/30/2022 | 59 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−17582012.) filed by Josh Golder. (Attachments: # 1 Certificate of Good Standing)(Potter, Alex) (Filed on 9/30/2022) (Entered: 09/30/2022) |
| 09/30/2022 | 60 | **Order by Judge Trina L. Thompson granting 59 Motion for Pro Hac Vice as to Alex Potter.(ec, COURT STAFF) (Filed on 9/30/2022) (Entered: 09/30/2022)** |
| 10/13/2022 | 61 | OPPOSITION/RESPONSE (re 57 MOTION to Strike 46 Reply to Opposition/Response ) *Movant Patterson's Opposition to Movant Tobias' Motion to Strike* filed byNick Patterson. (Jasnoch, John) (Filed on 10/13/2022) (Entered: 10/13/2022) |
| 10/13/2022 | 62 | *JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE STATEMENT* filed by Nick Patterson. (Jasnoch, John) (Filed on 10/13/2022) (Entered: 10/13/2022) |
| 10/14/2022 | 63 | **ORDER DENYING REQUEST TO CONTINUE DUE DATE FOR JOINT CASE MANAGEMENT CONFERENCE STATEMENT. Signed by Judge Trina L. Thompson on 10/14/2022. (tmi, COURT STAFF) (Filed on 10/14/2022) (Entered: 10/14/2022)** |
| 10/17/2022 | 64 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7−3.d filed byMichael Tobias. (Attachments: # 1 Exhibit 1)(Related document(s) 19 ) (Kim, Phillip) (Filed on 10/17/2022) (Entered: 10/17/2022) |
| 10/20/2022 | 65 | REPLY (re 57 MOTION to Strike 46 Reply to Opposition/Response ) filed byMichael Tobias. (Rosen, Laurence) (Filed on 10/20/2022) (Entered: 10/20/2022) |