UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:22-cv-07281<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned has been retained as counsel for Defendants REPUBLIC MAXIMAL LLC d/b/a REPUBLIC CAPITAL in the above-captioned action, and hereby appears in this action and requests that all notices and other papers in this action be served upon the undersigned at the address stated below.

Dated: October 25, 2022
    New York, New York

                   POLSINELLI PC

                   By: _____
                     Bryan M. Westhoff, Esq.
                     150 N. Riverside Plaza, Suite 3000
                     Chicago, IL 60606
                     bwesthoff@polsinelli.com
                     (312) 873-2973

TO: All Parties Via ECF

86366045.1