UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MATTHEW ALBRIGHT, Individually and on
Behalf of All Others Similarly Situated,

                                    Plaintiff(s),

Civil Action No.: 1:22-cv-07281-JSR

  -against-

TERRAFORM LABS, PTE. LTD.; ET AL.,

**AFFIDAVIT OF SERVICE**

                                  Defendant(s).
-----------------------------------------------------------X
STATE OF DELAWARE      )
                                   s.s :
COUNTY OF NEW CASTLE  )

      SHARLENE BROOKS, being duly sworn, deposes and says that deponent is an agent of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.
      That on the 20th day of October, 2022, at approximately 3:35 p.m., deponent served a true copy of the **Summons in a Civil Action; Class Action Complaint for Violations of the Federal Racketeering Laws; Individual Rules of Practice - Hon. Jed S. Rakoff (Effective April 1, 2022); Electronic Case Filing Rules & Instructions (May 2, 2022 Edition)** upon Tribe Capital, LLC c/l Cogency Global, Inc., their registered agent, at 850 New Burton Road, Suite 201, Dover, DE 19904 by personally delivering and leaving the same with Teresa Grandison, Corporate Specialist, who is authorized to accept service.
      Teresa Grandison is a black female, approximately 35, years of age, stands approximately 5 feet, 6 inches tall, weighs approximately 200-220 pounds with black hair.

                                                                    _____
Subscribed & sworn to (or affirmed) before        SHARLENE BROOKS

me this _21_ day of October, 2022, by
SHARLENE BROOKS, personally
known to me or proved to me on the basis of
satisfactory evidence to be the person who appeared
before me.

_____
NOTARY PUBLIC, STATE OF DELAWARE

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024