UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 1:22-cv-07281-JSR |

## NOTICE OF APPEARANCE AS COUNSEL

**PLEASE TAKE NOTICE** that Jonathan D. Cogan, an attorney at Kobre & Kim LLP and duly admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for Defendant Jump Trading, LLC.

Dated: October 27, 2022
       New York, New York

**KOBRE & KIM LLP**

s/ Jonathan D. Cogan
Jonathan D. Cogan (Attorney No. JC4474)
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1206
Jonathan.Cogan@kobrekim.com

*Attorney for Jump Trading, LLC*