# DECLARATION

I, Cheung Cheuk Fung, (name), of 28th Floor, Burgfield Building, PP Hennessy Road, Wanchai, Hong Kong (address), solemnly and sincerely declare that:

The information contained in the statement attached hereto and marked "CCF-1" are true and correct.

And I make this solemn declaration conscientiously believing the same to be true and by virtue of the Oaths and Declarations Ordinance.

(signature of declarant)

Declared at **Wan Chai District Office** in the HKSAR this _____ day of **28 OCT 2022** 20____,

~~# through the interpretation of _____ (name) of~~
_____ (address and occupation), the said interpreter having been also first declared/sworn* ~~that he/she*~~ had truly, distinctly, and audibly interpreted the contents of this document to the declarant, ~~and that he/she*~~ would truly and faithfully interpret the declaration about to be administered to ~~him/her*~~.

Before me,

FONG Yu-tsang
Commissioner for Oaths

~~*I, _____ (name), of _____ (address), solemnly and sincerely declare/swear* that I well understand the official language in which this document is written and _____ language and that I have truly, distinctly, and audibly interpreted the contents of this document to the declarant _____ (name), and that I will truly and faithfully interpret the declaration about to be administered to him/her*.~~

(signature of interpreter)

Declared/Sworn* at _____ in the HKSAR this _____ day of _____ 20_____.

Before me,

~~Commissioner for Oaths#~~

#___# Please delete the relevant paragraphs if no interpreter is involved
* Please delete where appropriate
HAD 5 (S) Rev. 10/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,

  Plaintiff,

v.

TERRAFORM LABS, PTE. LTD, JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL, LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, et al.,

  Defendants.

Case No.: 1:22-cv-07281-JSR

## AFFIDAVIT OF SERVICE UPON GSR MARKETS LIMITED

I, CHENG Cheuk Fung, do hereby affirm that:

1. I am a non-party to this action and over the age of 21 years.

2. I am a paralegal, employed by Yeong & Co., Solicitors, located at Bayfield Building, 99 Hennessy Road, 28th Floor, Wanchai, Hong Kong, China, and I am authorized to serve legal process in Hong Kong, China.

3. On or about October 11, 2022, I was instructed by my supervisor, Eric Kwan, who is a solicitor employed by Yeong & Co., Solicitors, in turn instructed by Plaintiff's attorneys of Grant & Eisenhofer, P.A., to effect service upon GSR Markets Limited ("GSR").

4. According to the Plaintiff's attorneys, GSR is located at:

   GSR MARKETS LIMITED
   Central Plaza
   18 Harbour Road
   Suite 5508, 55th Floor
   Wanchai
   HONG KONG, CHINA



This is the exhibit marked CCF-1 referred to in the Declaration of Cheng Cheuk Fung declared before me on 28 OCT 2022
FONG Yu-tsang
Commissioner for Oaths

5. The documents to be served upon GSR are:

    - Hague Service Convention "Notice"
    - Hague Service Convention "Summary"
    - Summons in a Civil Action
    - Class Action Complaint for Violations of the Federal Racketeering Laws

6. We pulled the corporate registration for GSR. Exhibit I.

7. On Monday October 23, 2022, at about 3:30 p.m., I did travel to GSR's registered address with the intent of effecting serving upon GSR.

8. There I met with a female receptionist. I informed the receptionist that she was being served on behalf of GSR and I handed her the above referenced documents, which she accepted.

9. On my copy of Hague forms' service address page, the receptionist applied GSR MARKETS LIMITED's "chop stamp." Exhibit II.

10. Accordingly, service upon service upon GSR was effected pursuant to a method prescribed by the internal laws of Hong Kong for civil matters within this jurisdiction, and thus in accordance with sub-paragraph (b) of Article 10 of the Hague *Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*;

I declare under penalty of perjury under the laws of the United States and Hong Kong that the foregoing statements are true and accurate to the best of my knowledge and belief.

28-10-2022
Date

CHENG Cheuk Fung, Process Server

# Exhibit I

| | | |
|---|---|---|
| **CR** 公司註冊處 Companies Registry | 周年申報表 **Annual Return** | 存案 Filed<br>表格 Form **NAR1**<br>公司編號 Company Number<br>2549671 |

註 Note

**1  公司名稱 Company Name**

> **GSR Markets Limited**

**2  商業名稱(如有的話) Business Name (If any)**

> N/A

**3  公司類別 Type of Company**

請在適用的空格內加上 ✓ 號  Please tick the relevant box

- [✓] 私人公司 Private company
- [ ] 公眾公司 Public company
- [ ] 擔保有限公司 Company limited by guarantee

**4  本申報表的結算日期
Date to which this Return is Made Up**

| 27 | 06 | 2022 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

(如屬私人公司，本申報表應列載至公司成立為法團的周年日期的資料。
如屬公眾公司，申報表的結算日期應為該公司的會計參照期結束後的 6 個月屆滿之日。
如屬擔保有限公司，申報表的結算日期應為該公司的會計參照期結束後的 9 個月屆滿之日。

For a private company, the information in this return should be made up to the anniversary of the date of its incorporation.
For a public company, the return should be made up to the date that is 6 months after the end of its accounting reference period.
For a company limited by guarantee, the return should be made up to the date that is 9 months after the end of its accounting reference period.)

**5  隨本表格交付的財務報表所涵蓋的會計期
Period Covered by Financial Statements Delivered with this Form**

(私人公司無需填報此項  A private company need not complete this section)

| 日 DD | 月 MM | 年 YYYY | 至 To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|
| | | | | | | |

**6  註冊辦事處地址 Address of Registered Office**

> Suite 5508, 55th Floor, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong

**提交人資料 Presentor's Reference**

姓名 Name:  Zedra Secretaries Limited
地址 Address: Suite 5508, 55th Floor, Central Plaza,
 18 Harbour Road, Wanchai, Hong Kong

電話 Tel: 2173 6388   傳真 Fax: 2173 6333
電郵 Email:
檔號 Reference: (JES)

**請勿填寫本欄 For Official Use**

23402015567
NAR1L                2549671
08/08/2022

0034

指明編號 1/2014 (2014年3月) Specification No. 1/2014 (March 2014)

| 表格 Form | **NAR1** | 公司編號 Company Number |
|---|---|---|
| | | 2549671 |

7  電郵地址 Email Address

| legal@gsr.io |
|---|

8  按揭及押記 Mortgages and Charges

截至本申報表的結算日期，所有根據《公司條例》須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額
Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance or would have been required to be so registered if created after 1 January 1912

| Nil |
|---|

9  無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
Number of Member(s) as at the Date to which this Return is Made Up    [ — ]

10  股本 Share Capital
*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| | | 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | |
|---|---|---|---|---|
| 股份的類別<br>(如普通股／<br>優先股等)<br>Class of Shares<br>(e.g. Ordinary／<br>Preference etc.) | 貨幣單位<br>Currency | 已發行股份 Issued Shares | | |
| | | 總數<br>Total Number | 總款額<br>Total Amount | 已繳或視作<br>已繳的總款額<br>Total Amount Paid up or<br>Regarded as Paid up |
| Ordinary | HKD | 60,001 | 149,636,116.00 | 149,636,116.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數<br>Total | HKD | 60,001 | 149,636,116.00 | 149,636,116.00 |

第二頁 Page 2

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

| 表格<br>Form | **NAR1** | | 公司編號 Company Number |
|---|---|---|---|
| | | | 2549671 |

**11 公司秘書 Company Secretary**

**A. 公司秘書 (自然人) Company Secretary (Natural Person)**
(如超過一名公司秘書屬自然人，請用續頁A填報  Use Continuation Sheet A if more than 1 company secretary is a natural person)

| 中文姓名<br>Name in Chinese | | |
|---|---|---|
| 英文姓名<br>Name in English | 姓氏<br>Surname | |
| | 名字<br>Other Names | |
| 前用姓名<br>Previous Names | 中文<br>Chinese | |
| | 英文<br>English | |
| 別名<br>Alias | 中文<br>Chinese | |
| | 英文<br>English | |

**13** 香港通訊地址
Hong Kong Correspondence Address

地區 Region

**14** 電郵地址
Email Address

**15** 身分證明 Identification
(a) 香港身分證號碼
Hong Kong Identity Card Number

(b) 護照
Passport

簽發國家
Issuing Country

號碼
Number

**B. 公司秘書 (法人團體) Company Secretary (Body Corporate)**
(如超過一名公司秘書屬法人團體，請用續頁A填報  Use Continuation Sheet A if more than 1 company secretary is a body corporate)

**16** 中文名稱
Name in Chinese: -

**16** 英文名稱
Name in English: Zedra Secretaries Limited

**17** 香港地址
Hong Kong Address:
Suite 5508, 55th Floor, Central Plaza,
18 Harbour Road,
Wanchai,
地區 Region: 香港／HONG KONG

**14** 電郵地址
Email Address: -

公司編號 Company Number: 2364103

表格 Form **NAR1**

公司編號 Company Number: 2549671

## 12 董事 Directors

### A. 董事（自然人） Director (Natural Person)

(如超過一名董事屬自然人，請用續頁 B 填報　Use Continuation Sheet B if more than 1 director is a natural person)

請在適用的空格內加上 ✓ 號　Please tick the relevant box(es)

**⑱ 身分 Capacity:** ✓ 董事 Director　☐ 候補董事 Alternate Director

代替 Alternate to: -

| | | |
|---|---|---|
| 中文姓名 Name in Chinese | | Nil |
| 英文姓名 Name in English | 姓氏 Surname | COHN GONZALEZ |
| | 名字 Other Names | Mario Roberto |
| 前用姓名 Previous Names | 中文 Chinese | Nil |
| | 英文 English | Nil |
| 別名 Alias | 中文 Chinese | Nil |
| | 英文 English | Nil |
| ⑲ 住址 Residential Address | | Rue de L'Eglise 20 |
| | | 1262 Eysins |
| | | |
| | 國家／地區 Country / Region | Switzerland |
| ⑳ 電郵地址 Email Address | | - |

**㉑ 身分證明 Identification**

(a) 香港身分證號碼 Hong Kong Identity Card Number: ☐☐☐☐ - ☐☐☐ ( ☐ )

(b) 護照 Passport
  簽發國家 Issuing Country: Germany
  號碼 Number: C4YLFYG33

第四頁 Page 4

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

公司編號 Company Number: 2549671

**12 董事 Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**
(如超過兩名董事為法人團體，請用續頁 C 填報 Use Continuation Sheet C if more than 2 directors are body corporate)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

**1 身分 Capacity**: [✓] 董事 Director  [ ] 候補董事 Alternate Director

代替 Alternate to:

中文名稱 Name in Chinese: Nil

英文名稱 Name in English: Kamona Limited

地址 Address: Suite 5508, 55th Floor, Central Plaza,
18 Harbour Road,
Wanchai,

國家／地區 Country / Region: Hong Kong

電郵地址 Email Address:

公司編號 Company Number: 2364095
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

**2 身分 Capacity**: [ ] 董事 Director  [ ] 候補董事 Alternate Director

代替 Alternate to:

中文名稱 Name in Chinese:

英文名稱 Name in English:

地址 Address:

國家／地區 Country / Region:

電郵地址 Email Address:

公司編號 Company Number:
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

第五頁 Page 5

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

公司編號 Company Number: 2549671

12 董事 Directors (續上頁 cont'd)

C. 備任董事 Reserve Director

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司)
(Only applicable to a private company with only one member who is also the sole director of the company)

中文姓名 Name in Chinese

英文姓名 Name in English
- 姓氏 Surname
- 名字 Other Names

前用姓名 Previous Names
- 中文 Chinese
- 英文 English

別名 Alias
- 中文 Chinese
- 英文 English

19 住址 Residential Address

國家／地區 Country / Region

20 電郵地址 Email Address

21 身分證明 Identification
(a) 香港身分證號碼 Hong Kong Identity Card Number ( )
(b) 護照 Passport
- 簽發國家 Issuing Country
- 號碼 Number

[form fields crossed out with diagonal line]

| 表格 Form **NAR1** | 公司編號 Company Number |
|---|---|
| | 2549671 |

### 13 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital
*(有股本的公司必須填報此項 Company having a share capital must complete this section)*

請在適用的空格內加上 ✓ 號 Please tick the relevant box

[✓] 非上市公司的成員詳情列於附表一
    Particulars of members of a non-listed company are listed in Schedule 1

[ ] 上市公司的成員詳情列於附表二
    Particulars of members of a listed company are listed in Schedule 2

### 14 公司紀錄 Company Records
*(如空位不足，請用續頁 D 填報 Use Continuation Sheet D if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| N/A | |

### 15 陳述書 Statement
*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

[✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第 11(2)條於計算公司成員人數時不包括在內的人。

The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

---

提示 Advisory Note
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.

---

本申報表包括下列續頁 This Return includes the following Continuation Sheet(s)

| 續頁 Continuation Sheet(s) | A | B | C | D |
|---|---|---|---|---|
| 頁數 Number of pages | 0 | 4 | 0 | 0 |

For and on behalf of
Zedra Secretaries Limited

簽署 Signed : _____(signature)_____
Authorized Signature(s)

姓名 Name : Zedra Secretaries Limited       日期 Date : 05 / 08 / 2022
            董事 Director / 公司秘書 Company Secretary *            日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

第七頁 Page 7
0037

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

附表一 Schedule 1
(非上市公司適用
FOR NON-LISTED COMPANY)

本申報表的結算日期
Date to which this Return is Made Up

| 27 | 06 | 2022 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 Company Number

2549671

非上市公司的成員詳情 (第 13 項)
**Particulars of Member(s) of a Non-listed Company (Section 13)**

(有股本的非上市公司必須填報此頁。如空位不足，或超過一類股份，可另加附表一。)
(Non-listed company having a share capital must complete this page. If the space provided is insufficient, or if there is more than one class of shares, please use additional Schedule 1.)

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 Class of Shares: Ordinary

此類別股份的已發行總數 Total Number of Issued Shares in this Class: 60,001

| 姓名／名稱<br>Name | 地址<br>Address | 現時持有量<br>Current Holding | 轉讓* Transferred * | | 備註<br>Remarks |
|---|---|---|---|---|---|
| | | | 數目<br>Number | 日期<br>Date | |
| GSR INTERNATIONAL LIMITED | c/o Zedra, Booths Hall Booths Park 3, Chelford Road, Knutsford, Cheshire, England, WA16 8GS | 60,001 | | | |

* 如公司的股份自上一份周年申報表日期以來(如屬首份周年申報表，則自公司成立為法團以來)有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請在「備註」一欄註明。
* If there have been any transfers of the company's shares since the date of the last annual return (or since incorporation if this is the first annual return), please also provide details of the transfers; the name of the transferee should be stated in the 'Remarks' column.

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

本申報表的結算日期
Date to which this Return is Made Up

| 27 | 06 | 2022 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

續頁 B   Continuation Sheet B

公司編號 Company Number: **2549671**

董事詳情（自然人）（第 12A 項）   Details of Director (Natural Person) (Section 12A)

請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)

**⑱ 身分 Capacity:** ✓ 董事 Director   ☐ 候補董事 Alternate Director

代替 Alternate to: —

| 中文姓名 Name in Chinese | | Nil |
|---|---|---|
| 英文姓名 Name in English | 姓氏 Surname | ASHWOOD |
| | 名字 Other Names | John Matthew |
| 前用姓名 Previous Names | 中文 Chinese | Nil |
| | 英文 English | Nil |
| 別名 Alias | 中文 Chinese | Nil |
| | 英文 English | Nil |

**⑲ 住址 Residential Address:**
Unit 23A, 7/F
Fujiya Mansion
21-23A Kennedy Road, Wanchai

國家／地區 Country／Region: Hong Kong

**⑳ 電郵地址 Email Address:** -

**㉑ 身分證明 Identification**
(a) 香港身分證號碼 Hong Kong Identity Card Number: R 4 3 5 5 6 4 ( 3 )

(b) 護照 Passport
簽發國家 Issuing Country: -
號碼 Number: -

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0038

| 表格 Form | **NAR1** | | 續頁 B   Continuation Sheet B |
|---|---|---|---|

本申報表的結算日期
Date to which this Return is Made Up

| 27 | 06 | 2022 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 Company Number: **2549671**

### 董事詳情（自然人）（第 12A 項）  Details of Director (Natural Person) (Section 12A)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

**⑱ 身分 Capacity**: ✓ 董事 Director  ☐ 候補董事 Alternate Director

代替 Alternate to: —

**中文姓名 Name in Chinese**: Nil

**英文姓名 Name in English**
- 姓氏 Surname: PEREIRA DA SILVA
- 名字 Other Names: Eduardo D'Angelo

**前用姓名 Previous Names**
- 中文 Chinese: -
- 英文 English: -

**別名 Alias**
- 中文 Chinese: -
- 英文 English: -

**⑲ 住址 Residential Address**: 10 Market St., No. 694, KY1-9006

國家／地區 Country / Region: Cayman Islands

**⑳ 電郵地址 Email Address**: -

**㉑ 身分證明 Identification**
(a) 香港身分證號碼 Hong Kong Identity Card Number: 
(b) 護照 Passport
 - 簽發國家 Issuing Country: Cayman Islands
 - 號碼 Number: 604070487

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NAR1**

本申報表的結算日期
Date to which this Return is Made Up

| 27 | 06 | 2022 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

續頁 B  Continuation Sheet B

公司編號 Company Number: 2549671

## 董事詳情（自然人）（第 12A 項） Details of Director (Natural Person) (Section 12A)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

**18 身分 Capacity**
- [ ] 董事 Director
- [✓] 候補董事 Alternate Director

代替 Alternate to: Eduardo D'Angelo PEREIRA DA SILVA

**中文姓名 Name in Chinese:** Nil

**英文姓名 Name in English**
- 姓氏 Surname: VAN DUYNHOVEN
- 名字 Other Names: David James

**前用姓名 Previous Names**
- 中文 Chinese: -
- 英文 English: -

**別名 Alias**
- 中文 Chinese: -
- 英文 English: -

**19 住址 Residential Address:** 596 Walkers Road, No. 28 George Town

Grand Cayman

國家／地區 Country / Region: Cayman Islands

**20 電郵地址 Email Address:** -

**21 身分證明 Identification**

(a) 香港身分證號碼 Hong Kong Identity Card Number: 

(b) 護照 Passport
- 簽發國家 Issuing Country: Cayman Islands
- 號碼 Number: 629147215

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

0039

| 表格 Form | **NAR1** | | | 續頁 B   Continuation Sheet B |
|---|---|---|---|---|

本申報表的結算日期
Date to which this Return is Made Up

| 27 | 06 | 2022 |
|---|---|---|
| 日 DD | 月 MM | 年 YYYY |

公司編號 Company Number: 2549671

董事詳情（自然人）（第 12A 項）   Details of Director (Natural Person) (Section 12A)

請在適用的空格內加上 ✓ 號   Please tick the relevant box(es)

**(18) 身分 Capacity**: ✓ 董事 Director  ☐ 候補董事 Alternate Director   代替 Alternate to: 

中文姓名 Name in Chinese: Nil

英文姓名 Name in English
- 姓氏 Surname: TAN
- 名字 Other Names: Lishan, Lisa

前用姓名 Previous Names
- 中文 Chinese: -
- 英文 English: -

別名 Alias
- 中文 Chinese: -
- 英文 English: -

**(19) 住址 Residential Address**:
59 Compassvale Bow #09-17
Singapore 544988

國家／地區 Country / Region: Singapore

**(20) 電郵地址 Email Address**: 

**(21) 身分證明 Identification**
(a) 香港身分證號碼 Hong Kong Identity Card Number: 
(b) 護照 Passport
- 簽發國家 Issuing Country: Singapore
- 號碼 Number: K2318171G

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

# Exhibit II

Case No.: 1:22-cv-07281-JSR

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

> GSR MARKETS LIMITED
> Central Plaza
> 18 Harbour Road
> Suite 5508, 55th Floor
> Wanchai
> HONG KONG, CHINA
> -OR-
> wherever the Defendant may be found in Hong Kong, China



**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

> Legal Services for New York City
> 40 Worth Street, Suite 606
> New York, New York 10013
> U.S.A.
> Tel. 1.646.442.3100

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

> Legal Services for New York City
> 40 Worth Street, Suite 606
> New York, New York 10013
> U.S.A.
> Tel. 1.646.442.3100