## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 1:22-cv-07281-JSR-BCM<br><br>The Honorable Jed S. Rakoff<br><br>The Honorable Barbara C. Moses<br><br><u>CLASS ACTION</u> |

## NOTICE OF VOLUNTARY DISMISSAL
## <u>PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, Plaintiff Matthew Albright, hereby dismisses all claims asserted against Defendants Republic Capital, Republic Maximal, LLC, and DeFinance Capital/DeFinance Technologies Oy in the above-captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs, and expenses.

Date: October 31, 2022

*/s/Daniel L. Berger*
Daniel L. Berger
Caitlin M. Moyna
GRANT & EISENHOFER, P.A.
485 Lexington Avenue, Floor 29
New York, NY 10017
Tel: 646-722-8500
Email: dberger@gelaw.com
       cmoyna@gelaw.com

*Attorneys for Plaintiff*