UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., PANTERA CAPITAL, NICHOLAS PLATIAS, and DO KWON,<br><br>     Defendants. | Case No. 1:22-cv-07281-JSR-BCM<br><br>The Honorable Jed S. Rakoff<br><br>The Honorable Barbara C. Moses<br><br><u>CLASS ACTION</u> |

**WAIVER OF SERVICE OF SUMMONS**

To: Daniel L. Berger

 I have received your request for Do Kwon to waive service of summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means or returning one copy of the form to you.

 I am authorized to accept service of the complaint in this case (ECF No. 1) on behalf of Mr. Kwon, subject to Mr. Kwon's reservation of all defenses or objections to the claims asserted in this lawsuit, including but not limited to objections to the court's personal jurisdiction over Mr. Kwon and the laying of venue in this District, and that Mr. Kwon is only waiving objections to service.

Date: November 1, 2022            <u>/s/ Douglas W. Henkin</u>

<u>DO KWON        </u>          Douglas W. Henkin
Party Waiving Service of Summons      DENTONS US LLP
                       1221 Avenue of the Americas
                       New York, NY  10020
                       douglas.henkin@dentons.com
                       Tel.: (212) 768-6832