UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, DELPHI DIGITAL CONSULTING, INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA and REMI TETOT,<br><br>        Defendants. | Case No. 1:22-cv-07281-JSR-BCM<br><br>The Honorable Jed S. Rakoff<br><br>The Honorable Barbara C. Moses<br><br><u>CLASS ACTION</u> |

**WAIVER OF THE SERVICE OF SUMMONS**

To: Daniel L. Berger

    I have received your request to waive service of summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means or returning one copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

Date:   November 14, 2022                      */s/ Aitan Goelman*

       KANAV KARIYA                       Aitan Goelman
Party Waiving Service of Summons            ZUCKERMAN SPAEDER LLP
                                                          1800 M Street NW
                                                          Suite 1000
                                                          Washington, DC 20036
                                                          AGoelman@zuckerman.com
                                                          Tel.: (202) 778-1999

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperated in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver requested by plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, of that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or motion, under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.