AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,
*Plaintiff*

v.  Case No. 1:22-cv-07281-JSR-BCM

TERRAFORM LABS, et al.
*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Kanav Kariya.

Date: 11/15/2022

/s/ Aitan D. Goelman
*Attorney's signature*

Aitan D. Goelman
*Printed name and bar number*
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036

*Address*

agoelman@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*