AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br>*Plaintiff*<br>v.<br>TERRAFORM LABS, et al.<br>*Defendant* | )<br>)<br>)  Case No.  1:22-cv-07281-JSR-BCM<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Kanav Kariya .

Date: 11/15/2022

/s/ Nell Z. Peyser
*Attorney's signature*

Nell Z. Peyser
*Printed name and bar number*
Zuckerman Spaeder LLP
485 Madison Avenue, 10th Floor
New York, New York 10022

*Address*

npeyser@zuckerman.com
*E-mail address*

(212) 704-9600
*Telephone number*

(212) 704-4256
*FAX number*