UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MATTHEW ALBRIGHT, Individually and on
Behalf of All Others Similarly Situated,

                                                        Civil Action No.: 1:22-cv-07281

                        Plaintiff(s),

-against-

TERRAFORM LABS, PTE. LTD.; ET AL.,

                                          **AFFIDAVIT OF SERVICE**

                       Defendant(s).
-----------------------------------------------------------X
STATE OF DELAWARE        )
                                      s.s :
COUNTY OF NEW CASTLE  )

      SHARLENER BROOKS, being duly sworn, deposes and says that deponent is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

      That on the 15th day of November, 2022, at approximately 3:32 p.m., deponent served a true copy of the **Summons in a Civil Action; Amended Class Action Complaint for Violations of the Federal Racketeering Laws; Individual Rules of Practice - Hon. Jed S. Rakoff (Effective April 1, 2022); Electronic Case Filing Rules & Instructions (May 2, 2022 Edition)** upon Delphi Digital Consulting, Inc. c/o Harvard Business Services, Inc., as registered agent at 16192 Coastal Highway, Lewes, DE 19958, by personally delivering and leaving the same with Allison Rathmanner, Cortporate Specialist, who is authorized to accept service.

      Allison Rathmanner is a white female, approximately 40 years of age, is approximately 5 feet and 5-6 inches tall, weighs approximately 140 pounds, with brown hair.

Sworn to before me this
\_\_\_16\_\_\_ day of November, 2022

                                                           SHARLENE BROOKS

_____
NOTARY PUBLIC, STATE OF DELAWARE

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024