UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, DELPHI DIGITAL CONSULTING, INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA, and REMI TETOT,<br><br>Defendants. | Civil Action No. 1:22-cv-07281<br><br>The Honorable Jed S. Rakoff |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted *pro hac vice* and otherwise authorized to practice in this Court for purposes of the above-captioned matter pursuant to the Order of Admission entered October 13, 2022 (ECF No. 20), and I appear in this case as counsel for LUNA FOUNDATION GUARD LTD.

Dated:  November 21, 2022            Respectfully submitted,

/s/ Stephen J. Senderowitz
Stephen J. Senderowitz
DENTONS US LLP
233 S. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-8141
Fax: (312) 876-7934
stephen.senderowitz@dentons.com