UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, DELPHI DIGITAL CONSULTING, INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA, and REMI TETOT,<br><br>Defendants. | Civil Action No. 1:22-cv-07281<br><br>The Honorable Jed S. Rakoff |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Luna Foundation Guard Ltd. declares and certifies that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated:  November 28, 2022            Respectfully submitted,

*/s/ Douglas W. Henkin*
Douglas W. Henkin, 2531648
DENTONS US LLP
1221 Avenue of the Americas
New York, New York
Tel: (212) 768-6700
douglas.henkin@dentons.com

Stephen J. Senderowitz (admitted *pro hac vice*)
233 S. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-8141
stephen.senderowitz@dentons.com

*Counsel for Defendant Luna Foundation Guard Ltd.*