# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, DELPHI DIGITAL CONSULTING, INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA, and REMI TETOT,<br><br>Defendants. | Civil Action No. 1:22-cv-07281<br><br>The Honorable Jed S. Rakoff |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Do Kwon.

Dated: November 28, 2022                Respectfully submitted,

*/s/ Douglas W. Henkin*
Douglas W. Henkin, 2531648
DENTONS US LLP
1221 Avenue of the Americas
New York, New York
Tel: (212) 768-6700
Fax: (212) 768-6800
douglas.henkin@dentons.com