# EXHIBIT F

JS Held, *Analysis – Terraform Labs' and Luna Foundation Guard's Defense of the UST Price Peg*, November 9, 2022.

# EXHIBIT F



# JS HELD

Find your expert®

**Analysis – Terraform Labs' and Luna Foundation Guard's Defense of the UST Price Peg**

*November 9, 2022*



Table of Contents

I.      Introduction ....................................................................................................................................3
II.     Executive Summary .......................................................................................................................3
III.    Background....................................................................................................................................6
IV.     Information Considered ................................................................................................................7
V.      Findings .........................................................................................................................................7
VIII.   Conclusion ...................................................................................................................................15

Exhibits ....................................................................................................................................................18



I.   **Introduction**

1. JS Held ("JSH" or "we") has been retained by Dentons US LLP ("Counsel") to conduct an analysis of trading and blockchain records and the efforts of Terraform Labs Pte. Ltd. ("TFL"), and Luna Foundation Guard ("LFG"), to defend the price of UST[1] from May 8th to 12th, when there was a large market selloff of the stablecoin.

2. JSH has provided financial analyses and expert testimony in various matters, including cryptocurrency, for over twenty years. See Exhibit 1 (Curriculum Vitae of Boris Richards). For its services related to this matter, JSH was compensated by TFL at an hourly rate of $800 per hour. JSH's compensation is not contingent upon its conclusions or opinions expressed herein, nor upon the outcome of any matter in which these conclusions are presented.

3. Utilizing our forensic investigative experience and knowledge of blockchain analytics and cryptocurrency exchanges, JSH determined the specific transactions and assets that LFG and TFL utilized between May 8th and May 12th, 2022, in TFL/LFG's attempts to defend and support the 1:1 peg of TFL's stablecoin UST to the U.S. Dollar ("UST Price Peg"). We relied upon various types of quantitative and qualitative information, which included on-chain data; analyzing trading records that we independently obtained from Binance, KuCoin, and Bitfinex; and consultations with the TFL business. At the time, TFL managed and executed accounting, finance, and tax-related operations and responsibilities of LFG along with any other administrative and operational functions LFG requested, pursuant to a master services agreement executed at the beginning of 2022.[2]

4. At Counsel's request, our analysis evaluated the following activity:

    (1) The specific transactions conducted by TFL and LFG to defend the UST Price Peg from May 8 to May 12.

    (2) The accounting of LFG's assets on May 7 through May 16, as reflected in the series of tweets posted by LFG on May 16, 2022 ("LFG May 16 Tweets").

    (3) The accuracy of the descriptions of the transactions undertaken by LFG to defend the UST Price Peg, as recounted in LFG's May 16 Tweets, and an assessment of any deviations.

II.   **Executive Summary**

5. Our review of trading records and blockchain data revealed that:

    (1) **From May 8 to May 12, 2022, LFG and TFL used the following assets to defend the UST Price Peg.**

    - On May 8th, LFG directly sold into Curve Finance UST + 3Pool Metapool 26,281,671 USDT[3] and 23,555,590 USDC[4] from its reserves to buy 50,200,071 UST.[5]

---

[1] This report refers to what are now known as "USTC" and "LUNC" as "UST" and "LUNA", respectively.
[2] Exchange information from OKX, Bittrex, and Huobi were not included in this report as API limitations prevented the retrieval of data for the relevant date ranges.
[3] USDT (Tether) is a cryptocurrency stablecoin pegged to the U.S. dollar.
[4] USDC (USD Coin) is a cryptocurrency stablecoin, tokenized and backed by the U.S. dollar.
[5] See Exhibit 2.

- On May 9th, LFG transferred a total of 52,189 BTC[6] from its reserves to Jump Trading for Jump to purchase UST.[7]

- We analyzed TFL's trade activity by reviewing (1) the total amount of UST purchased and (2) the net amount of UST purchased:[8]

    - Total amount of UST Purchased ("Total Basis") - From May 8th through May 10th, TFL purchased a total of 1,901,559,334 UST through its cryptocurrency exchange accounts (Binance, KuCoin, and Bitfinex) as well as through its TFL curve bots 1 and 2. These purchases had the contemporaneous market value of $1,773,199,279 U.S. dollars.

    - Net amount of UST Purchased ("Net Basis") - From May 8th through May 10th, TFL purchased net total of 1,464,738,304 UST through its cryptocurrency exchange accounts (Binance, KuCoin, and Bitfinex)[9] as well as through its TFL curve bots 1 and 2. These purchases had the contemporaneous market value of $1,375,600,151 U.S. dollars.[10]

  Also, on May 10, TFL received a total of 33,206 BTC from LFG as a reimbursement for a portion of the assets TFL spent defending the peg. LFG transferred 28,206 BTC to TFL's Binance account[11] and Jump transferred 5,000 BTC to the same account (313 BTC that had not been used was returned to LFG's wallet[12]). The total amount of 33,206 BTC had the contemporaneous market value of $1,030,427,532 U.S. dollars.  All of the BTC was transferred to the same TFL Binance account defending the peg and were commingled with the other digital assets in the account.  Assets and trades were not segregated.

  From May 8 to May 10, based on the total UST purchased, TFL spent $742,771,747 U.S. dollars more than it received from LFG to purchase UST in defense of the UST Price Peg. For the same period, using a total net amount of UST purchased, TFL spent $345,172,619 U.S. dollars more than it received from LFG to purchase UST in defense of the UST Price Peg.

- Additionally, we analyzed TFL's trade activity by reviewing (1) the total amount of LUNA purchased and (2) the net amount of LUNA purchased:

    - Total amount of LUNA Purchased - From May 8th through May 11th, TFL purchased

---

[6] Bitcoin (BTC)
[7] See Exhibit 3. Jump Trading has not provided TFL with any records of its trades.
[8] JSH conducted its analysis in this manner to determine (1) the direct impact of how TFL's purchases of UST had in the market, and (2) TFL's trade strategy along with its peg defense.
[9] During this period, TFL also sold smaller amounts of UST and LUNA for other purposes, so this report presents both the gross and net amounts of UST and LUNA purchased.
[10] The net sales of UST resulted in the following UST coin purchase: ETH, BTC, LUNA, BUSD, BNB, ATOM, SOL, DOT, AAVE, MATIC, SNX, YFI, USDT, ANC.
[11] See Exhibit 3.
[12] TFL transferred the 313 BTC to LFGs wallet: **bc1q9d4ywgfnd8h43da5tpcxcn6ajv590cg6d3tg6axemvljvt2k76zs50tv4q.**

- a total of 23,053,022 LUNA through its cryptocurrency exchange accounts (Binance, KuCoin, and Bitfinex). These purchases had the contemporaneous market value of $1,001,864,982 U.S. dollars.

- <u>Net amount of LUNA Purchased</u> - From May 8th through May 11th, TFL purchased net total of 7,780,065 LUNA through its cryptocurrency exchange accounts (Binance, KuCoin, and Bitfinex). These purchases had the contemporaneous market value of $268,444,270 U.S. dollars.[13]

From May 8 to May 11, based on the <u>total</u> LUNA purchased, TFL spent $1,001,864,982 U.S. dollars more than it received from LFG to purchase LUNA to defend the network from a governance attack. For the same period, using a total <u>net</u> amount of LUNA purchased, TFL spent $268,444,270 U.S. dollars more than it received from LFG to purchase LUNA to defend the network from a governance attack.

- In total, TFL spent **$1,744,636,729 U.S. dollars on a total purchase basis** or **$613,616,889 U.S dollars on a net purchase basis** of its own in defense of the UST price peg.

(2) **The LFG May 16 Tweets provided an accurate accounting of LFG's assets balances.**

- LFG (through TFL and Jump's purchases on LFG's behalf) used approximately 80,000 BTC, 26,281,671 USDT, and 23,555,590 USDC in the LFG Reserve to purchase the UST stablecoin and to defend the peg.

- We confirmed that the LFG balances on May 7th and May 16th, as reported in the LFG May 16 Tweets, are accurate.

| Holding Name | Beginning Balance | Ending Balance |
|---|---|---|
| BTC | 80,394 | 313 |
| BNB | 39,914 | 39,914 |
| USDT | 26,281,671 | 0 |
| USDC | 23,555,590 | 0 |
| AVAX | 1,973,554 | 1,973,554 |
| UST | 697,344 | 1,847,079,725 |
| LUNA | 1,691,261 | 222,713,007 |

(3) **The peg defense transactions recounted in the LFG May 16 Tweets included estimates instead of actual transaction data, but the use of these estimates did not affect the accuracy of the reported LFG balances.**

---

[13] The net sales of LUNA resulted in the following LUNA coin purchase: USDT, BTC, Ethereum (ETH), USD, Binance USD (BUSD), Binance Coin (BNB), UST, EURO.

- Each of LFG's May 16 Tweets about the details of the UST Price Peg defense operations are accurate, except for Tweets #6 and #7, which were based on estimate values.

- Tweet #6 listed the amount of UST LFG purchased as 1,164,018,521 UST.

    o The reported number was an estimate of UST that had been calculated as follows:

    The 33,206 BTC that LFG transferred to TFL was multiplied by an average estimated BTC price of $29,663 which equaled $984,989,578 U.S. dollars.

    Then, the amount of $984,989,578 U.S. dollars was divided by the average UST price of $0.846197513 resulting in the 1,164,018,521 UST used in the Tweet.

- Tweet #7 reported that 883,525,674 UST was swapped to 221,021,746 LUNA to prevent a possible governance attack.

    o The estimate in the number of UST derives from the estimate in Tweet #6. The actual amount of LUNA is 220,694,577. The net difference is a small amount of LUNA staked to prevent a potential governance attack that did not involve UST/LUNA swaps.

- This estimated amount did not affect our analysis and confirmation that the beginning and ending balances of the LFG reserves were correct.

    o Jump transferred 1,515,689,462 UST to TFL on behalf of LFG.
    o TFL purchases combined with Jump's transferred amount of UST equaled an estimated 2,601,740,975 UST.
    o TFL transferred 1,796,182,310 UST to LFG.
    o These transferred 1,796,182,310 UST, when added to LFG's original balance of 697,344 UST and the 50,200,071 UST that LFG converted from USDT + USDC equals the ending balance of 1,847,079,725 UST.

### III. Background

6. **_Terra Ecosystem_**. TFL supported the development of the Terra blockchain. LFG, a non-profit organization headquartered in Singapore, was established to act as a decentralized UST Reserve to support the pegged price of UST.[14] Terra is a decentralized, open-source public blockchain built to support a suite of fiat-pegged, algorithmic stablecoins.[15] Terra relied upon a dual token system: TerraUSD (UST) was an decentralized algorithmic stablecoin value-pegged to the US Dollar. UST could be used as a standalone token *or* in conjunction with LUNA (Terra's native non-stablecoin cryptocurrency) for the purposes of staking, governance, and reserves. LUNA operated as a stabilization mechanism to maintain the 1:1 UST price peg for Terra's stablecoin by minting and burning tokens.

---

[14] https://lfg.org/missionandvision/
[15] https://lfg.org/missionandvision/

7. *How TerraUSD ("UST") Works*. TerraUSD (UST) is pegged to the price of a US dollar ($1 USD) and that peg is maintained by an arbitrage mechanism tied to LUNA. As an algorithmic stablecoin with a value pegged to a fiat currency via an arbitrage mechanism, the UST token has no guaranteed reserve support. Instead, the creation of UST is facilitated by burning LUNA tokens. To mint 1 TerraUSD, one must burn $1 worth of LUNA. Simply put, $1 USD worth of LUNA can be burned to mint 1 UST, and 1 UST can be burned to mint $1 USD worth of LUNA. The price of LUNA is not fixed and can fluctuate. The UST peg to the US dollar is designed to be algorithmically achieved by means of regulating its supply and demand, specifically through the actions of arbitrageurs looking to make profits whenever UST might fall below or rise above $1 USD. Transactionally, when the price of UST dropped below $1 USD, it became attractive to buy UST at a price below $1 USD, convert 1 UST into $1 USD worth of LUNA and sell it, realizing a profit. Thus, arbitrageurs would push UST back up to parity by burning UST (reducing its supply) and minting LUNA, and vice versa whenever UST exceeds $1 USD.

8. *Luna Foundation Guard, TFL, and UST Peg Defense*. LFG acted to ensure the stability of UST's peg. It was determined that LFG could utilize crypto assets, including bitcoin (BTC), to provide additional protection against UST's peg falling below the 1:1 USD peg, in particular, by means of buying UST on centralized cryptocurrency exchanges with BTC, or with other stablecoins (e.g., buying UST with Tether (USDT) or USDC, into which BTC would have been swapped first). LUNA's value is not fixed, and, by design, users are financially incentivized to arbitrage LUNA and UST. Although the market price of UST fluctuated on May 7, on May 8, 2022, there was a significant drop in the market price of UST, and TFL began defending the peg by buying UST in the open market. Additionally, at TFL's request, Jump Trading also purchased UST using funds provided by LFG.

### IV.     Information Considered

9. We relied upon various types of quantitative and qualitative information, including on-chain data; TFL and LFG trading records JSH obtained directly from the exchanges; and consultations with the TFL business.

10. The work performed is not an attest engagement as defined by the rules of the American Institute of Certified Public Accountants ("AICPA"), but rather conforms to the AICPA Statement on Standards for Forensic Services No. 1 ("SSFS No. 1").

11. The opinions presented in this report are based on information and documents available as of the date of this report. The opinions are based on a standard of reasonable certainty.

### V.      Findings

12. On May 7th, prior to the UST depegging, LFG had a total reserve of 80,395 BTC.[16] Over the next few days, this reserve was allocated to Jump and TFL to purchase UST in the open market to support the UST price and defend its 1:1 USD peg.

---

[16] Rounded.

13. TFL maintained certain balances in its Binance exchange account in BTC, ETH, BNB, USDT, BUSD, LUNA and UST as of May 8, 2022. These balances are reflected in the Table below.

| Coin | Balance Beginning May 8th |
|---|---|
| BTC | 4,742.51 |
| ETH | 761.32 |
| BNB | 63,810.89 |
| USDT | 177,429,599.14 |
| LUNA | 732,341.09 |
| UST | 796,368,008.78 |

1. **From May 8 to May 12, 2022, LFG and TFL used the following assets to defend the UST Price Peg.**

    *May 8th: LFG Sold 26,281,671 USDT and 23,555,590 USDC for 50,200,071 UST*

14. As described above, on May 7, 2022, there was a significant drop in the market price of UST. In response, LFG and TFL began defending the peg on May 8 by deploying crypto assets to buy UST and LUNA in the open market.

15. Initially, LFG sold 26,281,671 USDT and 23,555,590 USDC to buy 50,200,071 UST as depicted in the table below. JSH confirmed these transactions using blockchain explorers including Etherscan and Terra Finder.[17]

| Timestamp (UTC) | Asset Type | Controlling Entity | Wallet Address | Direction (In/Out) | Amount |
|---|---|---|---|---|---|
| 5/8/2022 2:12 | USDT | LFG | 0x803c172c3202ab7d32159839306e335db745b025 | Out | 26,281,671 |
| 5/8/2022 2:19 | USDC | LFG | 0x803c172c3202ab7d32159839306e335db745b025 | Out | 23,555,590 |
| 5/8/2022 2:38 | UST | Terra | terra1gr0xesnseevzt3h4nxr64sh5gk4dwrwgszx3nw | In | 50,200,071 |

*Source: Etherscan and Terra Finder*

16. On May 8, 2022, LFG made the above purchase of UST through the following steps:[18]

    (1) Step 1: LFG creates a new address –
    0xad41bd1cf3fd753017ef5c0da8df31a3074ea1ea

    (2) Step 2: LFG converts USDT to UST -
    26,281,671 USDT are transferred from ~1ea to LFG address 0xe3011271416f3a827E25D5251d34A56d83446159.
    ~159 sends them to 0xCEAF7747579696A2F0bb206a14210e3c9e6fB269 (Curve UST

---

[17] See Exhibit 2.
[18] The Wormhole bridge facilitates transfers of tokens across multiple chains, including Ethereum, Solana, Terra, BNB Chain, Aurora, Polygon, Avalanche, Oasis, and Fantom.



metapool), which exchanges USDT for Wormhole UST via Curve 3pool 0xbebc44782c7db0a1a60cb6fe97d0b483032ff1c7, which sends 26,495,232 Wormhole UST back to ~159.

(3) Step 3: LFG converts USDC to UST –
23,555,590 USDC are transferred from ~1ea to LFG address 0xe3011271416f3a827E25D5251d34A56d83446159
~159 sends them to 0xCEAF7747579696A2F0bb206a14210e3c9e6fB269 (Curve UST metapool), which exchanges USDT for Wormhole UST via Curve 3pool 0xbebc44782c7db0a1a60cb6fe97d0b483032ff1c7, which sends 23,704,838 UST back to ~159.

(4) Step 4: Converted UST is transferred to LFG address –
~159 sends UST to terra10nmmwe8r3g99a9newtqa7a75xfgs2e8z87r2sf via UST Wormhole portal.

On the Terra blockchain, on May 8, 2022, terra1cymh5ywgn4azak74h4gsrnakqgel4y9ssersvx sends 50,200,071.081424 UST to terra1gr0xesnseevzt3h4nxr64sh5gk4dwrwgszx3nw. (~svx received 50,200,071 UST from terra10nmmwe8r3g99a9newtqa7a75xfgs2e8z87r2sf which is a wormhole token bridge for Terra on the Terra side.)

*From May 8th through May 10th: TFL Purchases 1,901,559,334 UST on a Total Basis / 1,464,738,304 UST on a Net Basis to defend the UST price peg.[19]*

17. Using its Binance, KuCoin, and Bitfinex cryptocurrency trading accounts, TFL began purchasing UST in the open market on May 8, 2022 and continued to do so through May 10, 2022.[20] Utilizing the aforementioned Total Basis and Net Basis methodology, TFL purchased a total of 1,514,667,392 UST, and 1,077,846,362 UST, respectively. JSH confirmed these purchases through data received directly from the cryptocurrency exchange APIs.

18. Additionally, TFL purchased UST utilizing the following 2 TFL accounts:

   1. **TFL curve bot 1**: 0xE88080c85b11DBf4DD772fc6dE6dDB73de76BfdC, which was funded by TFL using its Binance account and another TFL account (0x61f2f664fec20a2fc1d55409cfc85e1baeb943e2) using USDT. TFL exchanged USDT for wrapped UST WUST using the UST+3Pool on Curve.fi and exchanged for USDT.

      TFL purchased 277,888,825 UST using 276,000,000 USDT.

   2. **TFL curve bot 2**: 0x6b671B51258dB0316Dd89BC0075D6113488Be5E8, which was funded through TFL's staking of the ethereum derivative (bETH) in the Anchor protocol. TFL moved bETH from Anchor to Curve and exchanged to ETH and subsequently to USDT. TFL then swapped the obtained ETH for USDT using the Curve.fi USDT/WBTC/WETH pool.

---

[19] See Exhibit 5.
[20] May 8, 2022, 2:00:03 AM through May 10, 2022, 11:58 AM.



TFL purchased 109,003,117 UST using 108,644,140 USDT.

19. The below table combines the UST purchase activity within the Binance, KuCoin, and Bitfinex cryptocurrency trading accounts with the purchases using TFLs curve bot accounts broken down by day showing both the Total Basis and Net Basis.[21]

| Date | UST Purchased (Total) | USD Equivalent (Total) | UST Purchased (Net) | USD Equivalent (Net) |
|---|---|---|---|---|
| May 8th | 691,167,741 | $686,766,346 | 610,255,271 | $606,349,287 |
| May 9th | 341,312,506 | $321,648,208 | 187,346,237 | $176,328,179 |
| May 10th | 869,079,087 | $764,784,725 | 667,136,796 | $592,922,685 |
| Total | 1,901,559,334 | $1,773,199,279 | 1,464,738,304 | $1,375,600,151 |

*Source: Binance Exchange API, Bitfinex Exchange API, KuCoin Exchange API.  USD Equivalent based on hourly pricing from cryptocompare.com*

*Between May 9th and May 10th: LFG Transferred 52,189 BTC to Jump Trading, and 28,206 BTC to TFL, for the purpose of buying UST and defending the UST Price Peg.[22]*

20. On May 9th, LFG sent a total of 52,189 BTC to Jump (bc1qlyfrxkwp2xg39cd6usx6aw45u5rlcgl3sygu2w), in a series of on-chain transfers. The BTC transferred was to be used by Jump to purchase UST in the open market.

| Timestamp (UTC) | Asset Type | Controlling Entity | Wallet Address | Direction (In/Out) | Amount |
|---|---|---|---|---|---|
| 5/9/2022 3:45 | BTC | LFG | bc1q0wgz9gt8tyac5ct94czvyuu4v264fclrxlq8su4s2kk6u8nmwy9swjp6t7 | Out | 22,189 |
| 5/9/2022 3:45 | BTC | Jump | bc1qlyfrxkwp2xg39cd6usx6aw45u5rlcgl3sygu2w | In | 22,189 |
| 5/9/2022 18:42 | BTC | LFG | bc1qwuwyt0q83gr4cvawgdwdqeum0y2mfkx44hlzd7ke2syg3vddql8scn63rm | Out | 30,000 |
| 5/9/2022 18:42 | BTC | Jump | bc1qlyfrxkwp2xg39cd6usx6aw45u5rlcgl3sygu2w | In | 30,000 |

*Source: BitInfoCharts.com*

21. Jump later transferred 5,000 BTC to the TFL Binance cryptocurrency exchange account on May 10.

22. Separately, Jump transferred 1,515,689,462 UST to TFL on May 11 both via on-chain transactions and internally on Binance. TFL then transferred these UST coins to LFG's blockchain address. The following chart displays both the off-chain and on-chain transfers from Jump to TFL. The off-chain transfers occurred via Binance.

| Timestamp (UTC) | Asset Type | Controlling Entity | From | Transaction ID | Wallet Address | Direction (In/Out) | Amount |
|---|---|---|---|---|---|---|---|
| 5/10/2022 2:42 | UST | TFL | Jump | 105880695932 (Internal) | | In | 878 |
| 5/11/2022 13:54 | UST | TFL | Jump | 105881369092 (Internal) | | In | 100,000,000 |
| 5/11/2022 13:54 | UST | TFL | Jump | 105881221734 (Internal) | | In | 100,000,000 |
| 5/11/2022 13:54 | UST | TFL | Jump | 105881968273 (Internal) | | In | 100,000,000 |
| 5/11/2022 13:55 | UST | TFL | Jump | 105882955998 (Internal) | | In | 100,000,000 |
| 5/11/2022 13:57 | UST | TFL | Jump | 105883450696 (Internal) | | In | 100,000,000 |
| 5/11/2022 13:59 | UST | TFL | Jump | 105883715641 (Internal) | | In | 100,000,000 |
| 5/11/2022 14:03 | UST | TFL | Jump | 105884269985 (Internal) | | In | 100,000,000 |
| 5/11/2022 14:05 | UST | TFL | Jump | 105884490586 (Internal) | | In | 70,000,000 |
| 5/11/2022 14:27 | UST | TFL | Jump | 71A7ACC320F0B0AC0525E7EBFBF8F26358A5C488B81640D2CD14323E66B6A5C8 | terra14tlthgtg6ep6xnqptyg8dp3gcq4jxvgqmskwkd | In | 885 |
| 5/11/2022 14:36 | UST | TFL | Jump | 07A12C93FFADF2855AEA7A919155FB1F328FF176B7E17DC0045EA5CF9C118B9F | terra14tlthgtg6ep6xnqptyg8dp3gcq4jxvgqmskwkd | In | 745,687,699 |
| | | | | | | Total | 1,515,689,462 |

*Source: Binance Exchange API and Terra Finder*

---

[21] For comparative purposes, USDT was considered to have a 1:1 USD ratio.
[22] See Exhibit 3.



23. Separately, on May 10th, LFG transferred 28,206[23] BTC to TFL (163mp4eKBixViv7VPwG3aKvcNDkh3UmsSP) in an on-chain transfer. Below are the on-chain details of that transfer.

| Timestamp (UTC) | Asset Type | Controlling Entity | Wallet Address | Direction (In/Out) | Amount |
|---|---|---|---|---|---|
| 5/10/2022 1:20 | BTC | LFG | bc1q9d4ywgfnd8h43da5tpcxcn6ajv590cg6d3tg6axemvljvt2k76zs50tv4q | Out | 28,206 |
| 5/10/2022 1:20 | BTC | TFL | 163mp4eKBixViv7VPwG3aKvcNDkh3UmsSP | In | 28,206 |

*Source: BitInfoCharts.com*

24. Throughout the May 8 to May 10 period, TFL continued to purchase UST using its cryptocurrency exchange accounts as well as through its curve bot accounts.[24]

> *From May 8th Through May 11th: TFL Purchased a Total of 23,053,022 LUNA on a Total Basis / 7,780,065 on a Net Basis through its cryptocurrency exchange accounts.*

25. To defend the UST Price Peg, LFG, TFL, and Jump were initially purchasing UST *and* LUNA.

26. The LUNA token is used to help peg UST to the U.S. dollar. If the price of UST exceeds a dollar, $1 of LUNA can be burned and redeemed for 1 UST and if the price of UST falls below the peg, one can swap 1 UST for $1 worth of LUNA. During the depeg, UST was trading at such a low price that UST holders were attempting to arbitrage by swapping 1 UST for $1 worth of LUNA. As UST was burned, more LUNA was minted by the protocol in response. Since the price of LUNA was also declining, all of the UST holders attempting to swap UST for LUNA created a significant sudden increase in LUNA's supply. This increase, along with other market factors, caused LUNA's price to further decline.

27. During the May 8th through May 11th period, TFL purchased a total of 23,053,022 LUNA on a Total Basis, with a contemporaneous value of $1,001,864,982 U.S. dollars. Under the Net Basis, TFL purchased a total of 7,780,065 LUNA, with a contemporaneous value of $268,444,270 U.S. dollars, by using TFL's own assets, not LFG assets.[25] Below is the breakdown of total LUNA purchases by day showing both the Total Basis and Net Basis:

| Date | Luna Purchased (Total) | USD Equivalent (Total) | Luna Purchased (Net) | USD Equivalent (Net) |
|---|---|---|---|---|
| May 8th | 5,658,070 | $364,633,261 | (48,824) | ($3,179,988) |
| May 9th | 6,449,293 | $331,296,117 | 2,212,338 | $118,280,264 |
| May 10th | 9,667,482 | $294,499,752 | 4,338,374 | $141,908,142 |
| May 11th | 1,278,177 | $11,435,852 | 1,278,177 | $11,435,852 |
| Total | 23,053,022 | $1,001,864,982 | 7,780,065 | $268,444,270 |

*Source: Binance Exchange API, Bitfinex Exchange API, KuCoin Exchange API. USD Equivalent based on hourly pricing from cryptocompare.com*

> **2. The LFG May 16, 2022, Tweets provided an accurate accounting of LFG's assets balances on May 7 and May 16, 2022.**
>
> *LFG Tweets*

---
[23] This number is rounded from actual BTC transferred of 28,205.54
[24] See Exhibit 5.
[25] See Exhibit 4.

11

28. On May 16th, 2022, LFG released statements through its Twitter account documenting how its Bitcoin reserves were disbursed to defend the UST peg.

    *LFG Beginning + Ending Balance*

29. LFG's series of tweets begins with its Saturday, May 7th, 2022, reserve consisting of the following:

    | Holding Name | Beginning Balance |
    |---|---|
    | BTC | 80,394 |
    | BNB | 39,914 |
    | USDT | 26,281,617 |
    | USDC | 23,555,590 |
    | AVAX | 1,973,554 |
    | UST* | 697,344 |
    | LUNA** | 1,691,261 |

30. Over the following days, TFL deployed the reserve in defense of peg in the following manner:

    BTC
    - 80,394 BTC Beginning Reserve Balance
    - 22,189 BTC May 9 03:45 UTC LFG transfer to Jump
    - 30,000 BTC May 9 18:42 UTC LFG transfer to Jump
    - <u>28,206 BTC[26]May 10 01:20 UTC LFG transfer to TFL (Binance)</u>
    -      313 BTC May 16 TFL transfer back to LFG

    BNB
    - 39,914 No change

    USDT + USDT
    - Sold 26,281,671 USDT
    - <u>Sold 23,555,590 USDC</u>
    -    50,200,071 UST

    AVAX
    - 1,973,554 No change

    UST
    -       697,344 UST Beginning Balance
    -    50,200,071 UST Converted from USDT + USDC
    - <u>1,796,182,310 UST Amount of UST TFL sent to LFG[27]</u>

---

[26] This number is rounded from actual BTC transferred of 28,205.54
[27] The total purchases of UST on behalf of LFG totaled an estimated 2,601,740,975. TFL transferred 1,796,182,310 UST to



November 9, 2022
Page 13 of 16

- 1,847,079,725 UST Ending Balance

LUNA

- 1,691,261 LUNA Beginning Balance
- 220,694,577 LUNA Converted by TFL using estimated 805,558,665 UST and sent to LFG
- 327,164 LUNA staked and sent to LFG
- 222,713,002 LUNA Ending Balance

**3. The measures recounted in the LFG May 16 Tweets were accurate.**

*LFG Tweets[28]*

31. JSH has reviewed and confirmed the accuracy of the beginning and ending balances of the May 7 and May 16 balances, respectively.

32. However, in our review of the mechanics reported in Tweets #6 and #7, we found that the amount of UST reported as having been purchased by LFG (1,164,018,521 UST) was an estimate. This exception is examined further below.

*LFG Tweet #6*



33. At the time that these Tweets were released, markets for both BTC and UST were highly volatile, and prices were fluctuating rapidly. Because actual trade data was not easily assessable at the time of the Tweets (it required weeks to process and tabulate), portions of the data included in the tweet had to be estimated based on easily accessible data. Thus, LFG estimated the number of UST that they would be able to purchase using 33,206 BTC as follows:

- The 33,206 BTC that LFG transferred to TFL multiplied by an average BTC price of $29,663 which equaled $984,989,578 U.S. dollars. This was done to obtain the dollar value that could be used to purchase UST.

- Then, the amount of $984,989,578 U.S. dollars was divided by the average UST price of $0.846197513 resulting in the 1,164,018,521 UST used in the tweet. This was done to find out how many UST could be obtained with the dollar value that LFG had.

34. This estimate didn't affect our analysis and confirmation that the beginning and ending balances were correct, because calculations using the actual trades reveal the reported balances to be accurate.

---

LFG (which included 1,515,689,462 UST purchased by Jump), while the remaining 805,558,665 UST were swapped into 220,694,577 LUNA to prevent a potential governance attack (i.e., a prophylactic action). Swapped LUNA were eventually transferred to LFG as well.
[28] See Exhibit 6.



November 9, 2022
Page 14 of 16

- TFL transferred 1,796,182,310 UST to LFG. The resulting amount of 1,796,182,310 UST + LFG's original balance of 697,344 UST + the 50,200,071 UST that LFG converted from USDT + USDC equals the ending balance of 1,847,079,725 UST.

*LFG Tweet #7*



35. Tweet #7 was reported using estimated amount of UST that included in Tweet #6. The following shows that when the estimate of 1,164,018,521 UST is used, the remaining amount is 883,525,674 UST to be converted to LUNA. When this tweet was written, it utilized these estimates for the amount of UST that were purchased for the same reasons discussed above.

36. To arrive at a more accurate estimate of UST swapped into LUNA to protect network governance against potential attacks, we computed the amount of LUNA which were staked and into which UST were swapped by TFL trading addresses. The transfers of LUNA from 10 TFL trading bots on May 12, 2022, to five addresses which delegated the obtained tokens to protocol staking, total 220,694,577 LUNA.[29] This number is slightly smaller than 221,021,746 LUNA that Tweet #7 indicated as staked and obtained via UST swaps.[30]

37. Using data on 5,286 UST/LUNA swap transactions executed by 10 TFL trading bots between May 9 and May 11, 2022, we identified the set of swaps which, in aggregate, minted 220,694,577 LUNA. Through this analysis, it was apparent that there was no specific set of swap transactions that could produce an exact match for the above LUNA amount. This is expected since trading bots burn/mint UST and mint/burn LUNA almost continuously for a variety of reasons, including staking LUNA to prevent a governance attack. For this reason, Tweet #7 could not precisely identify an exact number of UST swapped into LUNA for staking and governance purposes but could only include an estimate.

38. Depending on the assumed start and end time of swaps, and with the discrepancy being less than 1,000 LUNA, we estimated the amount of UST swapped into LUNA for staking and governance purposes to be

---

[29] The 10 trading addresses **terra14tlthgtg6ep6xnqptyg8dp3gcq4jxvgqmskwkd, terra1mer7nd843n5g3v37xxtd3hude6t5rf4cq3mnae, Terra14ny376fe7hys2zqxwc87zp2achp9tju5q6jul4, terra12qmfcxy8kahwt44tn4aq4t6kdmtyer38xnrh7m, terra1t8szgklntcwxyfyflucuq895gpjr8wn6tsqxye, terra1nexqdq252acp09m9eler7jhg9kd3rqfzkek9r0, terra1g5dmf4qpmdrcw77d3ty6djrgujt8r2n3lgyknj, terra1lewnh53gt0hzgjejrtwdz8q7dennz09s6ds4k2, terra1v49w0m38fe87edhqdv30w96wq0pz6u6548q9gj, terra17p4mqd7yl9m0r7cfv0nf9s9zae3d3gm4tmyg2a** obtained the LUNA tokens by way of burning UST and then transferring them to the delegator addresses **terra13u3p30c2tn9m8dmru6mfyhmqs379qm43vrx7l7, terra10zzfuednzhkmwn4tqks2mukstr02r5jklpmh2f, terra1anllr0tt8r2my88kp6kmdwdnewnja5246djj99, terra13vpm23s7rw5gqp9ckhqngjesxcuzatytknqpfg,** and **terra1zz2nf34fjkjygkg0kplkrr29ycxarmct6kafvj.**

[30] Also, we identified that a small amount of staked LUNA (327,164) did not involve UST/LUNA swaps.

14


between 785,501,572 UST and 825,615,759 UST, with a mid-point of this range at 805,558,665 UST.

39. The variations in both Tweets #6 and #7 are immaterial for the following reasons:

    - The May 7 beginning balance and the May 16 ending balances are in fact accurate.

    - *TFL purchased a total of 1,901,559,334 UST on a Total Basis / 1,464,738,304 UST on a Net Basis during May 8 to May 10 to defend the UST price peg.*

## VI. Acquisition of Historical Trading and Account Data

40. TFL provided JSH with authentication keys required to access certain accounts via their secure, internet-based Application Programming Interfaces ("APIs") for the following exchanges: Binance, KuCoin, and Bitfinex. Each API provided a unique structuring of the historical data for each account. JSH developed custom Python scripts to systematically access and acquire a valid copy of all historical trading data dating back to December 31st, 2021.

41. The APIs allow the retrieval of trade, withdrawal, and deposit data for transactions that occurred between a window specified by start and end times. JSH divided the time range between December 31st, 2021, through September 15th, 2022, into 3-hour intervals. Each interval was queried in turn for the corresponding trades. If the number of trades returned was equal to the stated maximum, the interval was further divided into 30-minute sub intervals and the process repeated on each, recursively. The minimum time interval required was 10 milliseconds.

42. Using this approach, it is possible that, because the end time for one interval is the start time for the next, duplicative transactions were pulled for two different intervals. We used each trade's unique ID to remove duplicative transactions.

43. The results of the acquisition runs were each stored in compressed files. Python scripts were developed to normalize and merge the data sets. JSH used the bcp utility to ingest the compressed files into a Microsoft SQL Server database.

## VII. Data Validation Between Acquisitions

44. *Time Zone.* JSH needed to normalize time to Coordinated Universal Time ("UTC"). Any data received from TFL was provided in Korea Standard Time (UTC+9). All times had 9 hours subtracted to equate to UTC time. The API collected time was acquired in Eastern Standard Time (UTC-5) and Eastern Daylight Time (UTC-4). Records before March 13, 2022, 2:00AM had 5 hours added to equate to UTC time. Records after March 13, 2022, had 4 hours added to equate to UTC time.

45. *Trade Pairs.* JSH retrieved a distinct list of traded coin pairs. For each coin pair, the total number of trades received from TFL was compared against the data pulled through the API. In addition to the number of trades, a total count of coin trades for each pair was summed and compared.

46. *Transaction Date*. JSH tallied and compared the total number of all trades for each day.

## VIII. Conclusion

47. Based on our independent investigation, we conclude that:

    (1) **From May 8 to May 12, 2022, LFG and TFL used the following assets to defend the UST Price Peg.**

    a. On May 8th, LFG directly sold 26,281,671 USDT and 23,555,590 USDC to buy 50,200,071 UST.[31]

    b. Between May 9th and May 10th, LFG transferred a total of 52,189 BTC from its reserves to Jump Trading for Jump to purchase UST.[32]

    c. From May 8th through May 10th, on a <u>Total Basis</u> TFL purchased a total of 1,901,559,334 UST through its cryptocurrency exchange accounts (Binance, KuCoin, and Bitfinex) as well as through its TFL curve bots 1 and 2. These purchases had the contemporaneous market value of $1,773,199,279 U.S. dollars. During this period, using a <u>Net Basis</u>, TFL purchased a net total of 1,464,738,304 UST through its cryptocurrency exchange accounts (Binance, KuCoin, and Bitfinex) as well as through its TFL curve bots 1 and 2. These purchases had the contemporaneous market value of $1,375,600,151 U.S. dollars.

    d. Also, on May 10, TFL received a total of 33,206 BTC from LFG as a reimbursement for a portion of the assets TFL spent defending the peg. LFG transferred 28,206 BTC to TFL's Binance account and Jump transferred 5,000 BTC to the same account (313 BTC that had not been used was returned to LFG's wallet). The total amount of 33,206 BTC[33] had the contemporaneous market value of $1,030,427,532 U.S. dollars.

    Thus, based on the <u>total</u> UST purchased, TFL spent $742,771,747 U.S. dollars more than it received from LFG to purchase UST in defense of the UST Price Peg. For the same period, using a total <u>net</u> amount of UST purchased, TFL spent $345,172,619 U.S. dollars more than it received from LFG to purchase UST in defense of the UST Price Peg.

    e. Additionally, between May 8th and May 11th, using TFL's own funds, TFL purchased a total of 23,053,022 LUNA on a <u>Total Basis</u>, with a contemporaneous value of $1,001,864,982 U.S dollars. Under the <u>Net Basis</u>, TFL purchased a total of 7,780,065 LUNA, with a contemporaneous value of $268,444,270 U.S. dollars.

    In total, TFL spent $**1,744,636,729 U.S. dollars on a total purchase basis** or **$613,616,889 U.S. dollars on a net purchase basis** of its own in defense of the UST price peg.

    (2) **The LFG May 16 Tweets provided an accurate accounting of LFG's asset balances on May 7 and May 16.**

---

[31] See Exhibit 2.
[32] See Exhibit 3.
[33] See Exhibit 3.



| Holding Name | Beginning Balance | Ending Balance |
|---|---|---|
| BTC | 80,394 | 313 |
| BNB | 39,914 | 39,914 |
| USDT | 26,281,671 | 0 |
| USDC | 23,555,590 | 0 |
| AVAX | 1,973,554 | 1,973,554 |
| UST | 697,344 | 1,847,079,725 |
| LUNA | 1,691,261 | 222,713,007 |

    a. LFG (through TFL and Jump's purchases on LFG's behalf) used approximately 80,000 BTC, 26,281,671 USDT, and 23,555,590 USDC in the LFG Reserve to purchase UST and to defend the peg.

    b. We confirmed that the first and last May 16 tweets, which reported the balances as of May 7 and May 16, respectively, are accurate.

(3) **The measures recounted in the LFG May 16 Tweets included estimates that did not affect the calculation of the ending balances.**

    a. Each of LFG's May 16 Tweets about the details of the UST Price Peg defense operations are factually accurate, except for Tweet #6 and Tweet #7.

    b. Tweet #6 listed the amount of UST purchased by LFG as (1,164,018,521 UST).

    c. The reported number was an estimate of UST that had been calculated as follows:

> The 33,206 BTC that LFG transferred to TFL multiplied by an average BTC price of $29,663 which equaled $984,989,578 U.S. dollars.
>
> $984,989,578 U.S. dollars was then divided by the average UST price of $0.846197513 resulting in the 1,164,018,521 UST used in the tweet.

    d. This estimated amount did not affect our analysis and confirmation that the beginning and ending balances were correct.

48. Jump transferred 1,515,689,462 UST on behalf of LFG, to TFL. The addition of what TFL purchased + Jump's transferred amount of UST equaled the estimated 2,601,740,975 UST. We then confirmed that TFL transferred 1,796,182,310 UST to LFG. The resulting amount of 1,796,182,310 UST + LFG's original balance of 697,344 UST + the 50,200,071 UST that LFG converted from USDT + USDC equals the ending balance of 1,847,079,725 UST.