# EXHIBIT M

Email thread with Counsel Regarding Anchor Protocol, December 5, 2022.

# EXHIBIT M

**Vangel, Mike**

| | |
|---|---|
| **From:** | Caitlin Moyna <cmoyna@gelaw.com> |
| **Sent:** | Monday, December 05, 2022 10:02 AM |
| **To:** | Henkin, Douglas W.; Vincent Pontrello |
| **Cc:** | Senderowitz, Stephen J.; Daniel Berger; Alex Forgione; Peyser, Nell Z; Goelman, Aitan; Amanda Tuminelli; Jaros, Ashley N. |
| **Subject:** | RE: [EXTERNAL] RE: Albright v. TFL, et al., 1:22-cv-7281 |

**[WARNING: EXTERNAL SENDER]**

Mr. Albright did not stake on the Anchor Protocol.

Caitlin

**From:** Henkin, Douglas W. <douglas.henkin@dentons.com>
**Sent:** Monday, December 5, 2022 10:35 AM
**To:** Caitlin Moyna <cmoyna@gelaw.com>; Vincent Pontrello <vpontrello@gelaw.com>
**Cc:** Senderowitz, Stephen J. <stephen.senderowitz@dentons.com>; Daniel Berger <dberger@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Goelman, Aitan <AGoelman@zuckerman.com>; Amanda Tuminelli <Amanda.Tuminelli@kobrekim.com>; Jaros, Ashley N. <ashley.jaros@dentons.com>
**Subject:** RE: [EXTERNAL] RE: Albright v. TFL, et al., 1:22-cv-7281
**Importance:** High

Dear Caitlyn,

This is relevant because if Mr. Albright used the Anchor Protocol, then he is subject to its Terms of Service, which include, inter alia, releases of claims against TFL and Mr. Kwon, a waiver of the right to pursue class claims, Sigapore choice of law, and a Singapore arbitration clause.

We look forward to your prompt reply.

Best regards,

Doug

**Douglas W. Henkin**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 768 6832   |   US Internal 16832
douglas.henkin@dentons.com
Bio   |   Website

Dentons US LLP

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

1

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Caitlin Moyna <cmoyna@gelaw.com>
**Sent:** Monday, December 05, 2022 9:47 AM
**To:** Henkin, Douglas W. <douglas.henkin@dentons.com>; Vincent Pontrello <vpontrello@gelaw.com>
**Cc:** Senderowitz, Stephen J. <stephen.senderowitz@dentons.com>; Daniel Berger <dberger@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Goelman, Aitan <AGoelman@zuckerman.com>; Amanda Tuminelli <Amanda.Tuminelli@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: Albright v. TFL, et al., 1:22-cv-7281

**[WARNING: EXTERNAL SENDER]**

Dear Doug,

We don't understand how this relates to Defendants' motions to dismiss, and why you need this information now, before discovery as started.  Can you please advise?

Best regards,
Caitlin

**From:** Henkin, Douglas W. <douglas.henkin@dentons.com>
**Sent:** Sunday, December 4, 2022 1:51 PM
**To:** Caitlin Moyna <cmoyna@gelaw.com>; Vincent Pontrello <vpontrello@gelaw.com>
**Cc:** Senderowitz, Stephen J. <stephen.senderowitz@dentons.com>; Daniel Berger <dberger@gelaw.com>; Alex Forgione <aforgione@gelaw.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Goelman, Aitan <AGoelman@zuckerman.com>; Amanda Tuminelli <Amanda.Tuminelli@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: Albright v. TFL, et al., 1:22-cv-7281
**Importance:** High

Dear Caitlyn,

I write because the Amended Complaint does not state whether Mr. Albright used the Anchor Protocol himself.  Please let us know, no later than 9:30am tomorrow, whether or not Mr. Albright ever staked any tokens in the Anchor Protocol.

Best regards,

Doug



Douglas W. Henkin

*What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.*

D +1 212 768 6832   |   US Internal 16832
douglas.henkin@dentons.com

Bio   |   Website

Dentons US LLP

2

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.