UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br>　　　　　Plaintiff,<br>　　　v.<br>TERRAFORM LABS, PTE. LTD., JUMP TRADING, LLC, DELPHI DIGITAL CONSULTING INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA, and REMI TETOT,<br>　　　　　Defendants. | Case No. 1:22-cv-07281-JSR |

## NOTICE OF APPEARANCE AS COUNSEL

**PLEASE TAKE NOTICE** that Tapan Oza, an attorney at Kobre & Kim LLP and duly admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for Defendant Jump Trading, LLC.

Dated: December 5, 2022
　　　　New York, New York

**KOBRE & KIM LLP**

s/ Tapan Oza
Tapan Oza (Attorney No. 5522958)
800 Third Avenue
New York, NY 10022
Telephone: (212) 380-2595
Tapan.Oza@kobrekim.com

*Attorney for Jump Trading, LLC*