## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD., JUMP TRADING, LLC, DELPHI DIGITAL CONSULTING INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA, and REMI TETOT, <br><br> Defendants. | Case No. 1:22-cv-07281-JSR |

## NOTICE OF DEFENDANTS JUMP TRADING, LLC AND KANAV KARIYA'S MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, dated December 5, 2022, Defendants Jump Trading, LLC, and Kanav Kariya, by and through undersigned counsel, move this Court for an order dismissing the Amended Complaint against them (Dkt. No. 42) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The grounds for the motion are set forth in the accompanying Memorandum.

PLEASE TAKE FURTHER NOTICE that opposition briefs, if any, must be filed on or before December 19, 2022, and reply briefs, if any, must be filed on or before December 28, 2022. Oral argument is scheduled for January 4, 2023, at 4:00pm, in Courtroom 14-B of the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  New York, New York
        December 5, 2022

                                    Respectfully submitted,


KOBRE & KIM LLP                     ZUCKERMAN SPAEDER LLP

/s/ Jonathan Cogan                  /s/ Aitan Goelman
Jonathan Cogan                      Aitan Goelman
Steven W. Perlstein                 Nell Z. Peyser
Amanda Tuminelli                    1800 M Street, NW, Suite 1000
800 Third Avenue                    Washington, DC 20036
New York, NY 10022                  Telephone: (212) 778-1800
Telephone: (212) 488-1200           Email: agoelman@zuckerman.com
Email: jonathan.cogan@kobrekim.com  Email: npeyser@zuckerman.com
Email: steven.perlstein@kobrekim.com
Email: amanda.tuminelli@kobrekim.com


*Attorneys for Defendant Jump Trading, LLC*   *Attorneys for Defendant Kanav Kariya*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of December 2022, the foregoing document was electronically filed with the Clerk of the Court, to be served by the Court's electronic notification system upon all attorneys of record.

*/s/*<u>Jonathan Cogan</u>
Jonathan Cogan
