UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, DELPHI DIGITIAL CONSULTING, INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA, and REMI TETOT,<br><br>Defendants. | Case No. 1:22-cv-07281-JSR |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Delphi Digital Consulting, Inc. certifies that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: December 6, 2022
       New York, New York

BROWN RUDNICK LLP

By: */s/ Jessica N. Meyers*
Jessica N. Meyers
7 Times Square
New York, New York 10036
Tel: (212) 209-4938
Fax: (212) 209-4800
jmeyers@brownrudnick.com