UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, DELPHI DIGITIAL CONSULTING, INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA, and REMI TETOT,

Defendants.

Case No. 1:22-cv-07281-JSR

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Stephanie P. Calnan hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Delphi Digital Consulting Inc. in the above-captioned action.

I am a member in good standing of the bars of the states of Massachusetts, to which I was admitted on November 14, 2017, and New York, to which I was admitted on August 15, 2018. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached my affidavit pursuant to Local Rule 1.3 and have annexed my Certificates of Good Standing to my affidavit as Exhibits A - B, respectively.

Dated: November 8, 2022

                                                     Respectfully Submitted,

                                                     */s/ Stephanie P. Calnan*
                                                     Stephanie P. Calnan
                                                     BROWN RUDNICK LLP
                                                     One Financial Center
                                                     Boston, MA 02111
                                                     (617) 856-8200 (telephone)
                                                     (617) 86-8201 (facsimile)
                                                     scalnan@brownrudnick.com