**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MATTHEW ALBRIGHT, Individually and
on Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

TERRAFORM LABS, PTE. LTD., JUMP
TRADING LLC, DELPHI DIGITIAL
CONSULTING, INC., DO KWON,
NICHOLAS PLATIAS, LUNA
FOUNDATION GUARD LTD., JOSE
MACEDO, KANAV KARIYA, and REMI
TETOT,

        Defendants.

Case No. 1:22-cv-07281-JSR

Hon. Jed S. Rakoff

**ORAL ARGUMENT REQUESTED**

**NOTICE OF DEFENDANT DELPHI DIGITAL CONSULTING, INC'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant

Delphi Digital Consulting, Inc. ("Delphi") hereby moves this Court pursuant to Federal Rules of

Civil Procedure 9(b) and 12(b)(6) for an order dismissing Plaintiff's Amended Complaint (ECF

No. 42) with prejudice and granting such other relief as this Court deems just and proper. The

grounds for the motion are set forth in the accompany memorandum.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's November 17, 2022

Order and the agreement of Plaintiff and Delphi approved by the Court on November 28, 2022,

Plaintiff's opposition shall be filed and served on or before December 19, 2022, and Delphi's reply

shall be filed and served on or before December 28, 2022. Oral argument is scheduled for January

4, 2023, at 4:00pm, in courtroom 14-B of the United States Courthouse, 500 Pearl Street, New

York, New York, 10007.

Dated: December 12, 2022
        New York, New York

Respectfully submitted,

BROWN RUDNICK LLP

By: */s/ Jessica N. Meyers*
Jessica N. Meyers, Esq.
7 Times Square
New York, New York 10036
Tel: (212) 209-4938
Fax: (212) 209-4800
jmeyers@brownrudnick.com

Stephen D. Palley, Esq. (application for
admission S.D.N.Y. pending)
601 13th Street NW, #600
Washington, D.C. 20005
Tel: (202) 536-1766
Fax: (617) 289-0766
spalley@brownrudnick.com

Stephanie Calnan, Esq. (*pro hac vice*
pending)
One Financial Center
Boston, Massachusetts 02111
Tel: (617) 856-8149
Fax: (617) 289-0685
scalnan@brownrudnick.com

*Counsel for Defendant Delphi Digital
Consulting, Inc.*