UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, DELPHI DIGITIAL CONSULTING, INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA, and REMI TETOT,

Defendants.

Case No. 1:22-cv-07281-JSR

**ORDER FOR ADMISSION *PRO HAC VICE***

The Motion of Stephanie P. Calnan for admission to practice *pro hac vice* in the above action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Massachusetts and New York; and that her contact information is as follows:

> BROWN RUDNICK LLP
> One Financial Center
> Boston, MA 02111
> (617) 856-8200 (telephone)
> (617) 856-8201 (facsimile)
> scalnan@brownrudnick.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Delphi Digital Consulting Inc.in the above entitled action;

It is hereby ordered that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

Dated: 12/12/2022

*Jed S. Rakoff*
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

2