UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, DELPHI DIGITIAL CONSULTING, INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA, and REMI TETOT,<br><br>Defendants. | Case No. 1:22-cv-07281-JSR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained as counsel for Defendant JOSE MACEDO in the above-captioned action, is admitted or otherwise authorized to practice in this Court, and hereby appears in this action as counsel for Jose Macedo and requests that all notices and other papers in this action be served upon the undersigned at the address stated below.

Dated: December 14, 2022
       New York, New York

BROWN RUDNICK LLP

By: /s/ Jessica N. Meyers
Jessica N. Meyers
7 Times Square
New York, New York 10036
jmeyers@brownrudnick.com
Tel: (212) 209-4938
Fax: (212) 209-4800

TO:   The Clerk of Court and All Parties Via ECF