UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, DELPHI DIGITAL CONSULTING, INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA, and REMI TETOT,<br><br>　　　　Defendants. | Case No. 1:22-cv-07281-JSR-BCM<br><br>The Honorable Jed S. Rakoff<br><br>The Honorable Barbara C. Moses<br><br><u>CLASS ACTION</u> |

**DECLARATION OF CAITLIN M. MOYNA IN SUPPORT OF MEMORANDUM OF <u>LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS</u>**

I, CAITLIN M. MOYNA, under penalty of perjury and on oath, duly declare and state as follows:

1. I am a principal of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, counsel for lead plaintiff Matthew Albright.

2. I submit this declaration in support of the Memorandum of Law in Opposition to Defendants Motions to Dismiss.

3. Attached as Exhibit A is a true and correct copy of Mandate, issued by the United States Court of Appeals for the Second Circuit on August 1 2022, *U.S. S.E.C. v. Terraform Labs Pte., Ltd., et al.,* Case No. 22-368-cv.

Signed and dated this 19th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Caitlin M. Moyna*
　　　　　　　　　　　　　　　　　　　　　　　　　　Caitlin M. Moyna