# EXHIBIT A

# LinkedIn
# Matthew Albright

# EXHIBIT A

## Contact

www.linkedin.com/in/matthew-albright-27884547 (LinkedIn)

### Top Skills
Business
Team Building
Cryptocurrency Trading

# Matthew Albright
CEO at StarShip
Guaynabo, Puerto Rico

## Summary

As StarShip's CEO, I'm responsible for guiding our overall vision, fostering partnerships and investor relations, inspiring our team and community and driving expansion and prosperity through projects like CEXy Finance. I'm a passionate leader who is committed to empowering people to reach their full potential. I love building something out of nothing and bringing people together—there is nothing more rewarding.

---

## Experience

**Starship**
Chief Executive Officer
January 2021 - Present (2 years)

**Matthew Albright Landscaping**
Owner & Operator
January 2020 - December 2020 (1 year)

**Albright Trading Co.**
Chief Executive Officer
January 2017 - December 2020 (4 years)

**Albright Landscaping**
17 years

Co-owner & Operator
January 2016 - December 2019 (4 years)

Projects & Sales Director, Head Designer
January 2012 - December 2015 (4 years)

Projects & Sales Manager, Designer
January 2009 - December 2011 (3 years)

Team Leader & Sales Executive, Designer

January 2006 - December 2008 (3 years)

Landscaper
January 2003 - December 2005 (3 years)

---

## Education

St. Petersburg College
Engineer's degree, Engineering · (2014 - 2016)

DeVry University
Computer Information Systems, Web Development and Administrations · (2011 - 2012)