# EXHIBIT B

**Starship Whitepaper**

# EXHIBIT B



# PREPARE FOR LIFT-OFF IN 3... 2... 1...

STILL FROM STARSHIP NFT GAME

*Community. Currency. Escape.*

*Prepare for lift-off...*

# TABLE OF CONTENTS

| | |
|---|---|
| Vision, Mission, Values | Page 02 |
| StarShip Protocol White Paper | Page 04 |
|    General Definitions | Page 04 |
|    The Protocol Explained | Page 07 |



*Prepare for lift-off...*

# VISION
# MISSION
# VALUES

Here, community is at the heart of our currency. At the same time, our products open the door to escape the mundane and venture to possibilities that are out of this world.

Ours is a community of contributors committed to providing value rooted in that which enriches both our finances and our quality of life.

The fact that all of our team members had their start within the community is a strong testament to how we view the sentiment "You get out what you put in." We are here to recognize and reward the contributions of the StarShip community.

*StarShip is the vessel.*
*Businesses are the engines.*
*Liquidity is the fuel.*

Our mission is to provide our loyal community with a launch pad into the worlds of business and technology—all while igniting their passions and imagination.

$StarShip is our community-driven token that empowers our members, contributors and business partners to co-create a decentralized platform where every person matters. More than that, $StarShip is a symbol of the values upon which we were founded—

*passion, collaboration, loyalty, integrity and generosity.*

Our inspired community and decentralized digital asset have led us to create the StarShip Protocol, an innovative system designed to increase utility, accessibility and liquidity of StarShip and the $StarShip token while rewarding its members.

We have also created two interactive games, StarShip NFT and StarShip Universe. We want to reiterate that each of our team members—including our game developers—were community members first. In other words, we are here to embolden our community to test the limits of what's possible and to dream big—show us what you have to offer!

**$7.5 *million*** *to date in total sales from StarShip NFT*
**$60,000** *Space Station donated as part of Play4Charity's initiative*
**$50,000** *donated to EB Research Partnership*

Case 1:22-cv-07281-JSR   Document 75-2   Filed 12/28/22   Page 5 of 14

## Vision, Mission, Values continued

This is only the beginning. The countdown to future launches has already begun. Make sure you're strapped in and ready to go—it's sure to be an exhilarating ride.

### Connect in community.

You can start your adventure with us by buying $StarShip and $Kyanite. Make sure you subscribe to our mailing list to receive news of upcoming launches. Come along to community hang-outs in Telegram and Discord. Connect with us on social media.

### Grow with us.

Be at the forefront of innovation as a member of our StarShip Protocol, an automated, trust-less system that rewards you for referring, utilizing and engaging with the $StarShip token.

### Explore the great beyond.

Unleash your imagination in our interactive games set in outer space. Play StarShip NFT to earn $KYANITE. Play StarShip Universe for a spectacularly out-of-this-world experience.

### Become a partner.

Got a business, platform or other venture that aligns with our values and will expand our fleet of offerings? Get in touch today to discuss how we can work together to "boldly go where no man has gone before"—that's right, we just quoted *Star Trek*...



STILL FROM STARSHIP NFT GAME

*Prepare for lift-off...*

# STARSHIP PROTOCOL WHITE PAPER

Driven by our vision of a decentralized platform where every person matters, we have created the StarShip Protocol—an automated system designed to increase $StarShip's utility, accessibility and liquidity. This document sets out how the Protocol will help us realize that vision.



## SAY WHAT NOW?
*general definitions*

### What is a liquidity pool?

A liquidity pool is a collection of funds locked in a smart contract. Liquidity pools are used to facilitate decentralized trading, lending and many more functions.

Users, called liquidity providers (LPro), add an equal value of two tokens into a liquidity pool to create a market (*e.g.*: $STARSHIP/BNB). In exchange for providing their funds, they earn trading fees from the trades done in their pool, proportional to their share of the total liquidity.

As anyone can be an LPro, Automated Market Makers (AMMs) regulate and quote the price between two assets.

### Liquidity pools vs. order books

Order books (used on centralized exchanges) need a buyer when a user is selling, and a seller when a user wants to buy—liquidity pools don't. Rather, when a user is buying, the asset bought is directly collected from the liquidity pool. The token used for the purchase (plus fees) is deposited into the liquidity pool.

One of the benefits of the liquidity pool is that it works even with low volumes—even when the asset becomes illiquid. There is no need to wait for a buyer or a seller to trade your asset.



*StarShip Protocol White Paper continued*

### Purpose of a strong liquidity pool

High liquidity provides stability and decreases token volatility. Meanwhile, low liquidity leads to volatility, especially with big buy/sell orders.

As the amount of liquidity available at different price points can vary, the price impact for a given swap size will change relative to the amount of liquidity available at any given point in price space. The greater the liquidity available at a given price, the lower the price impact for a given swap size. The lower the liquidity available, the higher the price impact.

### How does the current 10% tax work to increase the liquidity pool?

How is the price of the token linked to its liquidity pool?

→ Price of a token = Paired token pool / token pool (= BNB pool / STARSHIP pool)

- Buy STARSHIP from BNB: STARSHIP pool decreases and BNB pool increases → Price increases

- Sell STARSHIP to BNB: STARSHIP pool increases and BNB pool decreases → Price decreases



*StarShip Protocol White Paper continued*

- A 10% tax in STARSHIP is placed on every transactions and then redistributed, with 5% reflecting to holders and 5% sent to the escrow wallet. When the escrow wallet reaches a threshold of 10,000 STARSHIP, half is sold for BNB, which is then paired with the remaining 5,000 STARSHIP and sent to the liquidity pool. Thus, BNB and STARSHIP pools both equally increase without price impact.



*How will we achieve a strong liquidity pool?*

As explained above, STARSHIP currently uses the 10% tax built into the contract to increase its liquidity pool.

StarShip Protocol will be another way to build the liquidity pool through its Dynamic Liquidity Pool.

## StarShip Protocol White Paper continued

### Overview

The StarShip Protocol is an automated, trust-less system that incentivizes users to refer, utilize and engage in order to increase utility, accessibility and liquidity of Deploy StarShip and the STARSHIP token.

This protocol will be based on a governance system where users will be able to propose projects, improvements and partners, and to vote on those proposals. The use of the funds available (mainly from buybacks) will also be chosen by the users.

The StarShip Protocol aims to propose a utility of the STARSHIP funds available.



## BREAK IT DOWN
*the protocol explained*

A portion of the income from Deploy StarShip Companies goes to a STAR pool wallet, and will be used to:

- Buy back $STARSHIP token to stabilize the floor price
- Pair $STARSHIP with other tokens on the BSC and later on other chains in order to strengthen liquidity
- Reward the community through staking options (STAR Program : StarShip Trust & Acknowledgement Reward Program)
- List on exchange to increase visibility and volume
- Further developments/investments

### StarShip Protocol main features

**STAR Pool:** a portion of the Deploy StarShip income will be regularly stored in a pool to be used for the STARSHIP projects ($STARSHIP through buybacks and other tokens).

**Governance:** the StarShip community will be at the heart of the decision making regarding the STAR Program and DeployStarship projects, through a decentralized voting system.

**Dynamic Liquidity Pools:** The ultimate goal of the dynamic liquidity pools is to strengthen the $STARSHIP liquidity pool while increasing $STARSHIP utility and visibility.

**STAR Program (Starship Trust & Acknowledgement Reward Program):** the staking solutions will be a way to reward the community for supporting Deploy StarShip.

## StarShip Protocol White Paper continued

### Governance

Membership

Participating in idea submission, commentary, proposal submission and voting is restricted to STARSHIP token holders. Holding STARSHIP is the only requirement for membership in the governance system.

The voting system will be defined as follows:
1 STARSHIP = 1 vote

Processes and decisions will be shared openly with the community and the responsibility of Deploy StarShip and STARSHIP token will be collective.

Actions

Through this governance system the community will be able to:

- submit new Deploy StarShip partnership proposals
- submit improvement and project ideas
- vote for new partnerships
- vote for improvements and projects
- vote for listings
- vote for staking
- vote for pairs

The vision of Deploy StarShip will be shared with the community and the future of STARSHIP will be led by the community.



Interface

The governance system will be accessible through the DeployStarShip website. Here, community members will enjoy a variety of features and educational tools.

Community members will be able to submit ideas through the governance app. A board must validate that idea complies with DeployStarship-approved guidelines before it can be submitted to the broader community. STARSHIP holders must go through a wallet authentication process to post or give feedback on ideas.

Only proposals that have fulfilled the approval requirements will be made available for voting.



*StarShip Protocol White Paper continued*

## Dynamic Liquidity Pool

The tax on the STARSHIP token contract is used to 1) reward the community for holding their STARSHIP token and 2) consolidate the STARSHIP liquidity pool as explained earlier.

The long-term objective of Deploy StarShip's leaders is to remove this tax to increase our trading volume, facilitate access to exchange and increase STARSHIP visibility.

In order to sustain STARSHIP liquidity while increasing our visibility in the crypto-world and giving utility to the STARSHIP token, the STARSHIP protocol will be the heart of the Deploy StarShip ecosystem, with its innovative dynamic liquidity pool.

Objective

Currently the STARSHIP token is paired with BNB in a DEX (PancakeSwap), so the dollar price of STARSHIP is conditioned by STARSHIP trading, by BNB price and by the strength of its liquidity pool.

The main goal of dynamic liquidity pool is to create multiple liquidity pools on DEX with other tokens/partners.

How will it work?

A portion of STAR pool funds will be used to pair $STARSHIP with other tokens. These tokens, whether they are partner or top 100 tokens, must meet the defined criteria and be validated by the community through the governance.



*StarShip Protocol White Paper continued*

Once a partner satisfies the criteria to be included in the dynamic liquidity pool and receives community validation, we will create a shared liquidity pool on PancakeSwap:

$STARSHIP / $PARTNER_TOKEN

- We will provide the $STARSHIP pair (X $)
- The partner will provide an equivalent value of their tokens (X $)
- The tokens will be paired through the liquidity providing option on PancakeSwap; the liquidity pool token will be burned to remove access to withdraw it from the liquidity

Thus, both global liquidity pools (StarShip's and Partner's) will be instantly increased by X$.



A portion of the STAR funds will be used to buy top 100 tokens (XRP, BUSD, ETH, MATIC etc.) and to pair them with the equivalent value of $STARSHIP.

Guidelines to choose a paired partner

Specific criteria will be used to carefully select $STARSHIP paired partners, including liquidity, holders, utility, MCAP, volume, etc.

## StarShip Protocol White Paper continued

Advantages and disadvantages

*Advantages*

- Instant increase of STARSHIP (and partner's) liquidity pool thus decreasing volatility
- Opportunity to take advantage of other successful projects: increases to the paired partner tokens will reflect positively on our token, as PancakeSwap will automatically redirect buy and sell orders between the different pools to equalize the price between pools (e.g. when BNB's price increases, $STARSHIP's price increases)
- Creates an ecosystem of strong partners: buying $STARSHIP is like buying a set of different assets
- Increases visibility of STARSHIP token through partners
- Creates buzz through an innovative system: $STARSHIP, the first crypto dynamic liquidity pool
- Increase to our volume trading and receiving fees on each trade by being a liquidity provider for each pair: every time there are price movements, the pools will be balanced with arbitrage

*Disadvantages*

- Volatility will also be affected to increase STARSHIP price (big buys will have less impact)
- STARSHIP token will be affected by partners price in both directions (i.e. including when their price decreases)
- Price impact and tax on shared liquidity pool where the liquidity is relatively low compared to main pools makes arbitrage and pool balancing occur only when there is a significant price difference between pools

*Addressing the disadvantages*

- Wisely choose the partners: governance, strict selection criteria
- Only pair a small amount of our liquidity pool with our partners to mitigate risk
- Share pool sizes sufficient enough to avoid price impact
- Whitelist of shared pool to remove the tax and facilitate arbitrage between pools and avoid significant pools price difference
- Pair with multiple partners to mitigate risk (a decrease of one partner's price will be compensated by an increase of another's)

What benefits do partners enjoy?

- Increases their liquidity pool
- Increases their visibility
- Increases their trading volume



STILL FROM STARSHIP NFT GAME

## *StarShip Protocol White Paper continued*

STAR Program: staking option

The aim is to increase engagement on our socials and products while encouraging the community to hold STARSHIP.

A portion of the STAR pool (mainly from buybacks) will be used to create a staking pool to reward people who use the staking option.

Two ways of staking will be provided; they include:

- Standard staking: staking $STARSHIP token in a smart contract, locked for a certain amount of time (the STAR reward increases with the lock duration)
- Liquidity provider staking: staking $STARSHIP and the same value of another token and providing liquidity in a pool (main or shared) for a certain amount of time. The liquidity pool provider will receive the fees from trading plus the STAR reward (which will be higher than that of the standard staking option)*



*Keep in mind that being a liquidity provider brings exposure to impermanent losses