# EXHIBIT D

# May 11, 2022
# Telegram Thread

# EXHIBIT D

**Messages in chronological order** (times are shown in GMT +00:00)

### 💬 DS-StarShip Official - 2022-05-11

| | | |
|---|---|---|
| **MC** | **Matthew Albright - StarShip CEO**<br>Hey guys, tomorrow we have an AMA with uplink/flourishing capital at 4:30 New York time.<br><br>These are the guys behind the<br>fiat2starship.com<br> site and they created a 20k usd valued liquidity pair with starship. | 5/11/2022, 12:00 AM |
| **MC** | **Matthew Albright - StarShip CEO**<br>Member Action: pin_message | 5/11/2022, 12:00 AM |
| **EK** | **Emin Can Karakaş**<br>Will be there | 5/11/2022, 12:01 AM |
| **MI** | **Michael Item**<br>Great 🎉🎉🥳 | 5/11/2022, 12:01 AM |
| **MI** | **Michael Item**<br>This community always making a bit FOMO 😁😁 | 5/11/2022, 12:02 AM |
| **DS** | **DogeTeam StarshipCaptain**<br><br>*Attachment: off-the-rails-train.mp4 (126 KB)* | 5/11/2022, 12:07 AM |
| **DS** | **DogeTeam StarshipCaptain**<br>illustration of the AMA^ | 5/11/2022, 12:07 AM |
| **DS** | **DogeTeam StarshipCaptain**<br>whoever isn't still listening you're missing out | 5/11/2022, 12:08 AM |
| **MC** | **Matthew Albright - StarShip CEO**<br>Lol | 5/11/2022, 12:08 AM |
| **MC** | **Matthew Albright - StarShip CEO**<br>Uplink will be a good one | 5/11/2022, 12:09 AM |
| **DS** | **DogeTeam StarshipCaptain**<br>cant wait sir | 5/11/2022, 12:09 AM |
| **K** | **Kevin93**<br>Is the white paper on the website? I don't see it | 5/11/2022, 12:09 AM |
| **WC** | **Hippie Crypto, Will never DM first**<br>So I need to get a wax wallet for the package? | 5/11/2022, 12:10 AM |
| **WC** | **Hippie Crypto, Will never DM first**<br>For engagement | 5/11/2022, 12:10 AM |
| **MC** | **Matthew Albright - StarShip CEO**<br>Hmm, i dont see either.<br>@debate23 | 5/11/2022, 12:11 AM |

DEX:
 PancakeSwap

Price:
 0.0006258 BNB ($0.1862)

MarketCap:
 $3,493,999

TX
|
Buy
|
Chart

| | | |
|---|---|---|
| MC | **Matthew Albright - StarShip CEO**<br>I think they stake in starshipgame | 5/11/2022, 7:41 AM |
| MC | **Matthew Albright - StarShip CEO**<br>I love what you are doing | 5/11/2022, 7:43 AM |
| MC | **Matthew Albright - StarShip CEO**<br>Its amazing to me that this stuff literally comes from the community. I dreamed that would happen but didn't know how it would | 5/11/2022, 7:43 AM |
| JB | **Jason \| Founder @BeyondFOMO**<br>Go to bed | 5/11/2022, 7:44 AM |
| MC | **Matthew Albright - StarShip CEO**<br>You first! | 5/11/2022, 7:44 AM |
| MC | **Matthew Albright - StarShip CEO**<br>I am roasting marshmellows on the luna fire | 5/11/2022, 7:44 AM |
| RF | **Ryan (Won't DM First)**<br>Sheesh, if it's late for me, it's late for everyone else. I'm pretty early timezone wise. | 5/11/2022, 7:58 AM |
| MC | **Matthew Albright - StarShip CEO**<br>Est? | 5/11/2022, 7:59 AM |
| RE | **Rob evans**<br>Just woke up and saw eden was a rug 😡 ffs | 5/11/2022, 8:07 AM |
| RF | **Ryan (Won't DM First)**<br>MST | 5/11/2022, 8:17 AM |
| RF | **Ryan (Won't DM First)**<br>3 hours earlier than EST | 5/11/2022, 8:17 AM |
| MC | **Matthew Albright - StarShip CEO**<br>Check luna | 5/11/2022, 8:18 AM |
| T | **Trooper**<br>Right at your service boss | 5/11/2022, 8:20 AM |


Image: photo_11733@11-05-2022_08-20-10.jpg (54 KB)

| T | **Trooper** | 5/11/2022, 8:20 AM |

From $61 down to $4 this week alone 😁

| J | **JJ** | 5/11/2022, 8:21 AM |

Yeah, im still shocked..

| T | **Trooper** | 5/11/2022, 8:21 AM |

Their money's gone from $119 in April down to $4 in may. I'm wondering what's happened @Matthew_Albright
🤔

| T | **Trooper** | 5/11/2022, 8:23 AM |

Have you registered for the STARSHIP NFT game you?
Keeps you busy and entertained and you won't have to worry about EDEN's mishap. You also get to earn 💰 💰 too.
Sign up asap if you haven't. 😉

| NS | **Nooo Sleep** | 5/11/2022, 8:25 AM |

gruesome

| MC | **Matthew Albright - StarShip CEO** | 5/11/2022, 8:27 AM |

I went in on ust at 30 cents

| MC | **Matthew Albright - StarShip CEO** | 5/11/2022, 8:28 AM |

Wish me luck ?

| | | |
|---|---|---|
| MC | **Matthew Albright - StarShip CEO** | 5/11/2022, 12:12 PM |
| | Lmfao | |
| YP | **Ye Olde Pancake** | 5/11/2022, 12:13 PM |
| | Soon in the crypt, though | |
| MC | **Matthew Albright - StarShip CEO** | 5/11/2022, 12:13 PM |
| | Wonder if that means my ust play will work out | |
| MC | **Matthew Albright - StarShip CEO** | 5/11/2022, 12:13 PM |
| | I thought luna would go to 1$ before that but now I am not sure | |
| CE | **CryptoSlaughta EOU** | 5/11/2022, 12:15 PM |
| | Not mine, but someone caught the dip | |



Image: photo_11734@11-05-2022_12-15-16.jpg (57 KB)

| | | |
|---|---|---|
| MI | **Michael Item** | 5/11/2022, 12:18 PM |
| | Good morning 🌞 everyone 🙌 | |
| CE | **CryptoSlaughta EOU** | 5/11/2022, 12:19 PM |
| | Good morning | |
| TU | **The Oracle(Bully) \| Exodus: Our Universe!** | 5/11/2022, 12:19 PM |
| | Dammmn | |
| B | **BubbleBuyBot** | 5/11/2022, 12:31 PM |
| | StarShip Buy! | |

🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢

Spent:
 1.53 BNB ($462.42)

Got:
 2,631.23 STARSHIP

Buyer Position:

⬆️ 106.84%!

DEX: