# EXHIBIT G

## CIA, Ecuador -
## The World Factbook

# EXHIBIT G

# Explore All Countries Ecuador

**South America**

Page last updated: December 14, 2022



## INTRODUCTION

### Background

What is now Ecuador formed part of the northern Inca Empire until the Spanish conquest in 1533. Quito became a seat of Spanish colonial government in 1563 and part of the Viceroyalty of New Granada in 1717. The territories of the Viceroyalty - New Granada (Colombia), Venezuela, and Quito - gained their independence between 1819 and 1822 and formed a federation known as Gran Colombia. When Quito withdrew in 1830, the traditional name was changed in favor of the "Republic of the Equator." Between 1904 and 1942, Ecuador lost territories in a series of conflicts with its neighbors. A border war with Peru that flared in 1995 was resolved in 1999. Although Ecuador marked 30 years of civilian governance in 2004, the period was marred by political instability. Protests in Quito contributed to the mid-term ouster of three of Ecuador's last four democratically elected presidents. In late 2008, voters approved a new constitution, Ecuador's 20th since gaining independence. Guillermo LASSO was elected president in April 2021 becoming the country's first center-right president in nearly two decades when he took office the following month.

## GEOGRAPHY

### Location

Western South America, bordering the Pacific Ocean at the Equator, between Colombia and Peru

### Geographic coordinates

2 00 S, 77 30 W

### Map references

South America

## Area

**total:** 283,561 sq km

**land:** 276,841 sq km

**water:** 6,720 sq km

**note:** includes Galapagos Islands
country comparison to the world: 75

**Area - comparative**

slightly smaller than Nevada

## Area comparison map:



## Land boundaries

**total:** 2,237 km

**border countries (2):** Colombia 708 km; Peru 1529 km

## Coastline

2,237 km

## Maritime claims

**territorial sea:** 12 nm

**exclusive economic zone:** 200 nm

**continental shelf:** 200 nm

**note:** Ecuador has declared its right to extend its continental shelf to 350 nm measured from the baselines of the Galapagos Archipelago

## Climate

tropical along coast, becoming cooler inland at higher elevations; tropical in Amazonian jungle lowlands

## Terrain

coastal plain (costa), inter-Andean central highlands (sierra), and flat to rolling eastern jungle (oriente)

## Elevation

**highest point:** Chimborazo 6,267

**lowest point:** Pacific Ocean 0 m

**mean elevation:** 1,117 m

**note:** because the earth is not a perfect sphere and has an equatorial bulge, the highest point on the planet farthest from its center is Mount Chimborazo not Mount Everest, which is merely the highest peak above sea level

## Natural resources

petroleum, fish, timber, hydropower

## Land use

**agricultural land:** 29.7% (2018 est.)

arable land: 4.7% (2018 est.)

permanent crops: 5.6% (2018 est.)

permanent pasture: 19.4% (2018 est.)

**forest:** 38.9% (2018 est.)

**other:** 31.4% (2018 est.)

## Irrigated land

10,000 sq km (2020)

## Major watersheds (area sq km)

Atlantic Ocean drainage: Amazon (6,145,186 sq km)

## Population distribution

nearly half of the population is concentrated in the interior in the Andean intermontane basins and valleys, with large concentrations also found along the western coastal strip; the rainforests of the east remain sparsely populated

## Natural hazards

frequent earthquakes; landslides; volcanic activity; floods; periodic droughts

**volcanism:** volcanic activity concentrated along the Andes Mountains; Sangay (5,230 m), which erupted in 2010, is mainland Ecuador's most active volcano; other historically active volcanoes in the Andes include Antisana, Cayambe, Chacana, Cotopaxi, Guagua Pichincha, Reventador, Sumaco, and Tungurahua; Fernandina (1,476 m), a shield volcano that last erupted in 2009, is the most active of the many Galapagos volcanoes; other historically active Galapagos volcanoes include Wolf, Sierra Negra, Cerro Azul, Pinta, Marchena, and Santiago

## Geography - note

**note 1:** Cotopaxi in Andes is highest active volcano in world

**note 2:** genetic research indicates that the cherry-sized tomato originated in Ecuador without any human domestication; later domestication in Mexico transformed the plant into the large modern tomato; archeological research indicates that the cacao tree, whose seeds are used to make chocolate and which was long thought to have originated in Mesoamerica, was first domesticated in the upper Amazon region of northwest South America - present-day Ecuador - about 3,300 B.C.

## PEOPLE AND SOCIETY

**Population**

17,289,554 (2022 est.)

country comparison to the world: 71

**Nationality**

**noun:** Ecuadorian(s)

**adjective:** Ecuadorian

**Ethnic groups**

Mestizo (mixed Amerindian and White) 71.9%, Montubio 7.4%, Amerindian 7%, White 6.1%, Afroecuadorian 4.3%, Mulatto 1.9%, Black 1%, other 0.4% (2010 est.)

**Languages**

Spanish (Castilian) 93% (official), Quechua 4.1%, other indigenous 0.7%, foreign 2.2%; note - (Quechua and Shuar are official languages of intercultural relations; other indigenous languages are in official use by indigenous peoples in the areas they inhabit) (2010 est.)

**major-language sample(s):**
La Libreta Informativa del Mundo, la fuente indispensable de información básica. (Spanish)

The World Factbook, the indispensable source for basic information.

# Spanish audio sample:

**Religions**

Roman Catholic 68.8%, Evangelical 15.4%, Adventist 1.2%, Jehovah's Witness 1%, other 1.3%, agnostic or atheist 1.4%, none 10.1%, don't know/no response 1% (2020 est.)

**note:** data represent persons at least 16 years of age from five Ecuadoran cities

**Demographic profile**

Ecuador's high poverty and income inequality most affect indigenous, mixed race, and rural populations. The government has increased its social spending to ameliorate these problems, but critics question the efficiency and implementation of its national development plan. Nevertheless, the conditional cash transfer program, which requires participants' children to attend school and have medical check-ups, has helped improve educational attainment and healthcare among poor children. Ecuador is stalled at above replacement level fertility and the population most likely will keep growing rather than stabilize.

An estimated 2 to 3 million Ecuadorians live abroad, but increased unemployment in key receiving countries - Spain, the United States, and Italy - is slowing emigration and increasing the likelihood of returnees to Ecuador. The first large-scale emigration of Ecuadorians occurred between 1980 and 2000, when an economic crisis drove Ecuadorans from southern provinces to New York City, where they had trade contacts. A second, nationwide wave of emigration in the late 1990s was caused by another economic downturn, political instability, and a currency crisis. Spain was the logical destination because of its shared language and the wide availability of low-skilled, informal jobs at a time when increased border surveillance made illegal migration to the US difficult. Ecuador has a small but growing immigrant population and is Latin America's top recipient of refugees; 98% are neighboring Colombians fleeing violence in their country.

**Age structure**

**0-14 years:** 25.82% (male 2,226,240/female 2,138,219)

**15-24 years:** 17.8% (male 1,531,545/female 1,478,222)

**25-54 years:** 40.31% (male 3,333,650/female 3,480,262)

**55-64 years:** 7.92% (male 647,718/female 691,759)

**65 years and over:** 8.15% (male 648,761/female 728,491) (2020 est.)

## 2022 population pyramid:



U.S. Census Bureau, International Database

**Dependency ratios**

**total dependency ratio:** 50.9

**youth dependency ratio:** 39.4

**elderly dependency ratio:** 11.5

**potential support ratio:** 8.7 (2021 est.)

**Median age**

**total:** 28.8 years

**male:** 28 years

**female:** 29.6 years (2020 est.)
country comparison to the world: 140

**Population growth rate**

1.13% (2022 est.)
country comparison to the world: 85

**Birth rate**

16.45 births/1,000 population (2022 est.)
country comparison to the world: 98

**Death rate**

5.17 deaths/1,000 population (2022 est.)
country comparison to the world: 189

**Net migration rate**

0 migrant(s)/1,000 population (2022 est.)
country comparison to the world: 87

**Population distribution**

nearly half of the population is concentrated in the interior in the Andean intermontane basins and valleys, with large concentrations also found along the western coastal strip; the rainforests of the east remain sparsely populated

**Urbanization**

**urban population:** 64.8% of total population (2023)

**rate of urbanization:** 1.62% annual rate of change (2020-25 est.)

**Major urban areas - population**

3.092 million Guayaquil, 1.928 million QUITO (capital) (2022)

**Sex ratio**

**at birth:** 1.05 male(s)/female

**0-14 years:** 1.04 male(s)/female

**15-24 years:** 1.04 male(s)/female

**25-54 years:** 0.96 male(s)/female

**55-64 years:** 0.92 male(s)/female

**65 years and over:** 0.78 male(s)/female

**total population:** 0.98 male(s)/female (2022 est.)

**Maternal mortality ratio**

59 deaths/100,000 live births (2017 est.)
country comparison to the world: 90

**Infant mortality rate**

**total:** 18.13 deaths/1,000 live births

**male:** 21.7 deaths/1,000 live births

**female:** 14.39 deaths/1,000 live births (2022 est.)
country comparison to the world: 90

**Life expectancy at birth**

**total population:** 78 years

**male:** 75.06 years

**female:** 81.1 years (2022 est.)
country comparison to the world: 79

**Total fertility rate**

2.04 children born/woman (2022 est.)
country comparison to the world: 101

**Contraceptive prevalence rate**

77.9% (2018/19)

**note:** percent of women aged 15-50

**Drinking water source**

**improved:** urban: 100% of population

rural: 87.1% of population

total: 95.4% of population

**unimproved:** urban: 0% of population

rural: 12.9% of population

total: 4.6% of population (2020 est.)

**Current health expenditure**

7.8% of GDP (2019)

**Physicians density**

2.22 physicians/1,000 population (2017)

**Hospital bed density**

1.4 beds/1,000 population (2016)

**Sanitation facility access**

**improved:** urban: 100% of population

rural: 96.9% of population

total: 98.9% of population

**unimproved:** urban: 0% of population

rural: 3.1% of population

total: 1.1% of population (2020 est.)

**HIV/AIDS - adult prevalence rate**

0.4% (2021 est.)

country comparison to the world: 70

**Major infectious diseases**

**degree of risk:** high (2020)

**food or waterborne diseases:** bacterial diarrhea, hepatitis A, and typhoid fever

**vectorborne diseases:** dengue fever and malaria

**Obesity - adult prevalence rate**

19.9% (2016)

country comparison to the world: 107

**Alcohol consumption per capita**

**total:** 3.05 liters of pure alcohol (2019 est.)

**beer:** 2.32 liters of pure alcohol (2019 est.)

**wine:** 0.09 liters of pure alcohol (2019 est.)

**spirits:** 0.61 liters of pure alcohol (2019 est.)

**other alcohols:** 0.03 liters of pure alcohol (2019 est.)

country comparison to the world: 114

**Tobacco use**

**total:** 11.3% (2020 est.)

**male:** 18.4% (2020 est.)

**female:** 4.2% (2020 est.)
country comparison to the world: 128

**Children under the age of 5 years underweight**

5.2% (2018/19)
country comparison to the world: 76

**Child marriage**

**women married by age 15:** 3.8%

**women married by age 18:** 22.2% (2018 est.)

**Education expenditures**

3.7% of GDP (2021 est.)
country comparison to the world: 128

**Literacy**

**definition:** age 15 and over can read and write

**total population:** 93.6%

**male:** 94.8%

**female:** 92.5% (2020)

**School life expectancy (primary to tertiary education)**

**total:** 15 years

**male:** 14 years

**female:** 15 years (2020)

**Youth unemployment rate (ages 15-24)**

**total:** 9%

**male:** 6.9%

**female:** 12.9% (2021 est.)


**ENVIRONMENT**

**Environment - current issues**

deforestation; soil erosion; desertification; water pollution; pollution from oil production wastes in ecologically sensitive areas of the Amazon Basin and Galapagos Islands

**Environment - international agreements**

**party to:** Antarctic-Environmental Protection, Antarctic Treaty, Biodiversity, Climate Change, Climate Change-Kyoto Protocol, Climate Change-Paris Agreement, Comprehensive Nuclear Test Ban, Desertification, Endangered Species, Hazardous Wastes, Law of the Sea, Nuclear Test Ban, Ozone Layer Protection, Ship Pollution, Tropical Timber 2006, Wetlands, Whaling

**signed, but not ratified:** none of the selected agreements

**Air pollutants**

**particulate matter emissions:** 14.91 micrograms per cubic meter (2016 est.)

**carbon dioxide emissions:** 41.15 megatons (2016 est.)

**methane emissions:** 23.51 megatons (2020 est.)

**Climate**

tropical along coast, becoming cooler inland at higher elevations; tropical in Amazonian jungle lowlands

**Land use**

**agricultural land:** 29.7% (2018 est.)

arable land: 4.7% (2018 est.)

permanent crops: 5.6% (2018 est.)

permanent pasture: 19.4% (2018 est.)

**forest:** 38.9% (2018 est.)

**other:** 31.4% (2018 est.)

**Urbanization**

**urban population:** 64.8% of total population (2023)

**rate of urbanization:** 1.62% annual rate of change (2020-25 est.)

**Revenue from forest resources**

**forest revenues:** 0.27% of GDP (2018 est.)
country comparison to the world: 83

**Revenue from coal**

**coal revenues:** 0% of GDP (2018 est.)
country comparison to the world: 92

**Major infectious diseases**

**degree of risk:** high (2020)

**food or waterborne diseases:** bacterial diarrhea, hepatitis A, and typhoid fever

**vectorborne diseases:** dengue fever and malaria

**Waste and recycling**

**municipal solid waste generated annually:** 5,297,211 tons (2015 est.)

**municipal solid waste recycled annually:** 683,340 tons (2015 est.)

**percent of municipal solid waste recycled:** 12.9% (2015 est.)

**Major watersheds (area sq km)**

Atlantic Ocean drainage: Amazon (6,145,186 sq km)

**Total water withdrawal**

**municipal:** 1.293 billion cubic meters (2017 est.)

**industrial:** 549 million cubic meters (2017 est.)

**agricultural:** 8.076 billion cubic meters (2017 est.)

**Total renewable water resources**

442.4 billion cubic meters (2017 est.)

**GOVERNMENT**

**Country name**

**conventional long form:** Republic of Ecuador

**conventional short form:** Ecuador

**local long form:** Republica del Ecuador

**local short form:** Ecuador

**etymology:** the country's position on the globe, straddling the Equator, accounts for its Spanish name

**Government type**

presidential republic

**Capital**

**name:** Quito

**geographic coordinates:** 0 13 S, 78 30 W

**time difference:** UTC-5 (same time as Washington, DC, during Standard Time)

**time zone note:** Ecuador has two time zones, including the Galapagos Islands (UTC-6)

**etymology:** named after the Quitu, a Pre-Columbian indigenous people credited with founding the city; the name is also a combination of two Tsafiki words: *quitso* (meaning "center" or "half") + *to* or *tu* ("the world"); the combination roughly translates as "center of the world" and reflects the fact that native peoples recognized that at the two annual equinoxes, the overhead sun in that area (only about 20 km (12 mi) north of the equator) did not display any shade and thus must be in the middle of the world

**Administrative divisions**

24 provinces (provincias, singular - provincia); Azuay, Bolivar, Canar, Carchi, Chimborazo, Cotopaxi, El Oro, Esmeraldas, Galapagos, Guayas, Imbabura, Loja, Los Rios, Manabi, Morona-Santiago, Napo, Orellana, Pastaza, Pichincha, Santa Elena, Santo Domingo de los Tsachilas, Sucumbios, Tungurahua, Zamora-Chinchipe

**Independence**

24 May 1822 (from Spain)

**National holiday**

Independence Day (independence of Quito), 10 August (1809)

**Constitution**

**history:** many previous; latest approved 20 October 2008

**amendments:** proposed by the president of the republic through a referendum, by public petition of at least 1% of registered voters, or by agreement of at least one-third membership of the National Assembly; passage requires two separate readings a year apart and approval by at least two-thirds majority vote of the Assembly, and approval by absolute majority in a referendum; amendments such as changes to the structure of the state, constraints on personal rights and guarantees, or constitutional amendment procedures are not allowed; amended 2011, 2015, 2018

**Legal system**

civil law based on the Chilean civil code with modifications; traditional law in indigenous communities

**International law organization participation**

has not submitted an ICJ jurisdiction declaration; accepts ICCt jurisdiction

**Citizenship**

**citizenship by birth:** yes

**citizenship by descent only:** yes

**dual citizenship recognized:** no

**residency requirement for naturalization:** 3 years

**Suffrage**

18-65 years of age; universal and compulsory; 16-18, over 65, and other eligible voters, voluntary

**Executive branch**

**chief of state:** President Guillermo LASSO Mendoza (since 24 May 2021); Vice President Alfredo Enrique BORRERO Vega (since 24 May 2021); the president is both chief of state and head of government

**head of government:** President Guillermo LASSO Mendoza (since 24 May 2021); Vice President Alfredo Enrique BORRERO Vega (since 24 May 2021)

**cabinet:** Cabinet appointed by the president

**elections/appointments:** president and vice president directly elected on the same ballot by absolute majority popular vote in 2 rounds if needed for a 4-year term (eligible for a second term); election last held on 7 February 2021 with a runoff on 11 April 2021 (next to be held in February 2025)

**election results:**
*2021:* Guillermo LASSO Mendoza elected president; first round election results: percent of vote - Andres ARAUZ (UNES) 32.72%, Guillermo LASSO Mendoza (CREO) 19.74%, Yaku PEREZ Guartambel (MUPP) 19.38%, Xavier HERVAS Mora (Independent) 15.68%, other 12.48%; second round election results: percent of vote - Guillermo LASSO Mendoza (CREO) 52.5%, Andres ARAUZ (UNES) 47.5%

*2017:* Lenin MORENO Garces elected president in second round; percent of vote - Lenin MORENO Garces (Alianza PAIS Movement) 51.1%, Guillermo LASSO (CREO) 48.9%

**Legislative branch**

**description:** unicameral National Assembly or Asamblea Nacional (137 seats; 116 members directly elected in single-seat constituencies by simple majority vote, 15 members directly elected in a single nationwide constituency by proportional representation vote, and 6 directly elected in multi-seat constituencies for Ecuadorians living abroad by simple majority vote; members serve 4-year terms); note - all Assembly members have alternates from the same party who cast votes when a primary member is absent, resigns, or is removed from office

**elections:** last held on 7 February 2021 (next scheduled in February 2025)

**election results:** percent of vote by party - UNES 32.21%, MUPP 16.81%, ID 11.98%, PSC 9.73%, CREO 9.65%, MC-PSE 3.76%, other 15.86%; seats by party - UNES 49, MUPP 27, ID 18, PSC 18, CREO 12, MC-PSE 2, independents 3, other 8; composition as of March 2022 - men 84, women 53, percent of women 38.7%; note - defections by members of National Assembly are commonplace, resulting in frequent changes in the numbers of seats held by the various parties

**Judicial branch**

**highest court(s):** National Court of Justice or Corte Nacional de Justicia (consists of 21 judges, including the chief justice and organized into 5 specialized chambers); Constitutional Court or Corte Constitucional (consists of the court president and 8 judges)

**judge selection and term of office:** candidates for the National Court of Justice evaluated and appointed justices by the Judicial Council, a 9-member independent body of law professionals; justices elected for 9-year, non-renewable terms, with one-third of the membership renewed every 3 years; candidates for the Constitutional Court evaluated and appointed judges by a 6-member independent body of law professionals; judges appointed for 4-year renewable terms

**subordinate courts:** provincial courts (one for each province except Galapagos); fiscal, criminal, and administrative tribunals; Election Dispute Settlement Courts; cantonal courts

**Political parties and leaders**

Avanza Party or AVANZA [Javier ORTI Torres]
Central Democratic Movement or CD [Jimmy JAIRALA]
Citizen Revolution Movement or MRC or RC5 [Rafael CORREA]
Creating Opportunities Movement or CREO [Guillermo LASSO]

Democratic Left or ID [Rodrigo BORJA Cevallos]
Forward Ecuador Movement [Alvaro NOBOA]
Pachakutik Plurinational Unity Movement or MUPP [Marlon Rene SANTI Gualinga]
Patriotic Society Party or PSP [Lucio Edwin GUTIERREZ Borbua]
Popular Democracy Movement or MPD [Luis VILLACIS]
Social Christian Party or PSC [Jaime NEBOT Saadi]
Socialist Party [Gustavo VALLEJO]
Society United for More Action or SUMA [Guillermo CELI]

**International organization participation**

CAN, CD, CELAC, FAO, G-11, G-77, IADB, IAEA, IBRD, ICAO, ICC (national committees), ICCt, ICRM, IDA, IFAD, IFC, IFRCS, IHO, ILO, IMF, IMO, Interpol, IOC, IOM, IPU, ISO, ITSO, ITU, ITUC (NGOs), LAES, LAIA, Mercosur (associate), MIGA, MINUSTAH, NAM, OAS, OPANAL, OPCW, OPEC, Pacific Alliance (observer), PCA, PROSUR, SICA (observer), UN, UNAMID, UNASUR, UNCTAD, UNESCO, UNHCR, UNIDO, Union Latina, UNISFA, UNMIL, UNMISS, UNOCI, UNWTO, UPU, WCO, WFTU (NGOs), WHO, WIPO, WMO, WTO

**Diplomatic representation in the US**

**chief of mission:** Ambassador Ivonne Leila Juez De A-BAKI (since 6 February 2020)

**chancery:** 2535 15th Street NW, Washington, DC 20009

**telephone:** [1] (202) 234-7200

**FAX:** [1] (202) 333-2893

**email address and website:**
embassy@ecuador.org

http://www.ecuador.org/

**consulate(s) general:** Atlanta, Chicago, Houston, Los Angeles, Miami, Minneapolis, New Haven (CT), New Orleans, New York, Newark (NJ), Phoenix, San Francisco

**Diplomatic representation from the US**

**chief of mission:** Ambassador Michael J. FITZPATRICK (since 3 July 2019)

**embassy:** E12-170 Avenida Avigiras y Avenida Eloy Alfaro, Quito

**mailing address:** 3420 Quito Place, Washington DC  20521-3420

**telephone:** [593] (2) 398-5000

**email address and website:**
ACSQuito@state.gov

https://ec.usembassy.gov/

**consulate(s) general:** Guayaquil

**Flag description**

three horizontal bands of yellow (top, double width), blue, and red with the coat of arms superimposed at the center of the flag; the flag retains the three main colors of the banner of Gran Colombia, the South American republic that broke up in 1830; the yellow color represents sunshine, grain, and mineral wealth, blue the sky, sea, and rivers, and red the blood of patriots spilled in the struggle for freedom and justice

**note:** similar to the flag of Colombia, which is shorter and does not bear a coat of arms

**National symbol(s)**

Andean condor; national colors: yellow, blue, red

**National anthem**

**name:** "Salve, Oh Patria!" (We Salute You, Our Homeland)

**lyrics/music:** Juan Leon MERA/Antonio NEUMANE

**note:** adopted 1948; Juan Leon MERA wrote the lyrics in 1865; only the chorus and second verse are sung

**National heritage**

**total World Heritage Sites:** 5 (3 cultural, 2 natural)

**selected World Heritage Site locales:** Historic Quito (c); Galápagos Islands (n); Historic Cuenca (c); Qhapaq Ñan/Andean Road System (c); Sangay National Park (n)

## ECONOMY

### Economic overview

Ecuador is substantially dependent on its petroleum resources, which accounted for about a third of the country's export earnings in 2017. Remittances from overseas Ecuadorian are also important.

In 1999/2000, Ecuador's economy suffered from a banking crisis that lead to some reforms, including adoption of the US dollar as legal tender. Dollarization stabilized the economy, and positive growth returned in most of the years that followed. China has become Ecuador's largest foreign lender since 2008 and now accounts for 77.7% of the Ecuador's bilateral debt. Various economic policies under the CORREA administration, such as an announcement in 2017 that Ecuador would terminate 13 bilateral investment treaties - including one with the US, generated economic uncertainty and discouraged private investment.

Faced with a 2013 trade deficit of $1.1 billion, Ecuador imposed tariff surcharges from 5% to 45% on an estimated 32% of imports. Ecuador's economy fell into recession in 2015 and remained in recession in 2016. Declining oil prices and exports forced the CORREA administration to cut government oulays. Foreign investment in Ecuador is low as a result of the unstable regulatory environment and weak rule of law.

n April of 2017, Lenin MORENO was elected President of Ecuador by popular vote. His immediate challenge was to reengage the private sector to improve cash flow in the country. Ecuador's economy returned to positive, but sluggish, growth. In early 2018, the MORENO administration held a public referendum on seven economic and political issues in a move counter to CORREA-administration policies, reduce corruption, strengthen democracy, and revive employment and the economy. The referendum resulted in repeal of taxes associated with recovery from the earthquake of 2016, reduced restrictions on metal mining in the Yasuni Intangible Zone - a protected area, and several political reforms.

**Real GDP (purchasing power parity)**

$182.24 billion (2020 est.)

$197.55 billion (2019 est.)

$197.53 billion (2018 est.)

**note:** data are in 2017 dollars
country comparison to the world: 68

**Real GDP growth rate**

0.06% (2019 est.)

1.29% (2018 est.)

2.37% (2017 est.)
country comparison to the world: 191

**Real GDP per capita**

$10,300 (2020 est.)

$11,400 (2019 est.)

$11,600 (2018 est.)

**note:** data are in 2017 dollars
country comparison to the world: 139

**GDP (official exchange rate)**

$107.436 billion (2019 est.)

**Inflation rate (consumer prices)**

0.2% (2019 est.)

-0.2% (2018 est.)

0.4% (2017 est.)
country comparison to the world: 26

**Credit ratings**

**Fitch rating:** B- (2020)

**Moody's rating:** Caa3 (2020)

**Standard & Poors rating:** B- (2020)

**note:** The year refers to the year in which the current credit rating was first obtained.

**GDP - composition, by sector of origin**

**agriculture:** 6.7% (2017 est.)

**industry:** 32.9% (2017 est.)

**services:** 60.4% (2017 est.)

**GDP - composition, by end use**

**household consumption:** 60.7% (2017 est.)

**government consumption:** 14.4% (2017 est.)

**investment in fixed capital:** 24.3% (2017 est.)

**investment in inventories:** 1% (2017 est.)

**exports of goods and services:** 20.8% (2017 est.)

**imports of goods and services:** -21.3% (2017 est.)

**Agricultural products**

sugar cane, bananas, milk, oil palm fruit, maize, rice, plantains, poultry, cocoa, potatoes

**Industries**

petroleum, food processing, textiles, wood products, chemicals

**Industrial production growth rate**

-0.6% (2017 est.)

**note:** excludes oil refining
country comparison to the world: 173

**Labor force**

8.086 million (2017 est.)
country comparison to the world: 59

**Labor force - by occupation**

**agriculture:** 26.1%

**industry:** 18.4%

**services:** 55.5% (2017 est.)

**Unemployment rate**

5.71% (2019 est.)

5.26% (2018 est.)
country comparison to the world: 94

**Youth unemployment rate (ages 15-24)**

**total:** 9%

**male:** 6.9%

**female:** 12.9% (2021 est.)
country comparison to the world: 139

**Population below poverty line**

25% (2019 est.)

**Gini Index coefficient - distribution of family income**

45.4 (2018 est.)

48.5 (December 2017)

**note:** data are for urban households only
country comparison to the world: 28

**Household income or consumption by percentage share**

**lowest 10%:** 1.4%

**highest 10%:** 35.4% (2012 est.)

**note:** data are for urban households only

**Budget**

**revenues:** 33.43 billion (2017 est.)

**expenditures:** 38.08 billion (2017 est.)

**Budget surplus (+) or deficit (-)**

-4.5% (of GDP) (2017 est.)
country comparison to the world: 164

**Public debt**

45.4% of GDP (2017 est.)

43.2% of GDP (2016 est.)
country comparison to the world: 114

**Taxes and other revenues**

32% (of GDP) (2017 est.)
country comparison to the world: 69

**Fiscal year**

calendar year

**Current account balance**

-$53 million (2019 est.)

-$1.328 billion (2018 est.)
country comparison to the world: 79

**Exports**

$22.23 billion (2020 est.) note: data are in current year dollars

$26.12 billion (2019 est.) note: data are in current year dollars

$25.38 billion (2018 est.) note: data are in current year dollars
country comparison to the world: 77

**Exports - partners**

United States 30%, China 13%, Panama 8%, Chile 7% (2019)

**Exports - commodities**

crude petroleum, crustaceans, bananas, fish, refined petroleum (2019)

**Imports**

$19.89 billion (2020 est.) note: data are in current year dollars

$25.89 billion (2019 est.) note: data are in current year dollars

$26.29 billion (2018 est.) note: data are in current year dollars
country comparison to the world: 83

**Imports - partners**

United States 22%, China 18%, Colombia 9%, Panama 5% (2019)

**Imports - commodities**

refined petroleum, coal tar oil, cars, packaged medicines, soybean products (2019)

**Reserves of foreign exchange and gold**

$2.395 billion (31 December 2017 est.)

$4.259 billion (31 December 2016 est.)
country comparison to the world: 116

**Debt - external**

$50.667 billion (2019 est.)

$43.224 billion (2018 est.)
country comparison to the world: 66

**Exchange rates**

25,000 (2020 est.)

25,000 (2019 est.)

25,000 (2018 est.)

the US dollar became Ecuador's currency in 2001

**ENERGY**

**Electricity access**

**electrification - total population:** 97% (2019)

**electrification - urban areas:** 100% (2019)

**electrification - rural areas:** 93% (2019)

**Electricity**

**installed generating capacity:** 9.354 million kW (2020 est.)

**consumption:** 26,353,430,000 kWh (2019 est.)

**exports:** 1.826 billion kWh (2019 est.)

**imports:** 6 million kWh (2019 est.)

**transmission/distribution losses:** 4.303 billion kWh (2019 est.)

**Electricity generation sources**

**fossil fuels:** 21% of total installed capacity (2020 est.)

**nuclear:** 0% of total installed capacity (2020 est.)

**solar:** 0.1% of total installed capacity (2020 est.)

**wind:** 0.2% of total installed capacity (2020 est.)

**hydroelectricity:** 77.2% of total installed capacity (2020 est.)

**tide and wave:** 0% of total installed capacity (2020 est.)

**geothermal:** 0% of total installed capacity (2020 est.)

**biomass and waste:** 1.5% of total installed capacity (2020 est.)

**Coal**

**production:** 0 metric tons (2020 est.)

**consumption:** 10,000 metric tons (2020 est.)

**exports:** 0 metric tons (2020 est.)

**imports:** 10,000 metric tons (2020 est.)

**proven reserves:** 24 million metric tons (2019 est.)

**Petroleum**

**total petroleum production:** 478,000 bbl/day (2021 est.)

**refined petroleum consumption:** 259,000 bbl/day (2019 est.)

**crude oil and lease condensate exports:** 349,400 bbl/day (2018 est.)

**crude oil and lease condensate imports:** 0 bbl/day (2018 est.)

**crude oil estimated reserves:** 8.273 billion barrels (2021 est.)

**Refined petroleum products - production**

137,400 bbl/day (2015 est.)
country comparison to the world: 62

**Refined petroleum products - exports**

25,870 bbl/day (2015 est.)
country comparison to the world: 66

**Refined petroleum products - imports**

153,900 bbl/day (2015 est.)

country comparison to the world: 40

**Natural gas**

**production:** 342.407 million cubic meters (2019 est.)

**consumption:** 342.407 million cubic meters (2019 est.)

**exports:** 0 cubic meters (2021 est.)

**imports:** 0 cubic meters (2021 est.)

**proven reserves:** 10.902 billion cubic meters (2021 est.)

**Carbon dioxide emissions**

36.051 million metric tonnes of $CO_2$ (2019 est.)

**from coal and metallurgical coke:** 45,000 metric tonnes of $CO_2$ (2019 est.)

**from petroleum and other liquids:** 35.329 million metric tonnes of $CO_2$ (2019 est.)

**from consumed natural gas:** 677,000 metric tonnes of $CO_2$ (2019 est.)

country comparison to the world: 70

**Energy consumption per capita**

42.564 million Btu/person (2019 est.)

country comparison to the world: 104


**COMMUNICATIONS**

**Telephones - fixed lines**

**total subscriptions:** 2,063,044 (2020)

**subscriptions per 100 inhabitants:** 12 (2020 est.)

country comparison to the world: 56

**Telephones - mobile cellular**

**total subscriptions:** 15,485,366 (2020 est.)

**subscriptions per 100 inhabitants:** 88 (2020 est.)

country comparison to the world: 66

**Telecommunication systems**

**general assessment:** Ecuador has a small telecom market dominated by the mobile sector; the evolution of the market has been influenced by the poor fixed-line infrastructure, which has stymied the development of fixed-line broadband services; to some extent poor infrastructure has been the result of topographical challenges which have rendered the cost of deploying networks to remote and mountainous areas prohibitive; although Ecuador has several fixed-line operators and a large number of ISPs, the state-owned incumbent leads the fixed-line market, and thus also the fixed broadband market; thus far the MVNO sector has been slow to develop, partly because the incumbent operators also have their low-cost brands and thus there is little business case for new market entrants; the government is keen to advance and improve teledensity; from 2022, additional revenue will be earmarked for programs aimed at expanding the reach of internet and mobile services in rural areas of the country; Ecuador lacks a national 5G roadmap; the mobile operators have conducted several 5G pilots, but no progress has been made on allocation spectrum for 5G, or on developing strategies to encourage investment in the sector (2022)

**domestic:** according to 2021 statistics from the Ministry of Telecommunications and Information Society, 50 percent of Ecuadorian homes do not have access to fixed internet; Ecuador's telecoms regulator is currently evaluating and reorganizing the 3.5GHz, 2.5 GHz, 700 MHz and AWS spectrum for future government tenders; 2G/3G technologies

have a 91.11 percent of penetration and 4G technologies has 60.74 percent (2021); fixed-line teledensity is about 12 per 100 persons; mobile-cellular service with a subscribership of nearly 88 per 100 persons (2021)

**international:** country code - 593; landing points for the SPSC (Mistral Submarine Cable), Panamerican Cable System (PAN-AM), Pacific Caribbean Cable System (PCCS), America Movil-Telxius West Coast Cable and SAm-1 submarine (SAm-1) cables that provide links to South and Central America, and extending onward to the Caribbean and the US; satellite earth station - 1 Intelsat (Atlantic Ocean) (2019)

**note:** the COVID-19 pandemic continues to have a significant impact on production and supply chains globally; since 2020, some aspects of the telecom sector have experienced a downturn, particularly in mobile device production; progress toward 5G implementation has resumed, as well as upgrades to infrastructure; consumer spending on telecom services has increased due to the surge in demand for capacity and bandwidth; the crucial nature of telecom services as a tool for work and school from home is still evident, and the spike in this area has seen growth opportunities for development of new tools and increased services

### Broadcast media

the Communication Council, an official entity, carried out a media registry in Ecuador in December 2020.  It registered 956 media outlets, 89% are private, 5% are public and 6% belong to small communities. The government controls most of the 44 public media, this includes national media and multiple local radio stations. In addition, of the 956 registered media, 58% are radio and 18% print. Two provinces have the largest number of media outlets: Guayas has 172 media outlets and Pichincha has 130 media outlets. (2020) so also sent to the National Assembly a new regulation proposal that is still under discussion.
(2022)

### Internet country code

.ec

### Internet users

**total:** 11,467,989 (2020 est.)

**percent of population:** 65% (2020 est.)

according to 2021 statistics from Ecuador's Ministry of Telecommunications and Information Society, 50% of homes do not have access to fixed internet
country comparison to the world: 52

### Broadband - fixed subscriptions

**total:** 2,371,297 (2020 est.)

**subscriptions per 100 inhabitants:** 13 (2020 est.)
country comparison to the world: 55

### TRANSPORTATION

### National air transport system

**number of registered air carriers:** 7 (2020)

**inventory of registered aircraft operated by air carriers:** 35

**annual passenger traffic on registered air carriers:** 5,365,261 (2018)

**annual freight traffic on registered air carriers:** 64.2 million (2018) mt-km

### Civil aircraft registration country code prefix

HC

### Airports

**total:** 432 (2021)
country comparison to the world: 18

### Airports - with paved runways

**total:** 104

**over 3,047 m:** 4

**2,438 to 3,047 m:** 5

**1,524 to 2,437 m:** 18

**914 to 1,523 m:** 26

**under 914 m:** 51 (2021)

**Airports - with unpaved runways**

**total:** 328

**914 to 1,523 m:** 37

**under 914 m:** 291 (2021)

**Heliports**

2 (2021)

**Pipelines**

485 km extra heavy crude, 123 km gas, 2,131 km oil, 1,526 km refined products (2017)

**Railways**

**total:** 965 km (2022)

**narrow gauge:** 965 km (2022) 1.067-m gauge

**note:** passenger service limited to certain sections of track, mostly for tourist trains
country comparison to the world: 91

**Roadways**

**total:** 43,950 km (2022)

**paved:** 8,895 km (2022)

**unpaved:** 35,055 km (2022)
country comparison to the world: 86

**Waterways**

1,500 km (2012) (most inaccessible)
country comparison to the world: 55

**Merchant marine**

**total:** 145

**by type:** container ship 1, general cargo 7, oil tanker 27, other 110 (2021)
country comparison to the world: 77

**Ports and terminals**

**major seaport(s):** Esmeraldas, Manta, Puerto Bolivar

**container port(s) (TEUs):** Guayaquil (1,680,751) (2019)

**river port(s):** Guayaquil (Guayas)

**MILITARY AND SECURITY**

**Military and security forces**

Ecuadorian Armed Forces: the Ecuadorian Army (Ejército Ecuatoriano), Ecuadorian Navy (Armada del Ecuador, Fuerza Naval del Ecuador, FNE; includes naval infantry, naval aviation, coast guard), Ecuadorian Air Force (Fuerza Aerea Ecuatoriana, FAE) (2022)

**note:** the National Police of Ecuador (Policía Nacional del Ecuador) is under the Ministry of Government

**Military expenditures**

2% of GDP (2021 est.)

2.3% of GDP (2020 est.)

2.2% of GDP (2019) (approximately $2.98 billion)

2.4% of GDP (2018) (approximately $3.14 billion)

2.4% of GDP (2017) (approximately $3.1 billion)

country comparison to the world: 60

**Military and security service personnel strengths**

approximately 40,000 active military personnel (25,000 Army; 9,000 Navy; 6,000 Air Force) (2022)

**Military equipment inventories and acquisitions**

the military's equipment inventory is mostly older and derived from a wide variety of sources; since 2010, Ecuador has received limited amounts of military equipment from more than 15 countries, including Brazil, China, Russia, and the US (2022)

**Military service age and obligation**

18 years of age for selective conscript military service, although conscription was suspended in 2008; 18 years of age for voluntary military service; Ecuadorian birth requirement; 1-year service obligation; females have been allowed to serve in all branches since 2012 (2022)

**note:** in 2017, women made up an estimated 3% of the military

**Military - note**

border conflicts with Peru dominated the military's focus until the late 1990s; as of 2022, border security remained a priority, but in more recent years, security challenges have shifted towards counterinsurgency and counter-narcotics operations, particularly in the northern border area where violence and other criminal activity related to terrorism, insurgency, and narco-trafficking in Colombia, as well as refugees from Venezuela, has spilled over the border; troop deployments along the border with Colombia were scaled back following the 2016 signing of a peace agreement between the Colombian Government and the Revolutionary Armed Forces of Colombia (FARC) terrorist group (see Appendix T), but recent violence associated with FARC dissidents to the agreement have led Ecuador and Colombia to reinforce their shared border; since 2012, the Ecuadorian Government has also expanded the military's role in general public security and counter-narcotics operations, in part due to rising violence, police corruption, and police ineffectiveness

the military has had a large role in Ecuador's political history; it ruled the country from 1963-1966 and 1972-1979, and supported a dictatorship in 1970-1972; during the 1980s, the military remained loyal to the civilian government, but civilian-military relations were at times tenuous, and the military had considerable autonomy from civilian oversight; it was involved in coup attempts in 2000 and 2010

**Maritime threats**

the International Maritime Bureau continues to report the territorial and offshore waters of Ecuador as at risk for piracy and armed robbery against ships; vessels, including commercial shipping and pleasure craft, have been attacked and hijacked both at anchor and while underway; crews have been robbed and stores or cargoes stolen; there has been a slight decrease with four attacks reported in 2021 and five in 2020; one ship was boarded while underway and two ships were fired upon

**TRANSNATIONAL ISSUES**

**Disputes - international**

organized illegal narcotics operations in Colombia penetrate across Ecuador's shared border

**Refugees and internally displaced persons**

Case 1:22-cv-07281-JSR   Document 75-7   Filed 12/28/22   Page 23 of 23

**refugees (country of origin):** 65,854 (Colombia) (refugees and asylum seekers) (2021); 513,900 (Venezuela) (economic and political crisis; includes Venezuelans who have claimed asylum, are recognized as refugees, or have received alternative legal stay) (2022)

**Illicit drugs**

Ecuador is a major transit country for illicit drugs such as cocaine, heroin and chemical precursors to process cocaine from Colombia and Peru; not a major drug producing country