# EXHIBIT M

## CIA, Zimbabwe - The World Factbook

# EXHIBIT M

# Explore All Countries Zimbabwe

Africa

Page last updated: December 13, 2022





## INTRODUCTION

### Background

The hunter-gatherer San people first inhabited the area that eventually became Zimbabwe. Farming communities migrated to the area around A.D. 500 during the Bantu expansion, and Shona-speaking societies began to develop in the Limpopo valley and Zimbabwean highlands around the 9th century. These societies traded with Arab merchants on the Indian Ocean coast and organized under the Kingdom of Mapungubwe in the 11th century. A series of powerful trade-oriented Shona states succeeded Mapungubwe, including the Kingdom of Zimbabwe (ca. 1220-1450), Kingdom of Mutapa (ca. 1450-1760), and the Rozwi Empire. The Rozwi Empire expelled Portuguese colonists from the Zimbabwean plateau but was eventually conquered in 1838 by the Ndebele clan of Zulu general MZILIKAZI during the era of conflict and population displacement known as the Mfecane. In the 1880s, colonists arrived with the British South Africa Company (BSAC) and obtained a written concession for mining rights from Ndebele King LOBENGULA. The king later disavowed the concession and accused the BSAC agents of deceit. The BSAC annexed Mashonaland and subsequently conquered Matabeleland by force during the First Matabele War of 1893-1894 to establish company rule over the territory. BSAC holdings south of the Zambezi River were annexed by the UK in 1923 and became the British colony of Southern Rhodesia. The 1930 Land Apportionment Act restricted Black land ownership and established structural racial

inequalities that would favor the White minority for decades. A new constitution in 1961 further cemented White minority rule.

In 1965, the government under White Prime Minister Ian SMITH unilaterally declared its independence from the UK. London did not recognize Rhodesia's independence and demanded more voting rights for the Black majority in the country. International diplomacy and a liberation struggle by Black Zimbabweans finally led to biracial elections in 1979 and independence (as Zimbabwe) in 1980. Robert MUGABE, who led the uprising and became the nation's first prime minister, was the country's only ruler (as president since 1987) from independence until his forced resignation in November 2017. In the mid-1980s, the government tortured and killed thousands of civilians in a crackdown on dissent known as the Gukurahundi campaign. Economic mismanagement and chaotic land redistribution policies following independence periodically crippled the economy and resulted in widespread shortages of basic commodities. General elections in 2002, 2008, and 2013 were severely flawed and widely condemned but allowed MUGABE to remain president. In November 2017, Vice President Emmerson MNANGAGWA became president following a military intervention that forced MUGABE to resign, and MNANGAGWA cemented power by sidelining rivals Grace MUGABE (Robert MUGABE's wife) and Jonathan MOYO of the G40 faction of the ruling Zimbabwe African National Union-Patriotic Front party. In July 2018, MNANGAGWA won the presidential election after a close contest with opposition candidate Nelson CHAMISA. MNANGAGWA has resorted to the government's longstanding practice of violently disrupting protests and opposition rallies. Economic conditions remained dire under MNANGAGWA, with inflation soaring in 2019 and the country's export revenues declining dramatically in 2020 due to the COVID-19 pandemic.

## GEOGRAPHY

**Location**

Southern Africa, between South Africa and Zambia

**Geographic coordinates**

20 00 S, 30 00 E

**Map references**

Africa

**Area**

**total:** 390,757 sq km

**land:** 386,847 sq km

**water:** 3,910 sq km

country comparison to the world: 62

**Area - comparative**

about four times the size of Indiana; slightly larger than Montana

## Area comparison map:



**Land boundaries**

**total:** 3,229 km

**border countries (4):** Botswana 834 km; Mozambique 1,402 km; South Africa 230 km; Zambia 763 km

**Coastline**

0 km (landlocked)

**Maritime claims**

none (landlocked)

**Climate**

tropical; moderated by altitude; rainy season (November to March)

**Terrain**

mostly high plateau with higher central plateau (high veld); mountains in east

**Elevation**

**highest point:** Inyangani 2,592 m

**lowest point:** junction of the Runde and Save Rivers 162 m

**mean elevation:** 961 m

**Natural resources**

coal, chromium ore, asbestos, gold, nickel, copper, iron ore, vanadium, lithium, tin, platinum group metals

**Land use**

**agricultural land:** 42.5% (2018 est.)

arable land: 10.9% (2018 est.)

permanent crops: 0.3% (2018 est.)

permanent pasture: 31.3% (2018 est.)

**forest:** 39.5% (2018 est.)

**other:** 18% (2018 est.)

**Irrigated land**

1,740 sq km (2012)

**Major rivers (by length in km)**

Zambezi (shared with Zambia [s]), Angola, Namibia, Botswana, and Mozambique [m]) - 2,740 km; Limpopo (shared with South
Africa [s], Botswana, and Mozambique [m]) - 1,800 km
**note** – [s] after country name indicates river source; [m] after country name indicates river mouth

**Major watersheds (area sq km)**

Indian Ocean drainage: Zambezi (1,332,412 sq km)
Internal *(endorheic basin)* drainage: Okavango Basin (863,866 sq km)

**Major aquifers**

Upper Kalahari-Cuvelai-Upper Zambezi Basin

**Population distribution**

Aside from major urban agglomerations in Harare and Bulawayo, population distribution is fairly even, with slightly
greater overall numbers in the eastern half as shown in this population distribution map

**Natural hazards**

recurring droughts; floods and severe storms are rare

**Geography - note**

landlocked; the Zambezi forms a natural riverine boundary with Zambia; in full flood (February-April) the massive
Victoria Falls on the river forms the world's largest curtain of falling water; Lake Kariba on the Zambia-Zimbabwe
border forms the world's largest reservoir by volume (180 cu km; 43 cu mi)

## PEOPLE AND SOCIETY

**Population**

15,121,004 (2022 est.)

country comparison to the world: 73

**Nationality**

**noun:** Zimbabwean(s)

**adjective:** Zimbabwean

**Ethnic groups**

African 99.4% (predominantly Shona; Ndebele is the second largest ethnic group), other 0.4%, unspecified 0.2% (2012
est.)

## Languages

Shona (official; most widely spoken), Ndebele (official, second most widely spoken), English (official; traditionally used for official business), 13 minority languages (official; includes Chewa, Chibarwe, Kalanga, Koisan, Nambya, Ndau, Shangani, sign language, Sotho, Tonga, Tswana, Venda, and Xhosa)

## Religions

Protestant 74.8% (includes Apostolic 37.5%, Pentecostal 21.8%, other 15.5%), Roman Catholic 7.3%, other Christian 5.3%, traditional 1.5%, Muslim 0.5%, other 0.1%, none 10.5% (2015 est.)

## Demographic profile

Zimbabwe's progress in reproductive, maternal, and child health has stagnated in recent years. According to a 2010 Demographic and Health Survey, contraceptive use, the number of births attended by skilled practitioners, and child mortality have either stalled or somewhat deteriorated since the mid-2000s. Zimbabwe's total fertility rate has remained fairly stable at about 4 children per woman for the last two decades, although an uptick in the urban birth rate in recent years has caused a slight rise in the country's overall fertility rate. Zimbabwe's HIV prevalence rate dropped from approximately 29% to 15% since 1997 but remains among the world's highest and continues to suppress the country's life expectancy rate. The proliferation of HIV/AIDS information and prevention programs and personal experience with those suffering or dying from the disease have helped to change sexual behavior and reduce the epidemic.

Historically, the vast majority of Zimbabwe's migration has been internal – a rural-urban flow. In terms of international migration, over the last 40 years Zimbabwe has gradually shifted from being a destination country to one of emigration and, to a lesser degree, one of transit (for East African illegal migrants traveling to South Africa). As a British colony, Zimbabwe attracted significant numbers of permanent immigrants from the UK and other European countries, as well as temporary economic migrants from Malawi, Mozambique, and Zambia. Although Zimbabweans have migrated to South Africa since the beginning of the 20th century to work as miners, the first major exodus from the country occurred in the years before and after independence in 1980. The outward migration was politically and racially influenced; a large share of the white population of European origin chose to leave rather than live under a new black-majority government.

In the 1990s and 2000s, economic mismanagement and hyperinflation sparked a second, more diverse wave of emigration. This massive out migration – primarily to other southern African countries, the UK, and the US – has created a variety of challenges, including brain drain, illegal migration, and human smuggling and trafficking. Several factors have pushed highly skilled workers to go abroad, including unemployment, lower wages, a lack of resources, and few opportunities for career growth.

## Age structure

**0-14 years:** 38.32% (male 2,759,155/female 2,814,462)

**15-24 years:** 20.16% (male 1,436,710/female 1,495,440)

**25-54 years:** 32.94% (male 2,456,392/female 2,334,973)

**55-64 years:** 4.07% (male 227,506/female 363,824)

**65 years and over:** 4.52% (male 261,456/female 396,396) (2020 est.)

## 2022 population pyramid:



U.S. Census Bureau, International Database

**Dependency ratios**

**total dependency ratio:** 79.4

**youth dependency ratio:** 73.4

**elderly dependency ratio:** 6

**potential support ratio:** 16.6 (2021 est.)

**Median age**

**total:** 20.5 years

**male:** 20.3 years

**female:** 20.6 years (2020 est.)
country comparison to the world: 189

**Population growth rate**

1.95% (2022 est.)
country comparison to the world: 44

**Birth rate**

33.07 births/1,000 population (2022 est.)
country comparison to the world: 22

**Death rate**

8.76 deaths/1,000 population (2022 est.)
country comparison to the world: 68

**Net migration rate**

-4.83 migrant(s)/1,000 population (2022 est.)
country comparison to the world: 200

**Population distribution**

Aside from major urban agglomerations in Harare and Bulawayo, population distribution is fairly even, with slightly greater overall numbers in the eastern half as shown in this population distribution map

**Urbanization**

**urban population:** 32.4% of total population (2022)

**rate of urbanization:** 2.41% annual rate of change (2020-25 est.)

**Major urban areas - population**

1.558 million HARARE (capital) (2022)

**Sex ratio**

**at birth:** 1.03 male(s)/female

**0-14 years:** 0.98 male(s)/female

**15-24 years:** 0.96 male(s)/female

**25-54 years:** 1.06 male(s)/female

**55-64 years:** 0.62 male(s)/female

**65 years and over:** 0.57 male(s)/female

**total population:** 0.97 male(s)/female (2022 est.)

**Mother's mean age at first birth**

20.3 years (2015 est.)

**note:** data represents median age at first birth among women 25-49

**Maternal mortality ratio**

458 deaths/100,000 live births (2017 est.)
country comparison to the world: 24

**Infant mortality rate**

**total:** 28.53 deaths/1,000 live births

**male:** 32.17 deaths/1,000 live births

**female:** 24.77 deaths/1,000 live births (2022 est.)
country comparison to the world: 58

**Life expectancy at birth**

**total population:** 63.32 years

**male:** 61.18 years

**female:** 65.52 years (2022 est.)
country comparison to the world: 209

**Total fertility rate**

3.89 children born/woman (2022 est.)
country comparison to the world: 30

**Contraceptive prevalence rate**

66.8% (2015)

**Drinking water source**

**improved:** urban: 97.9% of population

rural: 66.9% of population

total: 76.9% of population

**unimproved:** urban: 2.1% of population

rural: 33.1% of population

total: 23.1% of population (2020 est.)

**Current health expenditure**

7.7% of GDP (2019)

**Physicians density**

0.2 physicians/1,000 population (2020)

**Hospital bed density**

1.7 beds/1,000 population (2011)

**Sanitation facility access**

**improved:** urban: 96.1% of population

rural: 49% of population

total: 64.2% of population

**unimproved:** urban: 3.9% of population

rural: 51% of population

total: 35.8% of population (2017 est.)

**HIV/AIDS - adult prevalence rate**

11.6% (2021 est.)

country comparison to the world: 6

**Major infectious diseases**

**degree of risk:** high (2020)

**food or waterborne diseases:** bacterial and protozoal diarrhea, hepatitis A, and typhoid fever

**vectorborne diseases:** malaria and dengue fever

**water contact diseases:** schistosomiasis

**animal contact diseases:** rabies

**Obesity - adult prevalence rate**

15.5% (2016)

country comparison to the world: 126

**Alcohol consumption per capita**

**total:** 3.11 liters of pure alcohol (2019 est.)

**beer:** 1.2 liters of pure alcohol (2019 est.)

**wine:** 0.05 liters of pure alcohol (2019 est.)

**spirits:** 0.39 liters of pure alcohol (2019 est.)

**other alcohols:** 1.47 liters of pure alcohol (2019 est.)

country comparison to the world: 110

**Tobacco use**

**total:** 11.7% (2020 est.)

**male:** 21.8% (2020 est.)

**female:** 1.5% (2020 est.)

country comparison to the world: 125

**Children under the age of 5 years underweight**

9.7% (2019)

country comparison to the world: 59

**Child marriage**

**women married by age 15:** 5.4%

**women married by age 18:** 33.7%

**men married by age 18:** 1.9% (2019 est.)

**Education expenditures**

3.9% of GDP (2018 est.)

country comparison to the world: 124

**Literacy**

**definition:** age 15 and over can read and write English

**total population:** 86.5%

**male:** 88.5%

**female:** 84.6% (2015)

**School life expectancy (primary to tertiary education)**

**total:** 11 years

**male:** 12 years

**female:** 11 years (2013)

**Youth unemployment rate (ages 15-24)**

**total:** 11.9%

**male:** 11.2%

**female:** 12.8% (2019 est.)


**ENVIRONMENT**

**Environment - current issues**

deforestation; soil erosion; land degradation; air and water pollution; the black rhinoceros herd - once the largest concentration of the species in the world - has been significantly reduced by poaching; poor mining practices have led to toxic waste and heavy metal pollution

**Environment - international agreements**

**party to:** Biodiversity, Climate Change, Climate Change-Kyoto Protocol, Climate Change-Paris Agreement, Comprehensive Nuclear Test Ban, Desertification, Endangered Species, Hazardous Wastes, Law of the Sea, Ozone

Layer Protection, Wetlands

**signed, but not ratified:** none of the selected agreements

**Air pollutants**

**particulate matter emissions:** 19.35 micrograms per cubic meter (2016 est.)

**carbon dioxide emissions:** 10.98 megatons (2016 est.)

**methane emissions:** 12.1 megatons (2020 est.)

**Climate**

tropical; moderated by altitude; rainy season (November to March)

**Land use**

**agricultural land:** 42.5% (2018 est.)

arable land: 10.9% (2018 est.)

permanent crops: 0.3% (2018 est.)

permanent pasture: 31.3% (2018 est.)

**forest:** 39.5% (2018 est.)

**other:** 18% (2018 est.)

**Urbanization**

**urban population:** 32.4% of total population (2022)

**rate of urbanization:** 2.41% annual rate of change (2020-25 est.)

**Revenue from forest resources**

**forest revenues:** 1.61% of GDP (2018 est.)

country comparison to the world: 39

**Revenue from coal**

**coal revenues:** 0.4% of GDP (2018 est.)

country comparison to the world: 15

**Major infectious diseases**

**degree of risk:** high (2020)

**food or waterborne diseases:** bacterial and protozoal diarrhea, hepatitis A, and typhoid fever

**vectorborne diseases:** malaria and dengue fever

**water contact diseases:** schistosomiasis

**animal contact diseases:** rabies

**Food insecurity**

**widespread lack of access:** *due to high food prices and cereal production downturn* - based on a government assessment, an estimated 3.8 million people are expected to be in need of humanitarian assistance between January and March 2023, this number is higher than the level estimated in the first quarter of 2022; the downturn in food security conditions is largely on account of poor food access due to prevailing high food prices and reduced incomes owing to the effects of an economic downturn; a decline in cereal production in 2022 has also aggravated conditions (2022)

**Waste and recycling**

**municipal solid waste generated annually:** 1,449,752 tons (2015 est.)

**municipal solid waste recycled annually:** 231,960 tons (2005 est.)

**percent of municipal solid waste recycled:** 16% (2005 est.)

### Major rivers (by length in km)

Zambezi (shared with Zambia [s]), Angola, Namibia, Botswana, and Mozambique [m]) - 2,740 km; Limpopo (shared with South Africa [s], Botswana, and Mozambique [m]) - 1,800 km
**note** – [s] after country name indicates river source; [m] after country name indicates river mouth

### Major watersheds (area sq km)

Indian Ocean drainage: Zambezi (1,332,412 sq km)
Internal *(endorheic basin)* drainage: Okavango Basin (863,866 sq km)

### Major aquifers

Upper Kalahari-Cuvelai-Upper Zambezi Basin

### Total water withdrawal

**municipal:** 487.7 million cubic meters (2017 est.)

**industrial:** 81.4 million cubic meters (2017 est.)

**agricultural:** 2.77 billion cubic meters (2017 est.)

### Total renewable water resources

20 billion cubic meters (2017 est.)


### GOVERNMENT

### Country name

**conventional long form:** Republic of Zimbabwe

**conventional short form:** Zimbabwe

**former:** Southern Rhodesia, Rhodesia, Zimbabwe-Rhodesia

**etymology:** takes its name from the Kingdom of Zimbabwe (13th-15th century) and its capital of Great Zimbabwe, the largest stone structure in pre-colonial southern Africa

### Government type

presidential republic

### Capital

**name:** Harare

**geographic coordinates:** 17 49 S, 31 02 E

**time difference:** UTC+2 (7 hours ahead of Washington, DC, during Standard Time)

**etymology:** named after a village of Harare at the site of the present capital; the village name derived from a Shona chieftain, NE-HARAWA, whose name meant "he who does not sleep"

### Administrative divisions

8 provinces and 2 cities* with provincial status; Bulawayo*, Harare*, Manicaland, Mashonaland Central, Mashonaland East, Mashonaland West, Masvingo, Matabeleland North, Matabeleland South, Midlands

### Independence

18 April 1980 (from the UK)

### National holiday

Independence Day, 18 April (1980)

## Constitution

**history:** previous 1965 (at Rhodesian independence), 1979 (Lancaster House Agreement), 1980 (at Zimbabwean independence); latest final draft completed January 2013, approved by referendum 16 March 2013, approved by Parliament 9 May 2013, effective 22 May 2013

**amendments:** proposed by the Senate or by the National Assembly; passage requires two-thirds majority vote by the membership of both houses of Parliament and assent of the president of the republic; amendments to constitutional chapters on fundamental human rights and freedoms and on agricultural lands also require approval by a majority of votes cast in a referendum; amended many times, last in 2017

## Legal system

mixed legal system of English common law, Roman-Dutch civil law, and customary law

## International law organization participation

has not submitted an ICJ jurisdiction declaration; non-party state to the ICCt

## Citizenship

**citizenship by birth:** no

**citizenship by descent only:** the father must be a citizen of Zimbabwe; in the case of a child born out of wedlock, the mother must be a citizen

**dual citizenship recognized:** no

**residency requirement for naturalization:** 5 years

## Suffrage

18 years of age; universal

## Executive branch

**chief of state:** President Emmerson Dambudzo MNANGAGWA (since 24 November 2017); First Vice President Constantino CHIWENGA (since 28 December 2017); note - Robert Gabriel MUGABE resigned on 21 November 2017, after ruling for 37 years

**head of government:** President Emmerson Dambudzo MNANGAGWA (since 24 November 2017); Vice President Constantino CHIWENGA (since 28 December 2017);

**cabinet:** Cabinet appointed by president, responsible to National Assembly

**elections/appointments:** each presidential candidate nominated with a nomination paper signed by at least 10 registered voters (at least 1 candidate from each province) and directly elected by absolute majority popular vote in 2 rounds if needed for a 5-year term (no term limits); election last held on 3 July 2018 (next to be held in 2023); co-vice presidents drawn from party leadership

**election results:** Emmerson MNANGAGWA reelected president in 1st round of voting; percent of vote - Emmerson MNANGAGWA (ZANU-PF) 50.8%, Nelson CHAMISA (MDC-T) 44.3%, Thokozani KHUPE (MDC-N) 0.9%, other 3%

## Legislative branch

**description:** bicameral Parliament consists of:
Senate (80 seats; 60 members directly elected in multi-seat constituencies - 6 seats in each of the 10 provinces - by proportional representation vote, 16 indirectly elected by the regional governing councils, 2 reserved for the National Council Chiefs, and 2 reserved for members with disabilities; members serve 5-year terms)
National Assembly (270 seats; 210 members directly elected in single-seat constituencies by simple majority vote and 60 seats reserved for women directly elected by proportional representation vote; members serve 5-year terms)

**elections:** Senate - last held for elected member on 30 July 2018 (next to be held in 2023)
National Assembly - last held on 30 July 2018 (next to be held in 2023)

**election results:** Senate - percent of vote by party - NA; seats by party - ZANU-PF 34, MDC Alliance 25, Chiefs 18, people with disabilities 2, MDC-T 1; composition - men 45, women 35, percent of women 43.8%
National Assembly - percent of vote by party - NA; seats by party - ZANU-PF 179, MDC Alliance 88, MDC-T 1, NPF 1,

independent 1; composition - men 184, women 81, percent of women 31.5%; note - total Parliament percent of women 34.3%

**Judicial branch**

**highest court(s):** Supreme Court (consists of the chief justice and 4 judges); Constitutional Court (consists of the chief and deputy chief justices and 9 judges)

**judge selection and term of office:** Supreme Court judges appointed by the president upon recommendation of the Judicial Service Commission, an independent body consisting of the chief justice, Public Service Commission chairman, attorney general, and 2-3 members appointed by the president; judges normally serve until age 65 but can elect to serve until age 70; Constitutional Court judge appointment NA; judges serve nonrenewable 15-year terms

**subordinate courts:** High Court; Labor Court; Administrative Court; regional magistrate courts; customary law courts; special courts

**Political parties and leaders**

Citizens Coalition for Change [Nelson CHAMISA]
Movement for Democratic Change - MDC-T [Douglas MWONZORA]
National People's Party or NPP [Conrad SANGMA] (formerly Zimbabwe People First or ZimPF)
Zimbabwe African National Union-Patriotic Front or ZANU-PF [Emmerson Dambudzo MNANGAGWA]
Zimbabwe African Peoples Union or ZAPU [Michael NKOMO]

**International organization participation**

ACP, AfDB, ATMIS, AU, COMESA, FAO, G-15, G-77, IAEA, IBRD, ICAO, ICRM, IDA, IFAD, IFC, IFRCS, ILO, IMF, IMO, Interpol, IOC, IOM, IPU, ISO, ITSO, ITU, ITUC (NGOs), MIGA, NAM, OPCW, PCA, SADC, UN, UNAMID, UNCTAD, UNESCO, UNIDO, UNISFA, UNMIL, UNMISS, UNOCI, UNSOM, UNWTO, UPU, WCO, WFTU (NGOs), WHO, WIPO, WMO, WTO

**Diplomatic representation in the US**

**chief of mission:** Ambassador Tadeous Tafirenyika CHIFAMBA (since 7 July 2021);

**chancery:** 1608 New Hampshire Avenue NW, Washington, DC 20009

**telephone:** [1] (202) 332-7100

**FAX:** [1] (202) 483-9326

**email address and website:**
general@zimembassydc.org

https://zimembassydc.org/

**Diplomatic representation from the US**

**chief of mission:** Ambassador (vacant); Charge d'Affaires Thomas R. HASTINGS (since August 2021)

**embassy:** 2 Lorraine Drive, Bluffhill, Harare

**mailing address:** 2180 Harare Place, Washington DC  20521-2180

**telephone:** [263] 867-701-1000

**FAX:** [263] 24-233-4320

**email address and website:**
consularharare@state.gov

https://zw.usembassy.gov/

**Flag description**

seven equal horizontal bands of green (top), yellow, red, black, red, yellow, and green with a white isosceles triangle edged in black with its base on the hoist side; a yellow Zimbabwe bird representing the long history of the country is superimposed on a red five-pointed star in the center of the triangle, which symbolizes peace; green represents agriculture, yellow mineral wealth, red the blood shed to achieve independence, and black stands for the native people

**National symbol(s)**

Zimbabwe bird symbol, African fish eagle, flame lily; national colors: green, yellow, red, black, white

**National anthem**

**name:** "Kalibusiswe Ilizwe leZimbabwe" [Northern Ndebele language] "Simudzai Mureza WeZimbabwe" [Shona] (Blessed Be the Land of Zimbabwe)

**lyrics/music:** Solomon MUTSWAIRO/Fred Lecture CHANGUNDEGA

**note:** adopted 1994

**National heritage**

**total World Heritage Sites:** 5 (3 cultural, 2 natural)

**selected World Heritage Site locales:** Mana Pools National Park, Sapi, and Chewore Safari Areas (n); Great Zimbabwe National Monument (c); Khami Ruins National Monument (c); Mosi-oa-Tunya/Victoria Falls (n); Matobo Hills (c)


**ECONOMY**

**Economic overview**

Zimbabwe's economy depends heavily on its mining and agriculture sectors. Following a contraction from 1998 to 2008, the economy recorded real growth of more than 10% per year in the period 2010-13, before falling below 3% in the period 2014-17, due to poor harvests, low diamond revenues, and decreased investment. Lower mineral prices, infrastructure and regulatory deficiencies, a poor investment climate, a large public and external debt burden, and extremely high government wage expenses impede the country's economic performance.

Until early 2009, the Reserve Bank of Zimbabwe (RBZ) routinely printed money to fund the budget deficit, causing hyperinflation. Adoption of a multi-currency basket in early 2009 - which allowed currencies such as the Botswana pula, the South Africa rand, and the US dollar to be used locally - reduced inflation below 10% per year. In January 2015, as part of the government's effort to boost trade and attract foreign investment, the RBZ announced that the Chinese renmimbi, Indian rupee, Australian dollar, and Japanese yen would be accepted as legal tender in Zimbabwe, though transactions were predominantly carried out in US dollars and South African rand until 2016, when the rand's devaluation and instability led to near-exclusive use of the US dollar. The government in November 2016 began releasing bond notes, a parallel currency legal only in Zimbabwe which the government claims will have a one-to-one exchange ratio with the US dollar, to ease cash shortages. Bond notes began trading at a discount of up to 10% in the black market by the end of 2016.

Zimbabwe's government entered a second Staff Monitored Program with the IMF in 2014 and undertook other measures to reengage with international financial institutions. Zimbabwe repaid roughly $108 million in arrears to the IMF in October 2016, but financial observers note that Zimbabwe is unlikely to gain new financing because the government has not disclosed how it plans to repay more than $1.7 billion in arrears to the World Bank and African Development Bank. International financial institutions want Zimbabwe to implement significant fiscal and structural reforms before granting new loans. Foreign and domestic investment continues to be hindered by the lack of land tenure and titling, the inability to repatriate dividends to investors overseas, and the lack of clarity regarding the government's Indigenization and Economic Empowerment Act.

**Real GDP (purchasing power parity)**

$40.79 billion (2020 est.)

$44.34 billion (2019 est.)

$48.25 billion (2018 est.)

**note:** data are in 2017 dollars
country comparison to the world: 117

**Real GDP growth rate**

3.7% (2017 est.)

0.7% (2016 est.)

1.4% (2015 est.)
country comparison to the world: 81

**Real GDP per capita**

$2,700 (2020 est.)

$3,000 (2019 est.)

$3,300 (2018 est.)

**note:** data are in 2017 dollars
country comparison to the world: 201

**GDP (official exchange rate)**

$21.441 billion (2019 est.)

**Inflation rate (consumer prices)**

241.7% (2019 est.)

10.6% (2018 est.)

0.9% (2017 est.)
country comparison to the world: 226

**GDP - composition, by sector of origin**

**agriculture:** 12% (2017 est.)

**industry:** 22.2% (2017 est.)

**services:** 65.8% (2017 est.)

**GDP - composition, by end use**

**household consumption:** 77.6% (2017 est.)

**government consumption:** 24% (2017 est.)

**investment in fixed capital:** 12.6% (2017 est.)

**investment in inventories:** 0% (2017 est.)

**exports of goods and services:** 25.6% (2017 est.)

**imports of goods and services:** -39.9% (2017 est.)

**Agricultural products**

sugar cane, maize, milk, tobacco, cassava, vegetables, bananas, beef, cotton, oranges

**Industries**

mining (coal, gold, platinum, copper, nickel, tin, diamonds, clay, numerous metallic and nonmetallic ores), steel; wood products, cement, chemicals, fertilizer, clothing and footwear, foodstuffs, beverages

**Industrial production growth rate**

0.3% (2017 est.)
country comparison to the world: 167

**Labor force**

7.907 million (2017 est.)
country comparison to the world: 61

**Labor force - by occupation**

**agriculture:** 67.5%

**industry:** 7.3%

**services:** 25.2% (2017 est.)

**Unemployment rate**

11.3% (2014 est.)

80% (2005 est.)

**note:** data include both unemployment and underemployment; true unemployment is unknown and, under current economic conditions, unknowable
country comparison to the world: 159

**Youth unemployment rate (ages 15-24)**

**total:** 11.9%

**male:** 11.2%

**female:** 12.8% (2019 est.)
country comparison to the world: 122

**Population below poverty line**

38.3% (2019 est.)

**Gini Index coefficient - distribution of family income**

44.3 (2017 est.)

50.1 (2006)
country comparison to the world: 35

**Household income or consumption by percentage share**

**lowest 10%:** 2%

**highest 10%:** 40.4% (1995)

**Budget**

**revenues:** 3.8 billion (2017 est.)

**expenditures:** 5.5 billion (2017 est.)

**Budget surplus (+) or deficit (-)**

-9.6% (of GDP) (2017 est.)
country comparison to the world: 208

**Public debt**

82.3% of GDP (2017 est.)

69.9% of GDP (2016 est.)
country comparison to the world: 34

**Taxes and other revenues**

21.5% (of GDP) (2017 est.)
country comparison to the world: 138

**Fiscal year**

calendar year

**Current account balance**

-$716 million (2017 est.)

-$553 million (2016 est.)

country comparison to the world: 134

**Exports**

$4.422 billion (2018 est.)

$6.252 billion (2017 est.)

country comparison to the world: 128

**Exports - partners**

United Arab Emirates 40%, South Africa 23%, Mozambique 9% (2019)

**Exports - commodities**

gold, tobacco, iron alloys, nickel, diamonds, jewelry (2019)

**Imports**

$7.215 billion (2018 est.)

$9.658 billion (2017 est.)

country comparison to the world: 123

**Imports - partners**

South Africa 41%, Singapore 23%, China 8% (2019)

**Imports - commodities**

refined petroleum, delivery trucks, packaged medicines, fertilizers, tractors (2019)

**Reserves of foreign exchange and gold**

$431.8 million (31 December 2017 est.)

$407.2 million (31 December 2016 est.)

country comparison to the world: 157

**Debt - external**

$9.357 billion (31 December 2017 est.)

$10.14 billion (31 December 2016 est.)

country comparison to the world: 114

**Exchange rates**

Zimbabwean dollars (ZWD) per US dollar -

82.3138 (2020 est.)

16.44579 (2019 est.)

322.355 (2018 est.)

234.25 (2010)

**note:** the dollar was adopted as a legal currency in 2009; since then the Zimbabwean dollar has experienced hyperinflation and is essentially worthless


**ENERGY**

**Electricity access**

**electrification - total population:** 53% (2019)

**electrification - urban areas:** 89% (2019)

**electrification - rural areas:** 36% (2019)

**Electricity**

**installed generating capacity:** 2.473 million kW (2020 est.)

**consumption:** 10,928,240,000 kWh (2019 est.)

**exports:** 504 million kWh (2019 est.)

**imports:** 1.612 billion kWh (2019 est.)

**transmission/distribution losses:** 1.491 billion kWh (2019 est.)

**Electricity generation sources**

**fossil fuels:** 32.9% of total installed capacity (2020 est.)

**nuclear:** 0% of total installed capacity (2020 est.)

**solar:** 0.1% of total installed capacity (2020 est.)

**wind:** 0% of total installed capacity (2020 est.)

**hydroelectricity:** 65.3% of total installed capacity (2020 est.)

**tide and wave:** 0% of total installed capacity (2020 est.)

**geothermal:** 0% of total installed capacity (2020 est.)

**biomass and waste:** 1.7% of total installed capacity (2020 est.)

**Coal**

**production:** 3.888 million metric tons (2020 est.)

**consumption:** 3.579 million metric tons (2020 est.)

**exports:** 327,000 metric tons (2020 est.)

**imports:** 0 metric tons (2020 est.)

**proven reserves:** 502 million metric tons (2019 est.)

**Petroleum**

**total petroleum production:** 800 bbl/day (2021 est.)

**refined petroleum consumption:** 27,300 bbl/day (2019 est.)

**crude oil and lease condensate exports:** 0 bbl/day (2018 est.)

**crude oil and lease condensate imports:** 0 bbl/day (2018 est.)

**crude oil estimated reserves:** 0 barrels (2021 est.)

**Refined petroleum products - production**

0 bbl/day (2015 est.)

country comparison to the world: 216

**Refined petroleum products - exports**

0 bbl/day (2015 est.)

country comparison to the world: 216

**Refined petroleum products - imports**

26,400 bbl/day (2015 est.)
country comparison to the world: 104

**Natural gas**

**production:** 0 cubic meters (2021 est.)

**consumption:** 0 cubic meters (2021 est.)

**exports:** 0 cubic meters (2021 est.)

**imports:** 0 cubic meters (2021 est.)

**proven reserves:** 0 cubic meters (2021 est.)

**Carbon dioxide emissions**

7.902 million metric tonnes of $CO_2$ (2019 est.)

**from coal and metallurgical coke:** 3.963 million metric tonnes of $CO_2$ (2019 est.)

**from petroleum and other liquids:** 3.94 million metric tonnes of $CO_2$ (2019 est.)

**from consumed natural gas:** 0 metric tonnes of $CO_2$ (2019 est.)
country comparison to the world: 115

**Energy consumption per capita**

11.516 million Btu/person (2019 est.)
country comparison to the world: 150

**COMMUNICATIONS**

**Telephones - fixed lines**

**total subscriptions:** 252,067 (2020 est.)

**subscriptions per 100 inhabitants:** 2 (2020 est.)
country comparison to the world: 116

**Telephones - mobile cellular**

**total subscriptions:** 13,195,900 (2019)

**subscriptions per 100 inhabitants:** 90.1 (2019)
country comparison to the world: 74

**Telecommunication systems**

**general assessment:** Zimbabwe's telcos continue to be affected by the country's poor economy; this has been exacerbated by the significant economic difficulties related to the pandemic; revenue has also been under pressure from a number of recent regulatory measures and additional taxes imposed by the cash-strapped government; inflation has become so high that year-on-year revenue comparisons since 2019 have been difficult to assess meaningfully; the three MNOs continue to invest in network upgrades, partly supported by government efforts and cash released from the Universal Service Fund; as a result of these investments, LTE networks have expanded steadily, though services remain concentrated in urban areas; international bandwidth has improved since fiber links to several submarine cables were established via neighboring countries; the expansion of 3G and LTE-based mobile broadband services has meant that most of the population has access to the internet; the government has started a national broadband scheme aimed at delivering a 1Mb/s service nationally by 2030; investment in fixed broadband infrastructure has also resulted in a slow but steady growth in the number of DSL connections, and also fiber subscriptions; during 2021, most growth in the fixed broadband segment has been with fiber connections (2022)

**domestic:** consists of microwave radio relay links, open-wire lines, radiotelephone communication stations, fixed

wireless local loop installations, fiber-optic cable, VSAT terminals, and a substantial mobile-cellular network; Internet connection is most readily available in Harare and major towns; two government owned and two private cellular providers; fixed-line teledensity at nearly 2 per 100 and mobile-cellular nearly 89 per 100 (2020)

**international:** country code - 263; fiber-optic connections to neighboring states provide access to international networks via undersea cable; satellite earth stations - 2 Intelsat; 5 international digital gateway exchanges

**note:** the COVID-19 pandemic continues to have a significant impact on production and supply chains globally; since 2020, some aspects of the telecom sector have experienced a downturn, particularly in mobile device production; progress toward 5G implementation has resumed, as well as upgrades to infrastructure; consumer spending on telecom services has increased due to the surge in demand for capacity and bandwidth; the crucial nature of telecom services as a tool for work and school from home is still evident, and the spike in this area has seen growth opportunities for development of new tools and increased services

**Broadcast media**

government owns all local radio and TV stations; foreign shortwave broadcasts and satellite TV are available to those who can afford antennas and receivers; in rural areas, access to TV broadcasts is extremely limited; analog TV only, no digital service (2017)

**Internet country code**

.zw

**Internet users**

**total:** 4,310,249 (2020 est.)

**percent of population:** 29% (2020 est.)
country comparison to the world: 97

**Broadband - fixed subscriptions**

**total:** 203,461 (2020 est.)

**subscriptions per 100 inhabitants:** 1 (2020 est.)
country comparison to the world: 120


**TRANSPORTATION**

**National air transport system**

**number of registered air carriers:** 2 (2020)

**inventory of registered aircraft operated by air carriers:** 12

**annual passenger traffic on registered air carriers:** 285,539 (2018)

**annual freight traffic on registered air carriers:** 670,000 (2018) mt-km

**Civil aircraft registration country code prefix**

Z

**Airports**

**total:** 196 (2021)
country comparison to the world: 30

**Airports - with paved runways**

**total:** 17

**over 3,047 m:** 3

**2,438 to 3,047 m:** 2

**1,524 to 2,437 m:** 5

**914 to 1,523 m:** 7 (2021)

**Airports - with unpaved runways**

**total:** 179

**1,524 to 2,437 m:** 3

**914 to 1,523 m:** 104

**under 914 m:** 72 (2021)

**Pipelines**

270 km refined products (2013)

**Railways**

**total:** 3,427 km (2014)

**narrow gauge:** 3,427 km (2014) 1.067-m gauge (313 km electrified)
country comparison to the world: 58

**Roadways**

**total:** 97,267 km (2019)

**paved:** 18,481 km (2019)

**unpaved:** 78,786 km (2019)
country comparison to the world: 48

**Waterways**

223 km (2022) some navigation possible on Lake Kariba (223 km)
country comparison to the world: 104

**Ports and terminals**

**river port(s):** Binga, Kariba (Zambezi)

**MILITARY AND SECURITY**

**Military and security forces**

Zimbabwe Defense Forces (ZDF): Zimbabwe National Army (ZNA), Air Force of Zimbabwe (AFZ) (2022)

**Military expenditures**

2.6% of GDP (2019 est.) (approximately $650 million)

1.7% of GDP (2018 est.) (approximately $510 million)

1.5% of GDP (2017 est.) (approximately $450 million)

1.8% of GDP (2016 est.) (approximately $480 million)

1.9% of GDP (2015 est.) (approximately $490 million)
country comparison to the world: 37

**Military and security service personnel strengths**

information varies; approximately 30,000 active duty troops, including about 4,000 Air Force personnel (2022)

**Military equipment inventories and acquisitions**

the ZDF inventory is comprised mostly of older Chinese- and Russian-origin equipment; since the early 2000s,
Zimbabwe has been under an arms embargo from the European Union, as well as targeted sanctions from Australia,

Canada, New Zealand, the UK, and the US (2021)

**Military service age and obligation**

18-22 years of age for voluntary military service (18-24 for officer cadets; 18-30 for technical/specialist personnel); no conscription; women are eligible to serve (2021)

**Military - note**

the ZDF was formed after independence from the former Rhodesian Army and the two guerrilla forces that opposed it during the Rhodesian Civil War (aka "Bush War") of the 1970s, the Zimbabwe African National Liberation Army (ZANLA) and the Zimbabwe People's Revolutionary Army (ZIPRA); internal security is a key current responsibility, and the military continues to play an active role in the country's politics since the coup of 2017 (2022)


**TRANSNATIONAL ISSUES**

**Disputes - international**

*Zimbabwe-Mozambique: none identified*

*Zimbabwe-South Africa:* South Africa has placed military units to assist police operations along the border of Lesotho, Zimbabwe, and Mozambique to control smuggling, poaching, and illegal migration

*Zimbabwe-Zambia:* in 2004, Zimbabwe dropped objections to plans between Botswana and Zambia to build a bridge over the Zambezi River, thereby de facto recognizing a short, but not clearly delimited, Botswana-Zambia boundary in the river; in May 2021, Botswana and Zambia agreed in principle to let Zimbabwe be a partner in the bridge project as it enters its lasts phase

**Refugees and internally displaced persons**

**refugees (country of origin):** 11,613 (Democratic Republic of Congo) (refugees and asylum seekers), 9,871 (Mozambique) (2022)

**Trafficking in persons**

**current situation:** Zimbabwe is a source, transit, and destination country for men, women, and children subjected to forced labor and sex trafficking; Zimbabwean women and girls from towns bordering South Africa, Mozambique, and Zambia are subjected to forced labor, including domestic servitude, and prostitution catering to long-distance truck drivers; Zimbabwean men, women, and children experience forced labor in agriculture and domestic servitude in rural areas; family members may recruit children and other relatives from rural areas with promises of work or education in cities and towns where they end up in domestic servitude and sex trafficking; Zimbabwean women and men are lured into exploitative labor situations in South Africa and other neighboring countries

**tier rating:** Tier 3 - Zimbabwe does not fully comply with the minimum standards for the elimination of trafficking and is not making significant efforts to do so; the government passed an anti-trafficking law in 2014 defining trafficking in persons as a crime of transportation and failing to capture the key element of the international definition of human trafficking – the purpose of exploitation – which prevents the law from being comprehensive or consistent with the 2000 UN TIP Protocol that Zimbabwe acceded to in 2013; the government did not report on anti-trafficking law enforcement efforts during 2014, and corruption in law enforcement and the judiciary remain a concern; authorities made minimal efforts to identify and protect trafficking victims, relying on NGOs to identify and assist victims; Zimbabwe's 2014 anti-trafficking law required the opening of 10 centers for trafficking victims, but none were established during the year; five existing shelters for vulnerable children and orphans may have accommodated child victims; in January 2015, an inter-ministerial anti-trafficking committee was established, but it is unclear if the committee ever met or initiated any activities (2015)

**Illicit drugs**

transit point for cannabis and South Asian heroin, methaqualone, and methamphetamines en route to South Africa