# EXHIBIT A

# January 6, 2023 Email Thread

# EXHIBIT A

**Henkin, Douglas W.**

| | |
|---|---|
| **From:** | Caitlin Moyna <cmoyna@gelaw.com> |
| **Sent:** | Friday, January 06, 2023 3:25 PM |
| **To:** | Henkin, Douglas W. |
| **Cc:** | Daniel Berger; Senderowitz, Stephen J. |
| **Subject:** | Re: Albright v. TFL, Article III Standing Question |

[WARNING: EXTERNAL SENDER]

Doug,

We appreciate your bringing this to our attention. We have been communicating with Mr. Albright about this since we spoke on Wednesday. We are in the process of gathering all relevant information, but unfortunately we don't have an answer for you today. We are continuing to gather and evaluate information, and we expect to have an answer either over the weekend or on Monday. We will get back to you as soon as possible.

Caitlin

Caitlin M. Moyna, Esq.
Partner
Grant & Eisenhofer, P.A.
485 Lexington Avenue
New York, NY 10017
Office: (646) 722-8513
Cell: (917) 595-8671

On Jan 4, 2023, at 5:46 PM, Henkin, Douglas W. <douglas.henkin@dentons.com> wrote:

Dan and Caitlyn,

Thank you for speaking with Steve and me earlier. Included with this email are four message threads from the StarShip Telegram channel in which Mr. Albright discusses his purchases and sales of UST and Luna (an earlier-dated thread stating that Mr. Albright purchased UST at $0.30 on May 11 is included as an exhibit to the reply brief). Together, these threads appear to show that Mr. Albright had a net gain of $15,000 on his UST and Luna trades. But before raising these with the Court, we wanted to hear your position. Given the upcoming argument date, we would appreciate hearing back from you by the close of business on Friday January 6 so that, if necessary, we can file something with the Court well before the argument.

Thanks,

Doug and Steve

[cid:image001.png@01D92064.6A9469B0]

Douglas W. Henkin

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the

talent for what you need, where you need it.

D +1 212 768 6832 | US Internal 16832
douglas.henkin@dentons.com<mailto:douglas.henkin@dentons.com>
Bio<http://www.dentons.com/ch.aspx?email=douglas.henkin@dentons.com&action=biolink> |
Website<http://www.dentons.com>

Dentons US LLP

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms<http://dentons.com/legacyfirms>.

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com<http://dentons.com> for Legal Notices.

[cid:D76022E9-35AF-4CDD-BF92-2489E58D29F2][cid:9EAC7716-38A8-4764-81E8-AE628D8DBDBF][cid:18CA32FD-988C-4CD1-8032-06FB4CD6185E][cid:63FDA559-72DE-477C-93D2-3F37FE8B2D47]