UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ALBRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, DELPHI DIGITAL CONSULTING, INC., DO KWON, NICHOLAS PLATIAS, LUNA FOUNDATION GUARD LTD., JOSE MACEDO, KANAV KARIYA, and REMI TETOT,<br><br>Defendants. | Case No. 1:22-cv-07281-JSR-BCM<br><br>The Honorable Jed S. Rakoff<br><br>The Honorable Barbara C. Moses<br><br><u>CLASS ACTION</u> |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Matthew Albright hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants Terraform Labs, Pte. Ltd., Jump Trading LLC, Delphi Digital Consulting, Inc., Do Kwon, Nicholas Platias, Luna Foundation Guard Ltd., Jose Macedo, Kanav Kariya, and Remi Tetot.

Date: January 9, 2023

*Clerk to close case.*

SO ORDERED

*/s/ Jed S. Rakoff*
JSDJ
1-9-23

By: */s/ Daniel L. Berger*

**GRANT & EISENHOFER P.A.**
Daniel L. Berger
Caitlin M. Moyna
Vincent J. Pontrello
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

*Counsel for Plaintiff*